UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MORTON A. BENDER, et al.**        ) | |
| ) | |
| Plaintiffs,        ) | C.A. No. _____ |
| ) | |
| v.        ) | |
| ) | |
| **CAROLYN D. JORDAN, et al.**        ) | |
| ) | |
| Defendants.        ) | |
| _____) | |

### JURY DEMAND

Defendants Morton A. Bender and Grace M. Bender, by and through counsel, hereby request a trial by jury on all issues triable by jury herein.

Respectfully submitted,

COOTER, MANGOLD, TOMPERT
 & KARAS, L.L.P.

/s/
Dale A. Cooter, Bar No. 227454
Donna S. Mangold, Bar No. 358851
5301 Wisconsin Ave., N.W.
Suite 500
Washington, D.C. 20015
(202)537-0700
efiling@cootermangold.com

*Attorneys for Plaintiffs*
*Morton A. Bender and Grace M. Bender*