CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CO-932
Rev 4/96

**FILED**

JAN 18 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No._____

CASE NUMBER 1:06CV00092

JUDGE: Rosemary M. Collyer

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 01/18/2006

**NOTICE TO PARTIES:**

Pursuant to Rule 405(b)(2), you are required to prepare related to any pending cases or which involves the same parties. This form must be prepared in sufficient quantity to provide one cases is assigned and one copy for each defendant, so that you defendant case, etc.

**NOTICE TO DEFENDANT:**

Rule 405(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

**NOTICE TO ALL COUNSEL**

Rule 405(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

The plaintiff, defendant or counsel must complete the following:

I.  **RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).**

    A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(e's) below.]

    [ ] (a) relates to common property

    [ ] (b) involves common issues of fact

    [ ] (c) grows out of the same event or transaction

    [ ] (d) involves the validity or infringement of the same patent

    [ ] (e) is filed by the same pro se litigant

2.  **RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)**

    A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the same parties and same subject matter.

    Check box if new case is related to a dismissed case: [X]

3.  NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):
    Please see Attachment A.

4.  CAPTION AND CASE NUMBER OF RELATED CASE(E'S). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

    Please see Attachment A. _Bender_ v. _Independence Federal Savings Bank_ C.A. No. _1:05 cv 01787_

    January 18, 2006                    _Dale A. Cooter_ (ABP)
    DATE                                Signature of Plaintiff/Defendant (or counsel)

## ATTACHMENT A - RELATED CASES

1. <u>Bender v. Independence Federal Savings Bank</u>, 1:05cv01787, United States District Court for the District of Columbia, assigned to Judge Collyer, Voluntarily Dismissed without Prejudice on September 15, 2005.

2. <u>Independence Federal Savings Bank v. Bender</u>, 1:04cv000736, United States District Court for the District of Columbia, assigned to Judge Collyer, Dismissed with Prejudice by Stipulation on August 9, 2005.

3. <u>Bender v. Parks</u>, 03-2485, United States District Court for the District of Columbia, assigned to Judge Collyer, Dismissed Without Prejudice by Stipulation on February 12, 2004.

4. <u>Bender v. Independence Federal Savings Bank</u>, 1:03cv000865, United States District Court for the District of Columbia, assigned to Judge Bates, Dismissed Without Prejudice on May 15, 2004.