# EXHIBIT A

Docket Number: <u>7173</u>

## NOTICE FOR CHARTER AND BYLAW AMENDMENTS

TO: Office of Thrift Supervision                    Date of Notice: April 8, 2004

We, the undersigned executive officer and secretary, pursuant to a resolution of a majority of the members of the board of directors, of:

Independence Federal Savings Bank
Savings Institution Name

1229 Connecticut Avenue, N.W., Washington, D.C. 20036
Street Address of Savings Institution (include City, State and Zip Code)

(hereinafter the Institution), hereby provide notice to the Office of Thrift Supervision (OTS) that the Institution intends to adopt the attached bylaw amendments, pursuant to 12 C.F.R. §§ 544.2, 544.5, 552.4 or 552.5, and do hereby certify:

1. That the board of directors of the Institution has adopted the proposed amendments;

2. That the Institution has attached any additional information required, pursuant to 12 C.F.R. §§ 544.2, 544.5, 552.4 or 552.5;

3. That the proposed amendments would not render more difficult or discourage a merger, proxy contest, the assumption of control, the removal of incumbent management or involve a significant issue of law or policy;

4. That the proposed amendments are permissible under all applicable laws, rules, regulations; and

5. That we are aware the OTS may request additional information or may impose conditions for such an amendment or determine that such amendment does not comply with 12 C.F.R. §§ 544.2, 544.5, 552.4 or 552.5.


Thomas L. Batties                                    Sheila K. Finlayson
Acting President and Chief Executive Officer         Corporate Secretary


                                        Date of Receipt by OTS

Page 1 of 1

OTS FORM 1552
Revised April 2003
00215312.WPD

## CERTIFICATE OF RESOLUTION
## OF
### INDEPENDENCE FEDERAL SAVINGS BANK

I, Sheila R. Finlayson, in my official capacity HEREBY CERTIFY that I am Corporate Secretary of Independence Federal Savings Bank, a banking institution duly organized and existing under Federal Charter and having a principal place of business in the City of Washington and District of Columbia.

I FURTHER CERTIFY THAT AT A MEETING OF THE Board of Directors of this institution duly and legally convened and held on April 6, 2004, at which a quorum for the transaction of business was present and acting thereat, the following resolution was duly and legally adopted, and is still in full force and effect and appears as follows in the minutes of the corporation:

ON A MOTION MADE AND SECONDED, it is hereby resolved to amend the bylaws of Independence Federal Savings Bank as follows:

Amend Article II, Section 2 to read:

Annual Meeting. A meeting of the shareholders of the savings bank for the election of directors and for the transaction of any other business of the savings bank shall be held annually within 150 days after the end of the savings bank's fiscal year on the third Wednesday of April, if not a legal holiday, and if a legal holiday, then on the next day following which is not a legal holiday, at 11:00 a.m., or at such other date and time within such 150-day period as the board of directors may determine.

Amend Article III, Section 12, by deleting the word "actual" from the second sentence thereof.

Amend Article III, Section 5, deleting "but shall not constitute attendance for the purpose of compensation pursuant to Section 12 of this Article" and replacing it with "for all purposes".

Attest:

Sheila R. Finlayson
Corporate Secretary

00235228.WPD

## CERTIFICATE OF RESOLUTION
## OF
## INDEPENDENCE FEDERAL SAVINGS BANK

I, Sheila R. Finlayson, in my official capacity HEREBY CERTIFY that I am Corporate Secretary of Independence Federal Savings Bank, a banking institution duly organized and existing under Federal Charter and having a principal place of business in the City of Washington and District of Columbia.

I FURTHER CERTIFY THAT AT A MEETING OF THE Board of Directors of this institution duly and legally convened and held on April 6, 2004, at which a quorum for the transaction of business was present and acting thereat, the following resolution was duly and legally adopted and is still in full force and effect and appears as follows in the minutes of the corporation:

ON MOTION MADE AND SECONDED, it is hereby resolved to amend the bylaws of Independence Federal Savings Bank as follows:

Amend Article II, Section 2 to read:

Annual Meeting.  A meeting of the shareholders of the savings bank for the election of directors and for the transaction of any other business of the savings bank shall be held annually within 150 days after the end of the savings bank's fiscal year on the third Wednesday of April, if not a legal holiday, and if a legal holiday, then on the next day following which is a legal holiday, at 11:00 a.m., or at such other date and time within such 150-day period as the board of directors may determine.

Amend Article III, Section 12, by deleting the word "actual" from the second sentence thereof.

Amend Article III, Section 5, deleting "but shall not constitute attendance for the purpose of compensation pursuant to Section 12 of this Article" and replacing it with "for all purposes".

Attest:

/s/Sheila R. Finlayson
Sheila R. Finlayson
Corporate Secretary