**EXHIBIT B**

Morton A. Bender
1025 Connecticut Avenue, N.W., Suite 606
Washington, D.C. 20036
Tel.: (202) 466-5821
Fax.: (202) 466-6233

April 26, 2005

Mr. Michael J. Cobb
Secretary
Independence Federal Savings Bank
1229 Connecticut Avenue, N.W.
Washington, D.C. 20036

Re:     **Annual Meeting of Stockholders**

Dear Mr. Cobb:

      Pursuant to Article II, Section 14 of the Bylaws of Independence Federal Savings Bank (the 'Bank'), I hereby nominate Osborne George and John Silvanus Wilson, Jr. for election as directors at the 2005 Annual Meeting of Stockholders of the Bank (the "Meeting").

      Mr. George is 57 years old and his address is 6036 Westchester Park Drive, College Park, MD 20740. Mr. George is the founder and President of O.R. George & Associates, which provides planning and engineering consulting services to public and private sector clients who are conducting land planning and zoning, infrastructure planning and designing and urban revitalization projects. Mr. Osborne has a graduate engineering degree and over 30 years experience in traffic engineering and transportation planing.

      Mr. Wilson is 47 years old and his address is 7573 Alaska Avenue, N.W., Washington, D.C. 20012. Mr. Wilson is the Executive Dean of the Research and Technology Campus of the George Washington University. He has graduate degrees in education and theology and has been involved in graduate education in teaching and administrative positions for 20 years.

      Each of Messrs. George and Wilson will acquire beneficial ownership of 100 shares of the Bank's common stock prior to or upon his election. Enclosed you will find the written consents of Messrs. George and Wilson to serve as directors of the Bank, if elected.

      Accompanying this letter is a letter to you to from Cede & Co., the record holder of the shares of the Bank's common stock beneficially owned by me, delivering these nominations to you. Also enclosed is a document signed by my wife, Grace M. Bender, with whom I jointly hold shares of the Bank's common stock, consenting to the actions being taken by me in connection with my submission of director nominations for the Meeting.

Mr. Michael J. Cobb
April 26, 2005
Page Two

    Please direct all correspondence and other communications regarding the matters set forth in this letter to me at the above address.

    Sincerely,

    Morton A. Bender

cc:   John E. Ryan, Southeast Regional Office, OTS
      Thomas L. Batties, President
      Nelson Deckelbaum, Director
      William B. Fitzgerald, IV, Director
      Robert Isard, Director
      Elliott S. Hall, Director
      Carolyn Jordan, Director
      Jeanus Parks, Jr., Director
      Eugene Youngentob, Director
      David Wilmot, Director