**EXHIBIT C**

# COMMITTEE TO SAVE
# INDEPENDENCE FEDERAL SAVINGS BANK

May 4, 2005

We are an independent group of concerned local citizens, shareholders and loyal customer dedicated to fulfilling the institutional mission and meeting the originally established goals of Independence Federal Savings Bank that have recently been threatened by the personal greed of specific individuals—individuals who have no regard not only for the African American community, small businesses, depositors and local homeowners, but not even for their fellow shareholders in IFSB.

For the sake of future generations and the empowerment of the Washington, DC community, this group will strive to keep the bank focused on access to fair credit for minorities, working women, homebuyers and neighborhood businesses.

Because the bank has played an integral part in helping the African-American community prosper and grow, as well as bridge gaps among all races, businesses sectors and organizations in the Nation's Capital, our group will do everything it can to prevent the dismantling of a legacy that has taken decades to build.

Acting separately from IFSB, we aim to expose the motivations of those wishing to harm IFSB's mission. Furthermore, our activities will focus on lifting the burdens that have been placed on IFSB so that they can once again get on with the business of banking and improving service to customers.

We have enclosed some very important information to let you know about what has been happening with the bank lately. Please take a few moments to review this information and consider joining us to help save Independence Federal Savings Bank. There are three thing you can do:

1) Please vote YES for the Board slate that includes David W. Wilmont, Walter Jones & William Fitzgerald, IV. Voting for the Board slate will ensure the original mission of IFSB is carried on for future generations. We must prevent the individuals trying to line their own pockets at the expense of IFSB's important mission and rich history.

2) Contact Richard M. Riccobono, Acting Director of the Office of Thrift Supervision at 202-906-6000 and urge him to exercise their oversight responsibilities and prevent individuals who have no regard for our community from dismantling IFSB.

3) If you are a DC resident, contact your City Council Member, the Mayor's Office and the Congresswoman and urge them to demand that the Office of Thrift Supervision (OTS) exercise their responsibilities. If you live outside the District contact your Senators and Member of Congress and urge the same action.

Thank You,

Bishop Clarence Long, Rev. Douglas Moore and the entire Committee to Save IFSB

MAY. 9.2005  11:32AM                                                    No.0699  PAGE  02
05/09/2005  08:50   2155970021              OIARPHL

# INDEPENDENCE FEDERAL SAVINGS BANK

## BACKGROUND

Independence Federal Savings Bank (IFSB) is one of the nation's largest minority-owned thrifts.

IFSB was formed from the ashes of the riots in 1968 to provide services and credit to minorities, as well as build a bridge between blacks and whites as mutual customers.

Within a very short time, IFSB received national recognition for its commitment to its founding principle: "The credit worthiness of each individual should be judged on merit, not race, sex, age or country of origin."

Today, with assets of nearly $200,000,000, IFSB has made home ownership possible for more than 5,000 families, has enabled more than 43,000 students to attend the colleges of their choice, and has helped countless others make sound financial decisions.

IFSB now extends this track record to larger businesses, churches, commercial developers, and non-profits. Of particular concern is providing financial services for young women and working mothers.

The leadership and staff of IFSB take pride in having the most modern technology and yet are equally dedicated to personalized service for all of its customers, just as they did when IFSB was just a small, old-fashioned savings bank.

IFSB truly lives up to their motto of being "The Nicest Bank in the World". They have a variety of products and services that make it convenient for customers to bank and save.

05/09/2005  09:14   2159889434            MCKISSACK                           PAGE  05

## TIMELINE

*Following is a timeline of events in the recent history of Independence Federal Savings Bank compiled from public records, news, concerned shareholders and depositors*

<u>2000-2001</u> – Independence Federal Savings Bank (IFSB) was facing the effects of a rapidly changing local banking market, anemic investments, fluctuating interest rates, archaic technology and an outdated business model—all compounded by management problems since the death of William "Bill" Fitzgerald III.

