**EXHIBIT D**



**Office of Thrift Supervision**
Department of the Treasury                                                    *Regional Director, Southeast*

1475 Peachtree Street, N.E., Atlanta, GA 30309 • Telephone: (404) 888-5619
P.O. Box 105217, Atlanta, GA 30348-5217 • Fax: (404) 888-5634

VIA OVERNIGHT COURIER AND
FACSIMILE 202.575.1787

May 10, 2005

OTS No. 7173

Board of Directors
c/o Thomas L. Batties, Acting President
Independence Federal Savings Bank
1229 Connecticut Avenue, N.W.
Washington, D.C. 20036

Re: Independence Federal Savings Bank
    Washington, D.C. OTS No. 7173
    Preliminary Inquiry

Dear Board Members:

On May 9, 2005, the Office of Thrift Supervision (OTS) became aware of correspondence from a group identifying itself as the Committee to Save Independence Federal Savings Bank (Committee). OTS received copies of what appear to be two different submissions, one three pages and one seven pages, both dated May 4, 2005, that were apparently distributed very recently to all or some of the shareholders of Independence Federal Savings Bank (Independence or Bank), attempting to influence the outcome of the upcoming Annual Meeting scheduled for tomorrow, Wednesday, May 11, 2005 (collectively hereafter, the Correspondence). Specifically, the Correspondence seeks to influence the outcome of the vote for members of the Board of Directors (Board) by suggesting that shareholders cast their votes for the slate of directors proposed by the Board. Bishop Clarence Long and Reverend Douglas Moore are identified as sending the Correspondence on behalf of the Committee.

OTS's review of the above-identified documents reveals that numerous instances of apparent false and misleading statements are present throughout the Correspondence. Therefore, in an effort to determine whether violations of Section 14(a) of the Exchange Act, 15 U.S.C. §78n(a), and OTS regulations, 12 C.F.R. Part 569, have been committed by any member of the Committee, or any other individual or group, in connection with the distribution of the Correspondence, OTS is beginning an investigation and is requesting the immediate assistance of the Board in gathering the necessary information to determine whether individuals under the jurisdiction of the OTS have committed violations of the above-identified statutes and regulations.

Board of Directors
Independence FSB, Washington, D.C. (7173)
May 10, 2005
Page 2

I am specifically requesting that the Board and Senior Management provide this office with a copy of its most recent complete shareholder list as soon as possible. Please transmit the list to this office by facsimile, today if possible, to 404.897.1861, and send a hard copy by overnight courier tonight for delivery tomorrow. As soon as possible, please also provide OTS with any information in the possession of any Board member or member of Management or any employee of Independence regarding the identity of the Committee members and whether any officer, director or employee of Independence is affiliated with the Committee or has provided information to the Committee that was included or referenced in the Correspondence. Has the Board or Management been contacted by anyone identified as a member of the Committee? If so, when and what was the nature of the contact, orally or in writing, and what was discussed or what information was provided to the Committee? Please provide copies of any written correspondence any officer, director or employee of Independence has received from or sent to the Committee or any member of the Committee and any responses provided to the Committee.

As the Board is aware, OTS remains very concerned about the Bank. Independence is now in a situation where apparent false and misleading information designed to influence shareholders to vote in favor of the Board's slate of directors was recently distributed by the Committee, and apparent false and misleading information designed to influence shareholders to vote in favor of an alternative slate of directors was sent to shareholders last week by a disaffected shareholder. This situation, as it exists today, greatly increases the likelihood that, regardless of the results of the Annual Meeting, the dissatisfied parties will claim that the process was tainted by false and misleading information from some source and that the results of the meeting should be nullified.

In light of the above, OTS believes the prudent course of action is for the Board to postpone the Annual Meeting for some brief period to allow the shareholders an opportunity to receive additional clarifying information. As you know, the OTS is separately addressing the issues raised by the recent actions of the disaffected shareholder. OTS strongly believes that the Annual Meeting should be postponed to enable the shareholders to receive and evaluate sufficient accurate information to permit each to cast an informed vote. We will shortly be contacting Management and your counsel to discuss a mutually agreeable date for the postponed Annual Meeting.

If you have questions regarding this letter or the directives and restrictions set forth herein, please contact me at 404.888.5619, Assistant Regional Director Robert A. Mitchell at

Board of Directors
Independence FSB, Washington, D.C. (7173)
May 10, 2005
Page 3

404.888.8478, Review Examiner William T. Simpson at 404.888.8593, or Regional Counsel Karen K. Bruton at 404.888.8475.

Sincerely,

*[signature]*

John E. Ryan
Regional Director

cc: Jeanus B. Parks, Jr., Chairman of the Board
    Carolyn D. Jordan, Director
    Michael J. Cobb, Director
    David W. Wilmot, Director
    Nelson Deckelbaum, Director
    William B. Fitzgerald, IV, Director
    Elliott S. Hall, Director
    Robert B. Isard, Director
    Eugene K. Youngentob, Director
        All copies sent to Acting President Batties in overnight courier package

    John R. Hall, Esq.
    Muldoon Murphy & Aguggia LLP
    5101 Wisconsin Avenue, N.W.
    Washington, D.C. 20016
    Via Facsimile 202.966.9409