**EXHIBIT E**

Press Release                                                                                              Page 1 of 1

Press Release                                                 INDEPENDENCE FEDERAL SAVINGS BANK (NASDAQ - IFSB)

Company Release - 05/31/2005 18:30

### Independence Federal Savings Bank Notice to Shareholders

WASHINGTON--(BUSINESS WIRE)--May 31, 2005--

   The 2005 Annual Meeting of Shareholders of Independence Federal
Savings Bank (Nasdaq:IFSB) that was adjourned on May 11, 2005 to be
reconvened on June 8, 2005, or such other date as Independence
Federal's board of directors should subsequently announce, will not be
reconvened on June 8, 2005. The board of directors has determined that
the issues that caused the meeting to be adjourned cannot be addressed
prior to that date. Therefore, the meeting will be rescheduled and a
notice of the rescheduled meeting will be provided to all
shareholders, along with proxy soliciting materials, in due course.
The board of directors believes that it is in the best interest of
shareholders that the meeting proceed on a schedule that will give
shareholders an opportunity to receive additional disclosure and to
consider fully their voting decision. The board of directors plans to
meet in the near future to reschedule the meeting.


By Order of the Board of Directors

Independence Federal Savings Bank   May 31, 2005

    CONTACT: Independence Federal Savings Bank
             Sheila R. Finlayson, Esq.
             Counsel & Corporate Secretary
             202-626-0442
             shefin314@aol.com

    SOURCE: Independence Federal Savings Bank