**EXHIBIT F**



**INDEPENDENCE**
**FEDERAL SAVINGS BANK**

August 25, 2005

Dear Shareholder:

We cordially invite you to attend a Special Meeting in lieu of the Annual Meeting of the Shareholders of Independence Federal Savings Bank. This Special Meeting will be held at The Mayflower Hotel, 1127 Connecticut Avenue, NW, Washington, D.C. on September 14, 2005 at 11:00 a.m., local time.

THIS SPECIAL MEETING MAY BE THE MOST IMPORTANT SHAREHOLDER MEETING IN THE HISTORY OF INDEPENDENCE FEDERAL AND MAY DETERMINE THE FUTURE OF INDEPENDENCE FEDERAL. YOUR BOARD OF DIRECTORS (OTHER THAN THE THREE DIRCTORS WHOSE ELECTION WAS PRIMARILY ATTRIBUTABLE TO THE NOMINATION AND/OR VOTE OF MORTON BENDER), WHO WE REFER TO AS THE MAJORITY DIRECTORS, ARE CONVINCED: THAT IF BENDER'S NOMINEES ARE ELECTED, RATHER THAN THE BOARD'S NOMINEES, BENDER WILL GAIN OPERATING CONTROL OF THE BANK; AND THAT BENDER'S ACTIONS IN SEEKING CONTROL HAVE BEEN DETRIMENTAL TO THE INTERESTS OF THE BANK'S OTHER SHAREHOLDERS AND TO THE OPERATIONS OF THE BANK. FOR FURTHER DISCUSSION, SEE "WHY IS THIS SPECIAL MEETING SO IMPORTANT" ON PAGE 2 OF THE ATTACHED PROXY STATEMENT.

WE URGE YOU TO REVIEW CAREFULLY THE INFORMATION SET FORTH IN THE ATTACHED PROXY STATEMENT AND TO COMPLETE, DATE AND SIGN THE ENCLOSED PROXY CARD AND RETURN IT PROMPTLY IN THE POSTAGE-PAID ENVELOPE PROVIDED.

At this Special Meeting, you will be asked

- to elect three Directors to our Board of Directors, and
- to approve a plan to reorganize Independence Federal Savings Bank into a holding company structure.

Pursuant to the proposed holding company Plan of Reorganization, you would receive one share of common stock of the Holding Company in exchange for each share of common stock you hold in Independence Federal. We expect the Holding Company shares to trade on the NASDAQ SmallCap Market under the symbol "IFSB." The completion of this reorganization is subject to certain conditions, including receipt of applicable regulatory approval and the approval of the Plan of Reorganization by the requisite vote of the shareholders of Independence Federal.

We urge you to read the attached proxy statement carefully because it describes the Plan of Reorganization in detail and includes a copy of the Plan of Reorganization as Appendix A.

YOUR BOARD OF DIRECTORS URGES YOU TO VOTE:

- "FOR" THE THREE BOARD NOMINEES FOR DIRECTOR AND
- "FOR" THE APPROVAL OF THE PLAN OF REORGANIZATION.

1229 Connecticut Avenue, N.W. • Washington, D.C. 20036-2617 • 202/628-5500, Fax: 202/626-7106
1006 E Street, N.W. • Washington, D.C. 20004-2000 • 202/626-0466, Fax: 202/737-1632
1020 Nineteenth Street, N.W. • Washington, D.C. 20036-6106 • 202/626-0400, Fax: 202/785-0753
7901 Eastern Avenue • Silver Spring, MD 20910-4830 • 301/562-8663, Fax: 301/562-8315
6530 Wisconsin Avenue • Chevy Chase, MD 20815-4404 • 301/907-9676, Fax: 301/907-9769
http://www.ifsb.com ——— Toll-free: 1-888/9BANKER