**EXHIBIT G**

INDEPENDENCE FEDERAL SAVINGS BANK
1229 Connecticut Avenue, NW
Washington, DC 20036

REVISED NOTICE OF SPECIAL MEETING OF
THE BOARD OF DIRECTORS
To Be Held On
Friday, September 9, 2005

NOTICE IS HEREBY GIVEN that a Special Meeting of the Board of Directors of Independence Federal Savings Bank will be held by teleconference, commencing at 9:00 a.m., on Friday, September 9, 2005.

Pursuant to Article III, Sections 5 and 6 of the Amended and Restated By-Laws of Independence Federal Savings Bank, the Chairperson has called this Special Meeting for the following purpose:

1. To consider matters related to disclosures contained in two recent 13D filings made last week on behalf of Morton Bender and how such disclosed information may impact the Bank.

INDEPENDENCE FEDERAL SAVINGS BANK

/s/

Carolyn D. Jordan
Chairperson of the Board

BY ELECTRONIC DELIVERY (EMAIL)
September 7, 2005