**EXHIBIT H**

# Morton A. Bender

October 3, 2005

Dear Fellow Shareholders:

As I have advised you in previous mailings, I believe that the board of directors of Independence Federal Savings Bank, Washington, D.C. ("Independence") and I have a different view of what has occurred over the past three years and who is responsible. I have believed and continue to believe changes must be made on the board. If you agree, read this letter to see what you can do to make it happen.

Independence has again re-scheduled its shareholders meeting. It is now set for October 26, 2005. The meeting will be held at The Mayflower Hotel, 1127 Connecticut Avenue, N.W., Washington, D.C., at 11:00 a.m., local time. This will be the fourth time Independence has attempted to schedule a shareholders' meeting to elect directors this year. I can only assume that each delay has cost the Bank money. Hopefully, this time the shareholders will finally get a chance to have their say.

Pursuant to OTS regulations, and as the holder of 21% of Independence common stock, I have nominated only two individuals to serve as directors. I am not soliciting your proxy for their election. You as a shareholder of Independence, however, have the right to know about my nominees and how to vote FOR them.

*Who Are My Nominees?*

Osborne George: Mr. George is 57 years old and his address is 6036 Westchester Park Drive, College Park, MD 20740. Mr. George is the founder and President of O.R. George & Associates, which provides planning and engineering consulting services to public and private sector clients who are conducting land planning, zoning, infrastructure planning and design and urban revitalization projects. Mr. Osborne has a graduate engineering degree and over 30 years experience in traffic engineering and transportation planning.

John Silvanus Wilson, Jr.: Mr. Wilson is 47 years old and his address is 7573 Alaska Avenue, N.W., Washington, D.C. 20012. Mr. Wilson is the Executive Dean of the Research and Technology Campus of the George Washington University. He has graduate degrees in education and theology and has been involved in graduate education in teaching and administrative positions for 20 years.

Due to Independence being deemed a "troubled institution" by the OTS, my nominees, if elected, will be subject to meeting competence, experience, character and integrity standards and receipt of OTS approval. Although I believe these nominees are highly qualified and should receive OTS approval, no assurance can be given that they will receive OTS approval.

If my nominees are elected to the board of directors, I may seek reimbursement of my expenses related to their election, including my prior communications to you. I currently estimate that these expenses may total approximately $50,000.

The board has also proposed, in addition to asking for your vote for their nominees, to reorganize Independence into a holding company. I intend to vote "AGAINST" this proposal and FOR my nominees. If a holding company is formed it will, among other things, cost Independence more to operate.

*What Can You Do?*

1. If you are the record owner of your shares in Independence (i.e., you hold your shares in your possession), the only way you can vote FOR my nominees is to attend the meeting, or send someone in your place with a legal proxy from you, obtain a ballot and vote.

2. If you are a beneficial owner of shares which are held in "street name" by a broker, bank or other nominee, the only way you can vote FOR my nominees is to obtain a legal proxy from the broker, bank or other nominee that holds your shares indicating that you were the beneficial owner of the stock on September 26, 2005. As indicated in 1, if you can not attend the meeting the only way you can vote FOR my nominees is to send someone in your place with a legal proxy from you, obtain a ballot and vote.

3. By attending the meeting you or your representative also will have the opportunity to vote "AGAINST" the holding company reorganization.

DO NOT FORWARD ANY PROXIES TO ME, BECAUSE I AM NOT SOLICITING PROXIES AND CANNOT VOTE ANY SHARES OTHER THAN MY OWN. The OTS has informed me, however, that it is their position that any shareholder may give a proxy to someone other than me or someone acting in concert with me.

IF YOU OR YOUR REPRESENTATIVE CAN NOT ATTEND THE SPECIAL MEETING, YOU CAN STILL VOTE "AGAINST" THE REORGANIZATION BY USING INDEPENDENCE'S PROXY CARD. IF YOU DO THIS, AND SUPPORT MY BOARD NOMINEES, YOU SHOULD INDICATE THAT YOU "WITHHOLD AUTHORITY FOR ALL NOMINEES" ON THE BOARD'S PROXY CARD.

Sincerely,

Morton A. Bender