# EXHIBIT J

*Catherine McPhail*                                                        *A. Gilbert Douglas*

*Washington, DC 20009*

October 21, 2005

*FELLOW SHAREHOLDERS AND LOYAL CUSTOMERS OF INDEPENDENCE FEDERAL SAVINGS BANK OF WASHINGTON*

We are writing to emphasize the meaning and interaction of Morton Bender's written plans in relation to little known acts of the U.S. regulatory Office of Thrift Supervision (OTS) so that they may be considered by you, as OTS was forced to do so as shown by OTS Order 2005-35, 9/12/05.

If you are a shareholder you probably received Mr. Benders October 3rd letter asking for your vote for "his directors". We do not know the two men he is nominating, not do we comment on their qualifications. However we can only presume that their basic qualification, based on past events, is to serve Bender loyally to affect his admitted takeover scheme. It is not hard to figure that will cut out more fair value from your investment.

More damnable is the fact that the OTS has not done enough to stop Mr. Bender from soliciting your vote and spreading bad information, even though we are sure an open court of law would enforce the prohibition against him so doing. Questionable acts of the OTS are just beginning to come to light. We wonder aloud why OTS has behaved so contrary to banking laws, security regulations and sound public banking policy to facilitate handing *Our Bank* to this Bender character? Perhaps that's a question that should be asked of the OTS, our elected officials and Bender in a competent court of law. The only time we are aware we got into U.S. District Court with Bender – though expensive – Independence Won, Bender Lost!

We believe our Officers and most Directors have fought with imagination and courage, even though often horrendously hampered, even by some at the referee agency! Why?

What are your answers to the following questions?

1. Did you read Mr. Bender's recent official 13 D filing (its open to the public)?

2. Did you look closely at the allegations the OTS leveled at him in its May 9, 2005 letter (also open to the public)?

3. Do you know of any demonstrated improvements made at Bender's Columbo Bank after violations of a DOZEN banking laws found by OTS (see Appdx F in your Special Meeting Notice)? What makes you think Bender has shown fitness to control any financial institution, much less our bank which was founded and historically operated to meet under financed needs of minorities in the D.C. area?

4. Do you know Mr. Bender's record history involving other banks including a black bank pushed to failure? Bad loans? Violation of the Electronic Funds Transfer Act? FDIC Lawsuits?

5. How much do you really know about dealings between Bender and certain Shareholders and/or Directors already placed on the Board with his votes?

6. On the other hand, have you interviewed members of Independence's Board and Management to understand the scope of the efforts already proceeding to modernize this local institution and making it more competitive and profitable?

7. If so, have you examined the major negative financial affect that Mr. Bender's acts had on these efforts, according to the OTS itself (Appdx. B, page 2, OTS Ltr. 3/9/05)?

Dear friends, if you have not pondered yourself or talked with other shareholders about the disturbing answers to the above seven questions, you need to get better information PRONTO!

While OTS has officially noted severe violations of banking law and illegal practices by Bender and his Columbo Bank, it has not stopped him and his cohorts from wreaking havoc upon our and your hard earned investments! We must rise up, vote and PROTECT OUR PROPERTY RIGTS AS PART OF OUR CIVIL RIGHTS!! This country/economy have enough deficits. Prevent outside interests from converting Independence Federal into another Potential Enron. Smart Wall Street investors will stay away from Bender's Bad Deal!

Thank you for reading and thinking about this in its entirety. A little research never hurt. As Ossie Davis would say: "DO THE RIGHT THING!!"

Sincerely,

Catherine McPhail

A. Gilbert Douglas