**EXHIBIT K**

OFFICE OF THRIFT SUPERVISION
Washington, D.C. 20552

SCHEDULE 13D

Under the Securities Exchange Act of 1934
New Filing

**INDEPENDENCE FEDERAL SAVINGS BANK**
(Name of Issuer)

COMMON STOCK
(Title of Class of Securities)

453432 10 6
(CUSIP Number)

Jeffery E. Thompson
1101 15th Street, NW, Suite 400
Washington, DC 20005
(202) 778-3400

(Name, Address and Telephone Number of Person
Authorized to Receive Notices and Communications)

with a copy to:

Daniel P. Weitzel, Esq
Enterprise Business Law Group LLC
8270 Greensboro Drive, Suite 850
McLean, VA 22102
(703) 584-3258

September 19, 2005
(Date of Event Which Requires Filing of this Statement)

If the filing person has previously filed a statement on Schedule 13G to report the acquisition that is the subject of this Schedule 13D, and is filing this schedule because of Sections 240.13d-1(e), 240.13d-1(f) or 240.13d-1(g), check the following box [ ].

NOTE: Schedules filed in paper format shall include a signed original and five copies of the schedule, including all exhibits. See Rule 240.13d-7 for other parties to whom copies are to be sent.

* The remainder of this cover page shall be filled out for a reporting person's initial filing on this form with respect to the subject class of securities, and for any subsequent amendment containing information which would alter disclosures provided in a prior cover page.

The information required on the remainder of this cover page shall not be deemed to be "filed" for the purpose of Section 18 of the Securities Exchange Act of 1934 ("Act") or otherwise subject to the liabilities of that section of the Act but shall be subject to all other provisions of the Act (however, see the Notes).

SEP-30-2005  18:29        MULDOON MURPHY AGUGGIA                    202 966 9409    P.04

CUSIP NO. 453432 10 6                    13D

1  NAME OF REPORTING PERSON
   S.S. OR I.R.S. IDENTIFIFCATION NUMBER OF ABOVE PERSON
   (ENTITIES ONLY)

   Jeffery E. Thompson

2  CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP

   (a) ☐   (b) ☐

3  SEC USE ONLY

4  SOURCE OF FUNDS
   PF

5  CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS
   REQUIRED PURSUANT TO ITEMS 2(d) or 2 (e)            ☐

6  CITIZENSHIP OR PLACE OF ORGANIZATION
   United States of America

| NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH | 7 | SOLE VOTING POWER<br>111,600 |
|---|---|---|
| | 8 | SHARED VOTING POWER<br>0 |
| | 9 | SOLE DISPOSITIVE POWER<br>111,600 |
| | 10 | SHARED DISPOSITIVE POWER<br>0 |

11  AGGREGATE AMOUNT BENEFICIALLY OWNED BY REPORTING PERSON

    111,600

12  CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN
    SHARES           ☐

13  PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)
    7.2%

14  TYPE OF REPORTING PERSON

    IN

2

Item 1.        Security and Issuer

This Schedule 13D relates to the common stock, $.01 par value ("Common Stock"), of Independence Federal Savings Bank (the "Issuer"). The principal executive offices of the Issuer are located at 1229 Connecticut Avenue, N.W., Washington, D.C. 20036

Item 2.        Identity and Background

(a)-(c)    This statement is filed by Jeffery E. Thompson, an individual whose business address is 1101 15th Street, NW, Suite 400, Washington, D.C., 20005. Mr. Thompson is the Chairman and Chief Executive Officer of Thompson, Cobb, Bazilio & Associates, PC ("TCBA"). TCBA is a professional services firm that specializes in: providing accounting, audit, tax preparation and planning, information systems technology, financial and management consulting services.

(d)    During the past five years, Mr. Thompson has not been convicted in a criminal proceeding (excluding traffic violations or similar misdemeanors).

