UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MORTON A. BENDER, et al.        )
                                )
        Plaintiffs               )
                                )  Case No. 1:06CV00092
v.                              )
                                )
CAROLYN D. JORDAN, et al.       )
                                )
        Defendants,             )
_____ )

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that I have been retained by Carolyn D. Jordan, Thomas L. Batties, David Wilmot, Michael J. Cobb, William B. Fitzgerald, and Eugene K. Youngentob the above named Defendants. I was admitted to practice in this District on January 5, 2004.

Respectfully Submitted

SHOOK, HARDY & BACON L.L.P.

By: _____/s/_____
Peter E. Strand, #481870
Carlos E. Provencio, #461227
Hamilton Square
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
Telephone: 202.783.8400
Facsimile 202.783.4211
*Attorneys For Carolyn D. Jordan, et al.*

128704v1