IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MORTON A. BENDER, et al. )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CAROLYN D. JORDAN, et al. )<br>)<br>Defendant. )<br>) | Civil Action No. 1:06cv00092 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE BENDERS' APPLICATION FOR PRELIMINARY INJUNCTIVE RELIEF

COME NOW, Defendants Carolyn D. Jordan, Thomas L. Batties, David Wilmot, Michael J. Cobb, William B. Fitzgerald, Eugene K. Youngentob and Independence Federal Savings Bank ("IFSB"), and respectfully request an extension of time to file a Response to Plaintiffs' Memorandum of Points and Authorities in Support of the Benders' Application for Preliminary Injunctive Relief ("Application"). IFSB states the following in support of its motion:

1. Plaintiffs' filed the Application on January 20, 2006 against several defendants, including IFSB.

2. IFSB was served by mail with the Memorandum of Points and Authorities on or about January 20, 2006.

3. Other defendants have been served by mail with the Application on and after January 20, 2006.

128914v1

4. By Rule, for parties served on January 20, a response is currently due on February 1, 2006.

5. Due to the fact that Application calls for similar relief against all Defendants, and in the interest of efficiency and convenience for the Court, Defendants anticipate filing one joint response to the Application.

6. Because all defendants have not been served, their Response to the Application is not due at this time.

7. Counsel for Defendants has conferred with plaintiffs' counsel. Plaintiffs' counsel does not oppose an extension.

8. Counsel for both sides are meeting on Thursday, February 2, 2006, to discuss a briefing schedule for the Application and other dates that is amenable to both sides. Counsel anticipate filing a proposed Scheduling Order on Friday, February 3, 2006.

9. A proposed form of Order has been attached to this Motion for the Convenience of the Court.

WHEREFORE, Defendant IFSB respectfully requests this Court grant IFSB's Motion for Extension of time to File a Response to Plaintiffs' Memorandum of Points and Authorities in Support of the Benders' Application for Preliminary Injunctive Relief.

128914v1

Dated February 2, 2006

          SHOOK, HARDY & BACon L.L.P.

          _____/s/_____
          Peter E. Strand
          Hamilton Square
          600 14th Street, N.W., Suite 800
          Washington, D.C. 20005-2004

          Attorney For Defendants Carolyn Jordan, et al.

          KALBIAN HAGERTY L.L.P.

          _____/s/_____
          Haig V. Kalbian
          888 17th Street, N.W., Suite 1000
          The Brawner Building
          Washington, D.C. 20006

          Attorney For Defendant Independence Federal Savings Bank

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of February, 2006, a true and complete copy of the forgoing Unopposed Motion for Extension of Time to File a Response to Memorandum of Points and Authorities in Support of the Benders' Application for Preliminary Injunctive Relief was mailed via first class mail to the following:

> Dale A. Cooter, Esq.
> Cooter, Mangold, Tompert and Wayson, L.L.P.
> 5301 Wisconsin Ave, NW
> Suite 500
> Washington, D.C.  20015
> T: (202)537-0700
> F: (202)364-3664
> *Attorneys for Plaintiffs*
> *Morton Bender*

                              /s/
                         Peter E. Strand

128914v1