IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MORTON A. BENDER, et al.  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)  Civil Action No. 1:06cv00092<br>CAROLYN D. JORDAN, et al.  )<br>)<br>Defendant.  )<br>) | |

## ORDER

It is hereby **ORDERED** that Defendant IFSB's Motion for Extension of time to File a Response to Plaintiffs' Memorandum of Points and Authorities in Support of the Benders' Application for Preliminary Injunctive Relief is **GRANTED**.

Dated: _____

_____
Judge Collyer

128914v1