IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MORTON A. BENDER, et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Civil Action No. 1:06cv00092 |
| CAROLYN D. JORDAN, et al. ) | |
| ) | |
| Defendant. ) | |
| ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

COME NOW, Defendants Carolyn D. Jordan, Thomas L. Batties, David Wilmot, Michael J. Cobb, William B. Fitzgerald, Eugene K. Youngentob and Independence Federal Savings Bank ("IFSB") (hereinafter jointly referred to as "Defendants"), and respectfully request an extension of time to file an Answer. Defendants state the following in support of this motion:

1. Plaintiffs' filed a Complaint against Defendants on January 18, 2006.

2. IFSB was served with the Complaint on or about January 20, 2006.

3. Other Defendants have been served by mail with the Complaint on and after January 20, 2006.

4. By Rule, for parties served on January 20, 2006, a response is due on February 7, 2006.

5. On February 2, 2006, Defense counsel agreed to accept service on behalf of the remaining Defendants who had not yet been served.

6. Due to the fact that all Defendants had not been served as of February 2, 2006, Defendants request they have until February 15, 2006 to file their Answers.

- 1 -

- 2 -

7. Counsel for Defendants has conferred with plaintiffs' counsel. Plaintiffs' counsel does not oppose an extension.

8. A proposed form of Order has been attached to this Motion for the Convenience of the Court.

WHEREFORE, Defendants respectfully requests this Court grant Defendants' Unopposed Motion for Extension of time to File an Answer.

Dated February 7, 2006

SHOOK, HARDY & BACON L.L.P.

_____/s/_____
Peter E. Strand
Hamilton Square
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004

Attorney For Defendants Carolyn Jordan, et al.

KALBIAN HAGERTY L.L.P.

_____/s/_____
Haig V. Kalbian
888 17th Street, N.W., Suite 1000
The Brawner Building
Washington, D.C. 20006

Attorney For Defendant Independence Federal Savings Bank

- 3 -

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MORTON A. BENDER, et al.          )<br>                                                        )<br>             Plaintiff,                          )<br>                                                        )<br>             vs.                                   )<br>                                                        )      Civil Action No. 1:06cv00092<br>CAROLYN D. JORDAN, et al.     )<br>                                                        )<br>             Defendant.                      )<br>                                                        ) | |

## **ORDER**

It is hereby **ORDERED** that Defendants' Unopposed Motion for Extension of time to file an Answer is **GRANTED**. Defendants shall have until February 15, 2006, to file an Answer to Plaintiffs' Complaint.

Dated: _____                                   _____ _____
                                                                     Judge Collyer

129074v2

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of February, 2006, a true and complete copy of the forgoing Unopposed Motion for Extension of Time to File an Answer was mailed via first class mail to the following:

>Dale A. Cooter, Esq.
>Cooter, Mangold, Tompert and Wayson, L.L.P.
>5301 Wisconsin Ave, NW
>Suite 500
>Washington, D.C.  20015
>T: (202)537-0700
>F: (202)364-3664
>*Attorneys for Plaintiffs*

>_____/s/_____
>Peter E. Strand