UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MORTON A. BENDER, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CAROLYN D. JORDAN, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:06cv00092<br>)  (RMC)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that I have been retained by International Federal Savings Bank, a Defendant in the above-captioned litigation. I was admitted to practice in this District on November 3, 1986.

February 7, 2006

Respectfully submitted,

KALBIAN HAGERTY L.L.P

By: ____/s/____
Haig V. Kalbian, #400976
The Brawner Building
888 17th Street, N.W., Suite 1000
Washington, D.C. 20006
T: (202) 223-5600
F: (202) 223-6625
*Attorney for Defendant*
*International Federal Savings Bank*