IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MORTON A. BENDER, et al. )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>) Civil Action No. 1:06cv00092<br>CAROLYN D. JORDAN, et al. )<br>)<br>Defendant. )<br>) | |

**JOINT MOTION TO FILE AGREED INTERIM SCHEDULING ORDER FOR
RESPONSE TO PLAINTIFFS' MEMORANDUM OF POINTS AND
AUTHORITIES IN SUPPORT OF THE BENDERS' APPLICATION
<u>FOR PRELIMINARY INJUNCTIVE RELIEF</u>**

COME NOW, Plaintiffs Morton A. Bender, and Grace M. Bender, and Defendants Carolyn D. Jordan, Thomas L. Batties, David Wilmot, Michael J. Cobb, William B. Fitzgerald, Eugene K. Youngentob and Independence Federal Savings Bank ("IFSB"), and hereby jointly request this Court enter a Scheduling Order for responding to Plaintiffs' Memorandum of Points and Authorities in Support of the Benders' Application for Preliminary Injunctive Relief. The parties believe that this Schedule will allow them to include reference to discovery as an aid to the Court in ruling on Plaintiffs' Memorandum of Points and Authorities in Support of the Benders' Application for Preliminary Injunctive Relief. A proposed form of Order has been attached to this Motion for the convenience of the Court.

                                                                                     Respectfully Submitted,

Dated February 15, 2006

129247v1

SHOOK, HARDY & BACON L.L.P.

_____/s/_____
Peter E. Strand
Hamilton Square
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004

Attorney For Defendant Carolyn Jordan, et al.


KALBIAN HAGERTY L.L.P.

_____/s/_____
Haig V. Kalbian
888 17th Street, N.W., Suite 1000
The Brawner Building
Washington, D.C. 20006

Attorney For Defendant Independence Federal Savings Bank


COOTER, MANGOLD, TOMPERT & WAYSON

_____/s/_____
Dale Cooter
Cooter, Mangold, Tompert & Karas L.L.P.
5301 Wisconsin Ave. NW
Suite 500
Washington, D.C. 20015

Attorney For Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MORTON A. BENDER, et al.  )<br>  )<br>  Plaintiff,  )<br>  )<br>  vs.  )<br>  )<br>CAROLYN D. JORDAN, et al.  )<br>  )<br>  Defendant.  )<br>  ) | Civil Action No. 1:06cv00092 |

**INTERIM SCHEDULING ORDER**

On joint motion of the parties, and for good cause shown,

It is ORDERED that:

1. Defendants' Response to Plaintiffs' Memorandum of Points and Authorities in Support of the Benders' Application for Preliminary Injunctive Relief is due on or before March 31, 2006.

2. Plaintiffs' Reply to Defendants' Response to Plaintiffs' Memorandum of Points and Authorities in Support of the Benders' Application for Preliminary Injunctive Relief is due on or before April 14, 2006.

Dated: _____                         _____

                                          Judge Collyer

129247v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of February, 2006, a true and complete copy of the forgoing Joint Motion to File Agreed Interim Scheduling Order for Response to Plaintiffs' Memorandum of Points and Authorities in Support of the Benders' Application for Preliminary Injunctive Relief was mailed via first class mail to the following:

>Dale A. Cooter, Esq.
>Cooter, Mangold, Tompert and Wayson, L.L.P.
>5301 Wisconsin Ave, NW
>Suite 500
>Washington, D.C. 20015
>T: (202)537-0700
>F: (202)364-3664
>*Attorneys for Plaintiffs*


>Haig V. Kalbian
>888 17th Street N.W., Suite 1000
>The Brawner Building
>Washington, D.C. 20006
>*Attorney For Defendant Independence Federal Savings Bank*


_____/s/_____
Peter Strand

129247v1