AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Morton A. Bender, et al.

**SUMMONS IN A CIVIL CASE**

V.

Carolyn D. Jordan, et al.

CASE NUMBER  1:06CV00092

JUDGE: Rosemary M. Collyer

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 01/18/2006

TO: (Name and address of Defendant)

DAVID WILMOT
1653 Kalmia Road, N.W.
Washington, D.C. 20015

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dale A. Cooter, Esq.
Cooter, Mangold, Tompert & Karas, LLP
5301 Wisconsin Avenue, Suite 500
Washington, D.C. 20015

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON    JAN 18 2005
CLERK                          DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MORTON A. BENDER, et al. )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>CAROLYN D. JORDAN, et al. )<br>)<br>    Defendants. )<br>_____ ) | C.A. No. 1:06cv00092 |

### RETURN OF SERVICE OF PROCESS (DAVID WILMOT)

I, Donna S. Mangold, do declare follows:

1. I am over the age of 18 and competent to testify to the matters set forth herein.

2. I am a partner of the law firm Cooter, Mangold, Tompert & Karas, LLP, counsel on behalf of the Plaintiff.

3. On February 3, 2006, I sent a letter by facsimile and first-class mail to Peter Strand, Esq., and Carlos Enrique Provencio, Esq., Shook, Hardy & Bacon, LLP, Hamilton Square, 600 14th Street, N.W., Suite 800, Washington, D.C. 20005 confirming the agreement to accept service of the following documents for Defendant David Wilmot:

- Summons;
- Verified Complaint;
- Jury Demand;
- Initial Electronic Case Filing Order;

- Notice of Right to Consent to Trial Before United States Magistrate Judge;

- Electronic Case Files - Attorney/Participant Registration Form;

- The Benders' Application for Preliminary Injunctive Relief;

- Memorandum of Points and Authorities in Support of the Benders' Application for Preliminary Injunctive Relief (with Exhibits A through L)

- (Proposed) Order Granting Preliminary Injunction

I declare under penalty of perjury that the information contained herein is true and correct.

Executed this 15th day of February, 2006 in Washington, D.C.


_____/s/_____
Donna S. Mangold

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing Summons with Return of Service was sent electronically on the 15th day of February, 2006, to:

        Peter Strand, Esq.
        Carlos Enrique Provencio, Esq.
        Shook, Hardy & Bacon, LLP
        Hamilton Square
        600 14th Street, N.W.
        Suite 800
        Washington, D.C. 20005


                                      _____/s/_____
                              Dale A. Cooter, Bar No.227454
                              Donna S. Mangold, Bar No. 358851
                              James E. Tompert, Bar No. 358952
                              5301 Wisconsin Ave., N.W.
                              Suite 500
                              Washington, D.C. 20015
                              (202)537-0700
                              efiling@cootermangold.com

                              *Attorneys for Plaintiffs*
                              *Morton A. Bender and Grace M.*
                              *Bender*