AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Morton A. Bender, et al.

**SUMMONS IN A CIVIL CASE**

V.

Carolyn D. Jordan, et al.

CASE NUMBER  1:06CV00092

JUDGE: Rosemary M. Collyer

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 01/18/2006

TO: (Name and address of Defendant)

CAROLYN D. JORDAN
702 Leightonwood Lane
Silver Spring, MD 20910

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dale A. Cooter, Esq.
Cooter, Mangold, Tompert & Karas, LLP
5301 Wisconsin Avenue, Suite 500
Washington, D.C. 20015

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON       JAN 1 8 2005
CLERK                             DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MORTON A. BENDER, et al. ) | |
| ) | |
| Plaintiffs, ) | C.A. No. 1:06cv00092 |
| ) | |
| v. ) | |
| ) | |
| CAROLYN D. JORDAN, et al. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

### RETURN OF SERVICE OF PROCESS (CAROLYN JORDAN)

I, Donna S. Mangold, do declare follows:

1. I am over the age of 18 and competent to testify to the matters set forth herein.

2. I am a partner of the law firm Cooter, Mangold, Tompert & Karas, LLP, counsel on behalf of the Plaintiff.

3. On February 3, 2006, I sent a letter by facsimile and first-class mail to Peter Strand, Esq., and Carlos Enrique Provencio, Esq., Shook, Hardy & Bacon, LLP, Hamilton Square, 600 14th Street, N.W., Suite 800, Washington, D.C. 20005 confirming the agreement to accept service of the following documents for Defendant Carolyn Jordan:

- Summons;
- Verified Complaint;
- Jury Demand;
- Initial Electronic Case Filing Order;

- Notice of Right to Consent to Trial Before United States Magistrate Judge;

- Electronic Case Files - Attorney/Participant Registration Form;

- The Benders' Application for Preliminary Injunctive Relief;

- Memorandum of Points and Authorities in Support of the Benders' Application for Preliminary Injunctive Relief (with Exhibits A through L)

- (Proposed) Order Granting Preliminary Injunction

I declare under penalty of perjury that the information contained herein is true and correct.

Executed this 15th day of February, 2006 in Washington, D.C.


_____/s/_____
Donna S. Mangold

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Summons with Return of Service was sent electronically on the 15th day of February, 2006, to:

>Peter Strand, Esq.
>Carlos Enrique Provencio, Esq.
>Shook, Hardy & Bacon, LLP
>Hamilton Square
>600 14th Street, N.W.
>Suite 800
>Washington, D.C. 20005

>_____/s/_____
>Dale A. Cooter, Bar No.227454
>Donna S. Mangold, Bar No. 358851
>James E. Tompert, Bar No. 358952
>5301 Wisconsin Ave., N.W.
>Suite 500
>Washington, D.C. 20015
>(202)537-0700
>efiling@cootermangold.com
>
>*Attorneys for Plaintiffs*
>*Morton A. Bender and Grace M. Bender*