Prolaw Calendar
DAC
Atty

AO 440 (Rev DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Morton A. Bender, et al.

**SUMMONS IN A CIVIL CASE**

V.

Carolyn D. Jordan, et al.

CASE NUMBER   1:06CV00092

JUDGE: Rosemary M. Collyer

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 01/18/2006

TO: (Name and address of Defendant)

**INDEPENDENCE FEDERAL SAVINGS BANK**
1229 Connecticut Avenue, N.W.
Washington, D.C. 20036

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dale A. Cooter, Esq.
Cooter, Mangold, Tompert & Karas, LLP
5301 Wisconsin Avenue, Suite 500
Washington, D.C. 20015

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        JAN 1 8 2005
CLERK                             DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| **Verified**\*<br>Service of the Summons and complaint was made by me[1] | DATE<br>01-20-06 at 1:48 p.m. |
| NAME OF SERVER *(PRINT)*<br>Daniel F. Portnoy | TITLE<br>Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): **By serving Sheila R. Finlayson, Esquire, Counsel & Corporate Secretary, authorized to accept. Service was completed at 1229 Connecticut Avenue, NW, Washington, DC 20036.**

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  01-20-06
            Date               *Signature of Server*

**Capitol Process Services, Inc.**
1827 18th Street, N.W.
Washington, D.C. 20009
(202) 667-0050

*Address of Server*

\* Notice of Right to Consent to Trial Before a United States Magistrate Judge and Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Summons with Return of Service was sent electronically on the 15th day of February, 2006, to:

>Peter Strand, Esq.
>Carlos Enrique Provencio, Esq.
>Shook, Hardy & Bacon, LLP
>Hamilton Square
>600 14th Street, N.W.
>Suite 800
>Washington, D.C. 20005

>_____/s/_____
>Dale A. Cooter, Bar No.227454
>Donna S. Mangold, Bar No. 358851
>James E. Tompert, Bar No. 358952
>5301 Wisconsin Ave., N.W.
>Suite 500
>Washington, D.C. 20015
>(202)537-0700
>efiling@cootermangold.com
>
>*Attorneys for Plaintiffs*
>*Morton A. Bender and Grace M. Bender*