# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MORTON A. BENDER, et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Civil Action No. 1:06cv00092 |
| CAROLYN D. JORDAN, et al. ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF FILING OF BULKY DOCUMENTS

COME NOW, Defendants Carolyn D. Jordan, David Wilmot, Michael J. Cobb, William B. Fitzgerald, Eugene K. Youngentob and Thomas L. Batties, and hereby file a Table of Authorities as a bulky attachment to the Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss Counts I, II, III, and IV of Plaintiffs' Complaint filed on Wednesday, February 22, 2006. Two paper copies and a disc containing the Table of Authorities and Cases are available for viewing during the Court's normal business hours.

Respectfully Submitted,

Dated February 15, 2006

SHOOK, HARDY & BACON L.L.P.

_____/s/_____
Peter E. Strand
Hamilton Square
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004

Attorney For Defendant Carolyn Jordan, et al.

129412v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of February, 2006, a true and complete copy of the forgoing Notice of Filing of Bulky Documents was mailed via first class mail to the following:

    Dale A. Cooter, Esq.
    Cooter, Mangold, Tompert and Wayson, L.L.P.
    5301 Wisconsin Ave, NW
    Suite 500
    Washington, D.C. 20015
    T: (202)537-0700
    F: (202)364-3664
    *Attorneys for Plaintiffs*


    Haig V. Kalbian
    888 17th Street N.W., Suite 1000
    The Brawner Building
    Washington, D.C. 20006
    *Attorney For Defendant Independence Federal Savings Bank*


                                                             /s/
                                                          Peter Strand

129412v1