**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MORTON A. BENDER, et al.  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>CAROLYN D. JORDAN, et al.  )<br>)<br>Defendant.  )<br>) | Civil Action No. 1:06cv00092 |

**ORDER**

THIS CAUSE having come before the Court on Defendant Independent Federal Savings Bank's Motion to Dismiss and Memorandum of Points and Authorities In Support and the Court being of the opinion that Plaintiffs lack standing to bring an individual claim to enjoin the Bank from advancing expenses or indemnifying, and that the issue of indemnification is not ripe for adjudication, it

is hereby ORDERED AND ADJUDGED that

(1) Defendant's Motion to Dismiss is GRANTED, and

(2) COUNT VI of Plaintiffs' Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED on this ____ day of _____,2006.

Dated: _____                             _____
                                               DISTRICT JUDGE COLLYER

- 12 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of February, 2006, a true and complete copy of the forgoing Motion to Dismiss was served via electronic filing to the following:

>Dale A. Cooter, Esq.
>Donna Mangold, Esq.
>Cooter, Mangold, Tompert and Wayson, L.L.P.
>5301 Wisconsin Ave, NW
>Suite 500
>Washington, D.C.  20015
>T: (202)537-0700
>F: (202)364-3664
>*Attorneys for Plaintiffs*

_____/s/_____
Haig V. Kalbian