# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MORTON A. BENDER, et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Civil Action No. 1:06cv00092 |
| CAROLYN D. JORDAN, et al. ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE REGARDING EXHIBIT ATTACHMENT

Tabs 1 through 58, which are attachments to Defendants' Response to Memorandum of Points and Authorities in Support of the Bender's Application for Preliminary Injunctive Relief. These documents will be available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

Dated March 31, 2006

SHOOK, HARDY & BACON L.L.P.

/s/
Peter E. Strand
Hamilton Square
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004

Attorney For Defendant Carolyn Jordan, et al.

130214v1