## Page 10

1  Independence Federal Savings Bank?
2  A  It might have been her, might have
3  been Tom Batties.
4  Q  Did you know Mr. Batties prior to
5  your retention?
6  A  No.
7  Q  I'm going to show you what we mark
8  as Deposition Exhibit number 1.
9      THE WITNESS:  No, that's not right.
10  How are we doing this, Peter?
11      MR. STRAND:  Oh, it's -- 15 is the
12  next one.
13      MR. COOTER:  15?  Okay.
14      (Deposition Exhibit No. 15 was
15      marked for identification.)
16      BY MR. COOTER:
17  Q  Take a moment; look at Deposition
18  Exhibit number 15.  Have you seen the
19  document before?
20  A  It looks familiar.
21  Q  You understand that this is a
22  notice that brings you here today?

## Page 11

1  A  Well, it looks like the document.
2  Q  Take a look at the document request
3  on the second to the last page of the
4  document.  Did you bring any documents with
5  you today?
6  A  No.
7  Q  Did you make a search for the
8  documents here outlined on page number 7 of
9  the exhibit?
10  A  Yes.
11  Q  Do you have any documents
12  responsive to any of the request on page 7?
13  A  No.
14  Q  Now, when you -- do you know a
15  Gilbert Douglas?
16  A  No.
17  Q  Have you ever spoken with him?
18  A  I have spoken with him.
19  Q  When?
20  A  I don't know -- a couple or three
21  weeks ago, maybe.
22  Q  And prior to that had you ever

## Page 12

1  spoken with Mr. Douglas?
2  A  No.
3  Q  Well, on what occasion did you
4  speak with Mr. Douglas a few weeks ago?
5  A  Just spoke with him to determine,
6  you know, if he had any comments about the --
7  how the meeting was run.
8  Q  About the what?
9  A  How the meeting was run, the
10  special meeting was run.
11  Q  Did he give you comments?
12  A  No.
13  Q  Did you discuss anything else with
14  Mr. Douglas that day?
15  A  I just suggested to him that
16  whatever he was asked, that he should tell
17  the truth.
18  Q  Did you discuss the letter that
19  bears his name that went on to the
20  shareholders prior to the meeting?
21  A  No.
22  Q  Anything else that you discussed

## Page 13

1  with Mr. Douglas?
2  A  No.  My conversation was limited to
3  requesting him to whatever questions he was
4  asked, to be honest and straightforward in
5  his answers.
6  Q  Well, if I understand it, you told
7  me that the subject matter of your
8  conversation was his view of how the meeting
9  was run.  And I assume by the meeting, you
10  talk about the meeting on October the 26th?
11  A  Uh-huh.
12  Q  You have to say "Yes."
13  A  Yes.
14  Q  And what if anything did he say on
15  that issue?
16  A  He said he did not have any
17  questions.
18  Q  Did you call him or he called you?
19  A  I think I called him.
20  Q  On what occasion did you call him?
21  Why would you call him?
22  A  Well, there was some discussion

Beta Court Reporting
(202) 464-2400   www.betareporting.com   (800) 522-2382

**Page 14**

1  that he might be concerned about, you know,
2  the shareholders meeting, and I just wanted
3  to tell him that he shouldn't be concerned
4  about it, that he could just communicate
5  whatever his thoughts were at the time and
6  subsequent to that.
7    Q   Who told you that he had some
8  concerns?
9    A   I have to claim privilege on that.
10   Q   What's that?
11   A   I'll claim privilege on that.
12   Q   You're refusing to answer that
13  question?
14   A   Yes, I am, because it's --
15   Q   Okay. We'll be back. Have you
16  spoken with Mr. Douglas on any other
17  occasion than the one you've just told me
18  about?
19   A   I have not.
20   Q   Are you familiar with the company
21  known as IBS Associates?
22   A   Only by way of this litigation in

**Page 15**

1  the shareholders' meeting.
2    Q   Have you ever spoken with anybody
3  employed by IBS Associates?
4    A   The answer is probably yes.
5    Q   When?
6    A   Probably the day of the
7  shareholders' meeting.
8    Q   Who?
9    A   I have no idea.
10   Q   What was the substance of your
11  conversation?
12   A   Hello.
13   Q   Anything else?
14   A   Not that I can recall.
15   Q   Have you spoken with him since this
16  case was filed?
17   A   No.
18   Q   Catherine McPhail, do you know her?
19   A   No.
20   Q   Have you ever spoken with her?
21   A   No.
22   Q   Jeffrey Thompson, do you know him?

