Page 22

1  talked to him, why do you think you probably
2  talked to him?
3    A  Well, because I would have -- I
4  can't imagine me not having spoken to him,
5  but if nothing else, to enquire whether he
6  was going to be at the shareholders' meeting.
7  I don't think we had any protracted or
8  extended conversations about what he --
9    Q  Did you have any conversations with
10 Mr. Doley on the 26th?
11   A  Yes, I did.
12   Q  Who was present?
13   A  Ms. Jordan and Mr. Wilmot.
14   Q  Where was this conversation or
15 conversations?
16   A  They were held at the hotel
17 briefly, and over lunch.
18   Q  Okay.  Were there any other
19 witnesses to this conversation other than
20 what you've just told me?  I think there was
21 more than one conversation from your
22 testimony.  Is that an accurate statement?

Page 23

1    A  Well, I guess you could say it's
2  either one conversation that was continued at
3  two places, or it was two conversations.
4  I'll let you decide what you want to treat
5  it.
6    Q  And have you told me all of the
7  people who were present at any time during
8  your dialogue with Mr. Doley?
9    A  Well, I mean, Mr. Bender was
10 present in one of them.  You know, there is
11 --
12   Q  Anyone else?
13   A  I remember people, people I don't
14 know -- I mean, during the meeting itself or
15 in the context of, during the meeting or
16 right after the meeting there were a number
17 of people floating around talking to
18 different people.  I don't know who the
19 number -- I don't know many of the
20 shareholders, so I can't really tell you who
21 they were.
22   Q  Have you ever talked to Daniel

Page 24

1  Hess?
2    A  No.
3    Q  Have you ever talked to any
4  employee or representative of Millennium
5  Management?
6    A  No.
7    Q  Have you ever spoken with Bishop
8  Clarence Long?
9    A  No.
10   Q  Do you know Bishop Long?
11   A  No.
12   Q  Have you ever spoken with any -- in
13 connection with Independence -- with any
14 representative Keiffer and Woods (?)?
15   A  No.
16   Q  Now, when you were retained -- and
17 by the way, when were you retained, first
18 retained?
19   A  As I indicated earlier it was last
20 summer.
21   Q  And was there a written retainer
22 letter?

Page 25

1    A  There was.
2    Q  What's the basis of your
3  compensation?  Is it hourly?
4    A  Hourly.
5    Q  What was it that you were being
6  retained to do?
7    A  To do work with the Office of
8  Thrift Supervision.
9    Q  Did you have any other function
10 other than interface with the OTS?
11   A  Well, just general corporate
12 advice.
13   Q  Why was it that you understood that
14 you -- that the bank needed to retain you to
15 interface with the OTS?
16   A  I guess you have to ask the bank
17 that.  I'm not aware of what the reasons the
18 bank had retained.
19   Q  But what was your understanding as
20 to why --
21   A  I guess I had an expertise that
22 they saw.

7 (Pages 22 to 25)

Page 26

1  Q   And what is your expertise with the
2  OTS?
3  A   We've been dealing with the OTS in
4  our firm for years -- 30 years.
5  Q   What was the division of duties in
6  connection with OTS interface between
7  yourself and Mr. Hall's law firm?
8  A   There was some overlap on what we
9  did, especially in preparation of documents,
10 but generally speaking, I believe Mr. Hall
11 dealt with the Atlanta office, and we dealt
12 with the Washington office.
13 Q   Do you have correspondence back and
14 forth with the OTS?
15 A   We might have.
16 Q   Who did -- who have you interfaced
17 with at the OTS on behalf of Independence
18 Federal Savings Bank?
19 A   The director of the OTS.
20 Q   Give me a name.
21 A   Director Reich -- Rich, I guess,
22 you pronounce the name, John Bowman, Jack

Page 27

1  Ryan, Bob Russell --
2  Q   Russell?
3  A   Rick Stern.  Was somebody else, I
4  don't actually remember his name right off
5  the top of my head.
6  Q   Kevin Corcoran?
7  A   Kevin Corcoran.
8  Q   Tell me about your dealings with
9  the director -- meetings -- what?
10 A   A meeting?
11 Q   Who was present?
12 A   I think, sir, that's confidential.
13 It was a private meeting with the bank and
14 then that's -- it's regulated.
15 Q   Are you refusing to answer that
16 question?
17 A   I am.
18 Q   How many meetings were there?
19 A   There was just one with the
20 director.
21 Q   When was it?
22 A   Sometime in the fall.

