Page 34

1  A  I think we've had two meetings, and
2  I think he was -- he also was at the meeting
3  with the director.
4  Q  What was the result of your meeting
5  with the director, if anything?
6  A  Can't discuss it.
7  Q  Now, I'm not sure I understood it.
8  Did you have separate meetings with Sterns?
9  A  Yes.
10 Q  How many?
11 A  We might have had two, one for
12 sure.
13 Q  Who was present?
14 A  I think myself and my partner, Tom
15 Brooks.
16 Q  Anyone else?
17 A  No.
18 Q  What was discussed?
19 A  Can't discuss it.
20 Q  Mr. Corcoran; how many meetings
21 with Corcoran, if any?
22 A  I think he has been at -- yeah, he

Page 35

1  was at the directors' meeting as well. And I
2  think we probably had, again, two -- maybe
3  three meetings with him.
4  Q  Who was present?
5  A  Myself and my partner.
6  Q  Anyone else?
7  A  Not that I recall.
8  Q  And what was discussed with Mr.
9  Corcoran?
10 A  Can't discuss it.
11 Q  What's that?
12 A  Can't discuss it.
13 Q  You refuse to answer that question?
14 A  Refuse to answer the question.
15 Q  Have you had occasion to meet with
16 -- in connection with the affairs of
17 Independence Federal Savings Bank, any staff
18 member of any member of Congress?
19 A  No.
20 Q  Have you had occasion to meet with
21 member -- any staff member of any committee
22 of the Congress?

Page 36

1  A  Yeah, I think, I met with one staff
2  member -- and, I didn't even meet with him, I
3  think, I discussed with him -- meeting this
4  conversation went over the phone.
5  Q  Who was it?
6  A  Somebody from the House Banking
7  Committee, I can't recall the person's name,
8  who was to enquire about a letter that was
9  sent.
10 Q  A letter that you sent to who, the
11 House Banking Committee?
12 A  No, I didn't sent anything. It was
13 a letter that we had found out that it had
14 been sent sometime earlier by somebody that
15 we were making an enquiry to find out.
16 Q  Who -- what's the name of this
17 person at the House Banking Committee?
18 A  I don't recall. I think, I called
19 the Staff Director, asked the Staff Director
20 who is handling the matter.
21 Q  Describe what this letter was that
22 you were inquiring the House Banking

Page 37

1  Committee about. Who sent it?
2  A  You know, I don't know because we
3  never saw it. I was checking it to find out
4  if one had been written. So I never saw it.
5  So I don't know.
6  Q  What did you found out on that
7  issue?
8  A  That whatever they sent, they
9  considered it a private communication, and
10 that's how it was left.
11 Q  When you say, "Whatever they sent,"
12 do you mean someone at the House Banking
13 Committee?
14 A  Somebody from there, yeah.
15 Q  Sent to who?
16 A  I don't know.
17 Q  So did they confirm that the House
18 Banking Committee has sent a letter to
19 somebody, that they wouldn't talk to you
20 about it, is that your testimony?
21 A  That's my testimony.
22 Q  Have you had occasion to discuss

10 (Pages 34 to 37)

```
                                                    38
 1  the affairs of Independence Federal Savings
 2  Bank with any member of Congress?
 3     A   No.
 4     Q   And by that, I mean, either House
 5  or Senate?
 6     A   No.
 7     Q   Now, apparently, your firm
 8  registered as lobbyist in connection with the
 9  affairs of the Independence Federal Savings
10  Bank, why did you do that?
11     A   We do that fro all our clients.
12     Q   Did you engage in any lobbying
13  activity on behalf of the bank? Now, I want
14  to back up for a moment. When you were first
15  retained, you were -- were you first
16  contacted by Carolyn Jordan?
17     A   Yeah, I don't know. You asked that
18  earlier and I said I don't know the answer
19  whether it was she that, that asked me if I
20  -- she might have asked if I might be
21  interested in working a partnership with the
22  bank. But I -- I don't know whether it was
```

```
                                                    39
 1  her or Mr. Batties who actually contacted me
 2  to represent the bank.
 3     Q   Now, do you ever had any prior
 4  discussion with the OTS about -- as you were
 5  undertaking this retention about whether or
 6  not they approved of your retention on behalf
 7  of the bank, or by the bank.
 8     A   No.
 9     Q   Has the OTS ever approved your
10  retention by the bank, to your knowledge?
11     A   I have no knowledge of that?
12     Q   Has an application been submitted
13  to any member of the OTS to ratify your
14  retention as lawyer for the bank?
15     A   I don't know why there would have
16  to be an application under the law, so I
17  don't know. I doubt it.
18     Q   Now, was your retention ever
19  submitted to the Board as a group for
20  approval?
21     A   Your guess is as good as mine.
22     Q   The answer is you don't know?
```

```
                                                    40
 1     A   Don't know.
 2     Q   Now, what involvement did you have
 3  with the meeting that was originally
 4  scheduled to take place in May of -- the
 5  shareholder's meeting which originally
 6  scheduled to take place in May of 2005?
 7     A   I don't believe we were retained at
 8  that time.
 9     Q   Okay. And that meeting originally,
10  was continued until June, do you recall that?
11     A   I recall that from reading certain
12  documents, yes.
13     Q   And had you been retained by the
14  June date?
15     A   I just don't recall. I don't
16  believe so that I don't recall the exact date
17  of our retention. I don't believe we were.
18     Q   Ultimately that meeting did not go
19  forward in June. It was to be rescheduled to
20  a date in September, you recall that?
21     A   I do recall that from readings.
22     Q   And what -- by that time -- by
```

```
                                                    41
 1  September, certainly, you were retained,
 2  right?
 3     A   That's correct.
 4     Q   What role did you have in
 5  connection with the shareholder's meeting
 6  that was to take place in September?
 7     A   That of an attorney to his client.
 8     Q   Did you have any role in the
 9  promulgation of the proxy materials to that
10  meeting?
11     A   Yes.
12     Q   What?
13     A   We review. We commented.
14     Q   Who was the drafter -- who would
15  you understand will be the drafter of the
16  proxy materials for this September meeting?
17     A   Well, the principal drafter was
18  John Hall.
19     Q   Now, did you draft any portion of
20  the -- by, you I mean, you or anybody at your
21  law firm, any portion of what ultimately
22  became a proxy materials to the shareholder's
```