Stockholder Morton Bender presents himself to fellow shareholders and the Board of Directors as a rescuer of a minority institution.

Mr. Bender joins prominent people in the business and legal community in a Grand Alliance seeking reform at IFSB. Reform includes replacing the management and directors who either could not or would not understand the changes and modernization that were absolutely necessary.

<u>2002</u> – Mr. Bender increases his shares in IFSB. The following activities also occur in 2002:

- The Grand Alliance between Mr. Bender and reformers on the Board falls apart. Mr. Bender pursues a personal agenda when he realizes that his reformer allies, which includes former Howard Law School Dean Jeanus Parks, Jr. and Capitol Hill veteran and banking lawyer Carolyn Jordan will not allow him to dominate IFSB's affairs. Mr. Bender starts making demands on Management as if he is in control of the bank. Frustrated that he cannot dictate policy, he now proceeds with his plan to merge IFSB with his own bank, Colombo, which would destroy the independent, minority character of IFSB. He forges ahead with this course in utter disregard for fellow shareholders. Rather than make a tender-offer and buying their shares at the best price, he will simply use bully tactics and lies to get allies and associates elected to the IFSB Board—gifting his own shares to them to make them eligible for nomination. These cronies will then do his bidding with regard to the bank's direction, and that direction by 2002 looks like moving away from a minority, community institution, despite the face Mr. Bender tries to present.

- Mr. Bender begins to utilize favorable treatment from those federal regulators who appear either hostile or indifferent to local minority banks. Based on the poor performance of previous management, the Office of Thrift Supervision (OTS), using powers delegated to it by the Securities and Exchange Commission (SEC) and the FDIC force a binding resolution on Management, and the Board of Directors that in essence gives the federal government de facto say so on everything the bank does.

- While Mr. Bender cultivates favorable treatment with respect to IFSB, others in the OTS are his bank, Colombo, for violations of federal banking laws, as well as problems with Colombo's capitalization. Specifically, the OTS begins to pinpoint violations of the Truth In Savings Act, the Community Reinvestment Act, the Home Mortgage Disclosure Act, the Equal Credit Opportunity Act, the Electronic Funds Transfer Act, among others. However, the OTS fails to inform IFSB of this while at the same time acquiesces in Mr. Bender's attempt to seize control of the bank without offering a fair price to shareholders or

otherwise disclosing to customers that he's trying to control their bank. Thus while Bender's bank discriminated with regard to credit and lending and suffered from capitalization problems, the OTS allows him to acquire more stock in IFSB for the purpose of exercising control.

**2003** – By Spring, 2003, Mr. Bender steps up his campaign to malign and harass IFSB management. Mr. Bender launches a proxy fight and is able to place two people on the Board (after gifting stock for them so they may be eligible to stand for election). He formally states his aim to merge the bank into Colombo or sell it once he takes control through a new Board. By October, the OTS gives Bender permission ("change of control") to attempt to take over IFSB despite full knowledge of violations and problems at his own bank. The following activities also occur in 2003:

- In June 2003, a newly constituted Board hires minority banker and attorney Thomas L. Batties as acting President and CEO to "clean house" and resolve all outstanding regulatory and operational issues. However, Mr. Bender continues his baseless attacks on this new management and the Board.

- In July 2003, the Board agrees to market IFSB to prospective buyers/merger-partners that will continue the Bank's mission to serve its community. This is done after the Board receives two unsolicited offers from important, credible potential parties.

- In November 2003, the OTS—in a move friendly to Mr. Bender and hostile to a minority institution designates IFSB a "problem association" in "troubled condition," despite efforts to resolve issues inherited from prior management and boards. Still, the OTS doesn't tell IFSB about Mr. Bender's bank's capital problems and violations of banking laws. Indeed, the Bank is yoked by the OTS despite it's own good capital ratios, and now theOTS can tighten its hold on the Bank's affairs. This results in further aid to Mr. Bender.