(e)    During the past five years, Mr. Thompson has not been a party to a civil proceeding of a judicial or administrative body of competent jurisdiction and, as a result of such proceeding, was, or is subject to a judgment, decree or final order enjoining future violations of, or prohibiting or mandating activities subject to, federal or state securities laws or finding any violation with respect to such laws.

(f)    Mr. Thompson is a citizen of the United States of America.

Item 3.        Source and Amount of Funds or Other Consideration

The amount of funds expended to date by Mr. Thompson to acquire the 111,600 shares of Common Stock he holds is $1,329,135. All shares of Common Stock were purchased by Mr. Thompson using personal funds.

Item 4.        Purpose of Transaction

Mr. Thompson acquired his shares of the Common Stock of the Issuer for investment purposes. Mr. Thompson may in the future acquire additional shares of Common Stock or may dispose of some or all of the shares of Common Stock which are the subject of this filing. Mr. Thompson has no present intentions with respect to an extraordinary corporate transaction regarding the Issuer and does not presently have any plans or proposals which relate to, or could result in, any of the matters referred to in paragraphs (a) through (j), inclusive, of Item (4) of Schedule 13D. However, he may, at any time and from time to time, review or reconsider his position.

Item 5.        Interest in Securities of the Issuer

(a)    Mr. Thompson beneficially owns 111,600 shares of Common Stock, which represents 7.2% of the Issuer's Common Stock. The percentages used in this Schedule 13D are calculated based upon the number of outstanding shares of Common Stock, 1,552,448, reported as the number of outstanding shares as of July 29, 2005, in the Issuer's Notice of Special Meeting of Shareholders in Lieu

3

of the Annual Meeting of Shareholders, dated August 25, 2005. All purchases of Common Stock reported herein were made in open market transactions on The Nasdaq SmallCap Stock Market.

(b) 
  (1) Sole power to vote or to direct vote: 111,600
  (2) Shared power to vote or to direct vote: 0
  (3) Sole power to dispose or to direct disposition: 111,600
  (4) Shared power to dispose or direct disposition: 0

(c) The chart below sets forth all purchases of Common Stock which Mr. Thompson has made in the last 60 days. Said purchases totaled 98,600 shares of Common Stock for a total purchase price of $1,188,010.

| Date | Shares Acquired | Price Per Share ($) | Where Transacted |
|---|---|---|---|
| 9/21/05 | 20,000 | $12.04 | Open Market |
| 9/19/05 | 20,000 | 12.04 | Open Market |
| 9/16/05 | 40,000 | 12.07 | Open Market |
| 9/06/05 | 7,100 | 12.05 | Open Market |
| 9/02/05 | 3,500 | 12.05 | Open Market |
| 8/24/05 | 2,500 | 12.05 | Open Market |
| 8/09/05 | 2,500 | 12.05 | Open Market |
| 8/08/05 | 2,000 | 11.86 | Open Market |
| 8/05/05 | 1,000 | 11.87 | Open Market |

(d) No other person has the right to receive or the power to direct the receipt of dividends from, or the proceeds from the sale of the shares of Common Stock held by Mr. Thompson.

(e) Not applicable.

Item 6.   Contracts, Arrangements, Understandings or Relationships with Respect to the Securities of the Issuer

There are no contracts, arrangements, understandings or relationships (legal or otherwise) between Mr Thompson and any other person with respect to any securities of the Issuer. Mr. Michael J Cobb is a member of the Issuer's Board of Directors and is also a 1% stockholder of TCBA. Mr. Thompson has not had any prior discussion or other communication with Mr. Cobb regarding Mr Thompson's purchase of shares of the Common Stock.

Item 7.   Material to be Filed as Exhibits

None.

4

## SIGNATURE

After reasonable inquiry and to the best of my knowledge and belief, I certify that the information set forth in this statement is true, complete and correct.

Date:   September 28, 2005

*Jeffery E. Thompson*

5