**Page 16**

1    A   Yes.
2    Q   How long have you known Mr.
3  Thompson?
4    A   Since the shareholders' meeting.
5    Q   Have you spoken with him?
6    A   Regarding?
7    Q   Anything.
8    A   Yeah.
9    Q   When? When was the first time?
10   A   Right after the shareholders'
11  meeting.
12   Q   Who was present during this
13  conversation?
14   A   I think some members of the Board.
15   Q   Who? What members of the Board?
16   A   I think Mr. Wilmot, Ms. Jordan, I
17  think Mr. Batties was there and --
18   Q   I'm sorry?
19   A   My partner was there.
20   Q   And who else?
21   A   I think the other lawyers for the
22  firm, John Hall, Tom Hagerty.

**Page 17**

1    Q   What was the -- where were those
2  conversations? You say it was after the
3  shareholders' meeting?
4    A   Yeah.
5    Q   Where was it?
6    A   It was in a -- I think in a bar in
7  a hotel, as I recall.
8    Q   Have you told me everybody who was
9  in attendance?
10   A   Everybody I can remember.
11   Q   I'm sorry?
12   A   Everybody I can remember.
13   Q   And what was the substance of the
14  discussion with Mr. Thompson?
15   A   Just "What do you do?" I'd never
16  met him before. You know, this was a group
17  gathering. We're just sitting chatting.
18  There was no subject matter, there was no --
19   Q   Well, did you discuss the events of
20  the shareholders' meeting?
21   A   Well, other than we were happy with
22  it.

Page 18

1  Q  If I understand your testimony,
2  that's the only time you have ever spoken
3  with Mr. Thompson about anything?
4  A  That's correct.
5  Q  Was there any discussion about how
6  Mr. Thompson had voted?
7  A  I don't recall there being any
8  discussion about how he voted.
9  Q  Was there any discussion about
10 shares held by Mr. Doley?
11 A  I don't believe there was.
12 Q  Was there any discussion about
13 shares held by Mr. Delaney?
14 A  I don't recall I had.
15 Q  Have you told me everything that
16 you can recall about your conversation with
17 Mr. Thompson?
18 A  Yes.
19 Q  Have you had occasion to speak with
20 him since the shareholders' meeting?
21 A  No.
22 Q  Reverend Fauntroy, do you know him?

Page 19

1  A  I do know him.
2  Q  How long have you known him?
3  A  Well, since he was in Congress.
4  Q  And have you ever had occasion to
5  speak with Mr. Fauntroy about Independence
6  Federal Savings Bank?
7  A  No.
8  Q  When was the last time you spoke
9  with him?
10 A  Well, probably his retirement party
11 when he left Congress. That was 10 years
12 ago.
13 Q  Reverend Douglas Moore, do you know
14 him?
15 A  Never heard of him.
16 Q  I'm sorry?
17 A  Never heard of him.
18 Q  Have you ever spoken with him?
19 A  Well, if I don't know him, I
20 probably haven't spoken to him, have I?
21 Q  I don't know. This is your
22 testimony. Is your answer "No"?

Page 20

1  A  My answer is "No."
2  Q  Logan Delaney, do you know him?
3  A  I do not know him.
4  Q  Have you ever spoken with him?
5  A  No.
6  Q  Harold Doley, do you know him?
7  A  I do.
8  Q  When did you first meet Mr. Doley?
9  A  Twenty years ago.
10 Q  How did you come to meet Mr. Doley?
11 A  When he was a member of the
12 Securities Industry Association he had a
13 broker-dealer house the municipal bonds. I
14 met him through that -- through my employment
15 there.
16 Q  And when is the last time you spoke
17 with Mr. Doley about anything?
18 A  I'll have to claim privilege.
19 Q  I'm sorry?
20 A  I'm claiming privilege.
21 Q  Okay. You are refusing to answer
22 that question?

Page 21

1  A  I am.
2  Q  Have you spoken to Mr. Doley since
3  this case was filed?
4  A  Yes.
5  Q  How many times?
6  A  Sir, I can't discuss that.
7  Q  I'm sorry?
8  A  I can't discuss that.
9  Q  Well, you can. Are you refusing?
10 A  I am refusing, yes.
11 Q  Prior to the shareholders' meeting
12 on the 26th, did you ever have any
13 conversation with Mr. Doley about anything
14 having to do with Independence Federal
15 Savings Bank?
16 A  Prior to the 26th?
17 Q  Yes.
18 A  I don't know if we had any specific
19 -- I think I probably talked to him, but I
20 don't recall it being a specific conversation
21 with him about the bank, necessarily.
22 Q  When you say you think you probably

6 (Pages 18 to 21)