Page 28

1  Q   Was Mr. Bender discussed?
2  A   Well, it's hard not to discuss Mr.
3  Bender seeing that he's the major problem
4  with the institution.
5  Q   Say that again?
6  A   Sorry -- not to discuss Mr. Bender,
7  he's the major problem with the institution.
8  Q   So the answer is "Yes"?
9  A   Yes.
10 Q   Other than this meeting, this one
11 meeting with the director, have you had
12 discussions with the director about the bank
13 other than that?
14 A   Not that I'm aware of.
15 Q   Mr. Bowman -- describe the nature
16 of your interface with Mr. Bowman.
17 A   I've had a number of conversations
18 with Mr. Bowman.  I've had e-mails from Mr.
19 Bowman, correspondence with Mr. Bowman.
20 Q   Do you have the e-mail and
21 correspondence?  Do those records exist?
22 A   Yes, they exist.

Page 29

1  Q   Do you ever -- have you had
2  meetings with Mr. Bowman?
3  A   Yes.
4  Q   How many?
5  A   It's just been one or two, maybe
6  three.
7  Q   When?
8  A   Over the course of our retention
9  with the bank.
10 Q   Well, that's been since last summer
11 -- I mean, let's see if we can pin it down
12 with better boundaries than that.
13 A   Well, I can see the last meeting, I
14 guess, was probably after the shareholders'
15 meeting, there were probably two meetings
16 before that.
17 Q   Who was present during the two
18 meetings before?
19 A   I think my partner and I.
20 Q   Anyone else?
21 A   Well, he was part of -- Bowman was
22 part of other meetings that occurred, so he

8 (Pages 26 to 29)

30

1  was part of the directors' meeting. So
2  you've got that list of people, so --
3    Q  Okay. We'll just deal -- I
4  understand what you're willing to disclose
5  about that. We'll take it up to the court.
6  But as to -- if I understand what you said so
7  far, you said there were a couple of meetings
8  with Bowman, you and your partner and Bowman
9  -- were others involved prior to the
10 shareholders' meeting?
11   A  I think John Hall might have been
12 involved, the other attorney for the bank.
13   Q  Anyone else?
14   A  I don't believe so.
15   Q  What was the purpose of those
16 meetings with Mr. Bowman?
17   A  That's privileged information for
18 the bank's -- between the bank and its
19 regulator.
20   Q  You're refusing to answer that?
21   A  Yes, I am.
22   Q  What did Mr. Bowman say during the

31

1  course of those meetings, if anything?
2    A  I don't know.
3    Q  You're refusing to answer that?
4    A  Refusing to answer that.
5       MR. STRAND: Let me just ask, so if
6  we can clarify anything. Were the
7  discussions related in any way to safety and
8  soundness?
9       THE WITNESS: Yes, they were.
10      MR. STRAND: Okay.
11      BY MR. COOTER:
12   Q  Did you talk about Bender?
13   A  Yes, we did.
14   Q  What did you talk about Bender with
15 Mr. Bowman?
16   A  I can't discuss it.
17   Q  You what?
18   A  I refuse to answer.
19   Q  Okay. Mr. Ryan; have you had
20 meetings with Mr. Ryan in connection with
21 this bank?
22   A  Yes.

32

1    Q  How many?
2    A  One.
3    Q  Where?
4    A  With the director.
5    Q  So he was in this directors'
6  meeting?
7    A  Actually I take that back. I think
8  we had two. I think we had two.
9    Q  Did you have -- okay, so he was in
10 the directors' meeting that you've told me
11 about?
12   A  Right. And then he was -- I think
13 we had a previous meeting with him.
14   Q  Where?
15   A  Over at OTS.
16   Q  In Washington?
17   A  Yeah.
18   Q  Who was present?
19   A  Those same cast of characters --
20   Q  What was that?
21   A  -- as with the director.
22   Q  I'm sorry?

33

1    A  As with the director, the same
2  group of people.
3    Q  What was the group?
4    A  Same group I mentioned earlier,
5  Kevin Corcoran, Rick Stern, John Bowman.
6    Q  What was discussed with Mr. Ryan?
7    A  Sir, I refuse to answer.
8    Q  Mr. Russell; did you have occasion
9  to meet Mr. Russell?
10   A  He was in the meeting with the
11 director.
12   Q  Any other meetings with Mr.
13 Russell?
14   A  No.
15   Q  Mr. Sterns; you had meetings with
16 Mr. Sterns?
17   A  Yes.
18   Q  And what was discussed with Mr.
19 Sterns?
20   A  I refuse to answer.
21   Q  Who was present? How many meetings
22 you had with Sterns?

9 (Pages 30 to 33)