11 (Pages 38 to 41)

**Page 42**

1 meeting in 2005?
2   A   We didn't draft anything, no.
3   Q   Do you have copies of whatever
4 comments you made to the drafts or the proxy
5 materials as they were submitted to you for
6 review?
7   A   You might have, but they'd be work
8 product.
9   Q   Well, I'm just trying to ask that
10 whether they are, whether they are not, they
11 exist, is that a fair statement?
12   A   Yeah.
13   Q   You have them?
14   A   No.
15   Q   Well, you don't have them today,
16 but you have them, right?
17   A   Oh, yeah. Whatever they might be.
18   Q   Were you involved in anyway with
19 the letter known as the May 4, 2005 letter of
20 the committee to save Independence Federal
21 Savings Bank?
22   A   No.

**Page 43**

1   Q   I'm going to show you what's
2 earlier marked as Deposition Exhibit Number
3 1. Have you seen the document before?
4   A   Uh-huh. I think I have seen it.
5   Q   When did you first see it?
6   A   I don't recall.
7   Q   Was it before or after your
8 retention on behalf of the bank?
9   A   Well, it would have been after.
10   Q   And who wrote it?
11   A   Well, according to letter, Bishop
12 Clarence Long, Rev. Douglas Moore and the
13 entire committee of save the IFSB.
14   Q   Beyond reading what it says at the
15 bottom, do you have any information as to who
16 the actual author was of this letter?
17   A   I have -- no, no.
18   Q   If has a letter -- what's that?
19   A   None whatsoever.
20   Q   Have you ever made inquiry on that
21 issue of anyone?
22   A   No.

**Page 44**

1   Q   Now, who are the members if you
2 know of the committee to save Independence
3 Federal Savings Bank other than Bishop Long
4 and Rev. Moore?
5   A   I have no idea.
6   Q   Have you ever made inquiry of
7 anyone on that issue?
8   A   No.
9   Q   I'm going to show you what is
10 marked as deposition Exhibit Number 3, which
11 is a letter that purports to be written by
12 Catherine McPhail and A. Gilbert Douglas
13 dated October 21, 2005. Have you seen that
14 document before?
15   A   No.
16   Q   Up until today, it's the first time
17 that you've seen it?
18   A   The first time I have seen it.
19   Q   Have you ever discussed this letter
20 with anyone prior to today?
21   A   Yes.
22   Q   Who?

**Page 45**

1   A   Gilbert Douglas.
2   Q   Oh, I see. Is this the
3 conversation that happened just a few weeks
4 ago?
5   A   Yes.
6   Q   Describe your discussion, tell me
7 what you and he talked about with reference
8 to this letter.
9   A   I told him that any questions with
10 reference to this letter then you should
11 answer them honestly and straightforward.
12   Q   Anything else?
13   A   No.
14   Q   Who authored this letter, do you
15 know?
16   A   Gilbert Douglas and Catherine
17 McPhail.
18   Q   Now, you say that simply because
19 their signatures are on it?
20   A   That's correct.
21   Q   Do you have any other information
22 about the authorship of this letter?

12 (Pages 42 to 45)