- Egging by the OTS's actions, by December, 2003, Mr. Bender is suing the IFSB Board to force special meeting to remove directors and engaging in ruinous insurgent tactics.

**2004** – The Bank begins due diligence on parties interested in merging. One group is led by Bob Johnson, formerly of BET, and the other party is Carver Federal, one of the largest minority banks in the New York metropolitan area. The following activities also occur in 2004:

- The Bank vigorously defends against Mr. Bender's lawsuit; a U.S. District Court finally rebukes him, dismissing his suit and stating that all along it was Mr. Bender's strategy to obtain control of the bank without spending a cent for it, and to scare off other potential merger partners like Carver.

- The bank continues to seek help from regulators, but to no avail. Mr. Bender is allowed to continue his war on the bank and obtain more stock. IFSB is even prevented from undertaking the most routine transactions, such as forming a bank holding company without the blessing of large rebel shareholders, namely Mr. Bender.

- By March 2004, the Bank agrees to a merger with Carver that would get shareholders a price of $12/share. Mr. Bender immediately states his opposition to the merger but refuses

to offer his fellow shareholders a dime as an alternative. Instead, he continues buying shares to vote his cronies onto the Board. IFSB decides to sue Bender for intentionally interfering with the merger deal, plus other violations of law. Again, the OTS sits back and refuses to help IFSB or rein in Mr. Bender despite his own violations of law.

- With legal battles and distractions caused by Bender taking their toll, the bank's legal expenses balloon and that results in smaller earnings. The Bender-friendly OTS cites this as its excuse for continued supervision. By July 2004, OTS secretly halts Bender from buying any more stock in IFSB to take control. By September 2004, the OTS also registers its disapproval of Carver's bid to merge with IFSB based on capital considerations and other factors. Due to Bender's insurgency, has Carver has already lowered its tender-offer price. IFSB must now terminate a merger the OTS had initially blessed, and has spent millions in legal fees defending a deal the OTS failed to protect.

- IFSB finally receives word of the Cease and Desist Order and civil fines placed on Bender's Colombo Bank.

- The bank attempts to settle legal action against Mr. Bender, and endeavors to create a team approach with government officials, though in the past they have allowed Mr. Bender and his allies to skirt policies and practices. At an October shareholders' meeting, though prohibited from exerting control, Mr. Bender uses the shares the OTS has allowed him to buy to defeat a "poison pill" agreement designed to prevent him from taking control of IFSB. At that same meeting his shares help elect ally Robert Isard to the IFSB Board. Isard, and out-of-towner with no connection to banking has been a colleague of Bender's in undermining the Board and management's efforts to repair and grow the bank in the past. Despite public statements, it becomes clear to IFSB and its customers and other shareholders that Isard is unqualified due to numerous personal business problems, including bankruptcy.

- If it were not for the excessive legal fees caused by Bender, IFSB would have shown a net profit for FY2004.

<u>2005</u> – The OTS finally recognizes IFSB's improvements and accomplishments and that is public record. IFSB's Board also registers and notes improvements in all phases of operations, and indeed all outstanding obligations the OTS placed upon it in the 2002 resolution are resolved.

- Despite litigation, the bank begins 2005 in a strong capital position. Not many small banks, especially minority banks, are in the position that IFSB is in today. The bank issues its Form 10-K/Annual Report on time and without blemish for the first time in three years. Mr. Battles counts this as a hallmark of the new management's dedication to reform.

- The bank sets May 11, 2005, as the Annual Meeting of the Shareholders. On the Board slate are long time director and investment committee chair David Wilmot, Esq., a well-known attorney and lobbyist, director William Fitzgerald, IV and newcomer Walter Jones, an attorney and international finance expert. The shareholders will have the final decision on if they would like to have the bank controlled by the interests of the community or the selfish interests of Mr. Bender.

- By April 2005, the OTS makes the unprecedented and suspicious move of lifting the Cease and Desist Order from Bender his Colombo Bank; IFSB finds out about this from Bender. The government lifts this designation though not even a full year has passed between examinations of Colombo's serious lawbreaking and regulatory violations that occurred over the course of years. However, the OTS does not give Bender permission to buy more stock and take control of our community's bank. Not yet, at least.

- IFSB reminds the OTS of its oversight duties on Bender and his conduct as delegated to it by the SEC and the FDIC, and more importantly, that the OTS should follow its own policy on preserving and growing minority banks.

- By May, 2005, Mr. Bender nevertheless forges ahead with his usual bully tactics, and is forced to disclose that he will challenge the Board again and nominate two men he'd previously tried to place on the Board in 2002-03 timeframe. He does not have express permission to do so from the OTS. <u>Even though those men are both African Americans they are mere puppets of Bender's with no apparent ties to banking, required to do what he tells them. Indeed, they may not even know the terrible things he has done, as chronicled in this timeline from 2000-2005. If they are elected on May 11, Bender will have effective control over our bank without paying the shareholders fair value for that control. We as shareholders will fight that, as will we as customers and members of the community. Bill Fitzgerald wouldn't have stood for that.</u>

## MORTON BENDER'S BACKGROUND

*Following is compiled from public records, concerned stockholders and depositors, listing activities undertaken by Morton Bender that negatively impacted Independence Federal Savings Bank (IFSB).*

- Mr. Bender has violated banking laws and regulations through his bank, Colombo—including the Bank Secrecy Act, Home Mortgage Disclosure Act, Truth in Savings Act, Equal Credit Opportunity Act, Truth in Lending Act and the Community Reinvestment Act. In fact, he continued to violate the law after Office of Thrift Supervision (OTS) exposed the problems. Some of these violations involve racial discrimination against customers, and some deal with fair practices and honesty in dealing with the public. Mr. Bender's bank was also making too many loans to the same borrowers, had inadequate training for some employees and had capital problems—unlike IFSB, which has always been well capitalized.

- Since 2002, Mr. Bender wanted to control the bank by bullying management and Bender's own former allies on the Board of Directors. He has acted in concert with other shareholders to replace directors who didn't tow his line of destroying a minority bank; he later assisted Robert Isard—an out-of-towner with questionable qualifications—take a Board seat in 2004. Bender donated his own stock to individuals he wanted to nominate for the Board to make them eligible as directors.

- In 2004 the U.S. District Court for the District of Columbia, stated that it was Mr. Bender's strategy to obtain control of the bank without spending a cent for it, and to "scare off" legitimate merger partners like Carver Federal. Meaning he advanced his own selfish interests over fellow shareholders. He wished to either merge IFSB into his own "shakily-run" bank, or worse, make it a fiefdom in his local empire, likely with minority faces as fronts, until he can otherwise dispose of it.

- He has failed to advance the rights of any shareholders other than himself. He has failed to offer fellow shareholders the best price for their shares when he opposed the Carver merger. He has succeeded in degrading IFSB, driving down the value of the bank's shares and attacked the mission of this bank began in 1968. With the bank's stock degraded by his activities, he can buy it at a cheaper price. This type of conduct isn't something the founders of IFSB would have tolerated, and is contrary to the values of our community.

- He has filed lawsuits or forced IFSB to sue him, all at a huge cost to IFSB. He has engaged in ruinous insurgent tactics, filed misleading securities filings with the OTS, waged ugly proxy fights to place his operatives on the Board, and worst of all, threatened more lawsuits if he cannot view secret, private shareholder ballots so he may bully small and minority shareholders who didn't vote in his favor.

- He has utilized either the hostility or indifference of federal regulators to IFSB and small minority banks, in general, to increase his shares in IFSB, stifle even routine corporate transactions and hide behind the OTS as it hammered the bank over legal fees incurred as a direct result of his own conduct.

- He has ignored clear and convincing progress made by the bank's new management and Board in cleaning IFSB's old regulatory, operational and investment problems, plus maligned staff and the Board to the public and the securities market.