```
                                        46
 1    A   Other than the ones you told me,
 2  no.
 3    Q   I want to call your attention to
 4  October 25th, the day before, what ultimately
 5  became the shareholder's meeting. Were you
 6  aware that any director was in touch with Mr.
 7  Doley that day about the bank?
 8    A   No, I was not.
 9    Q   When were you first made aware, do
10  you now know that people were in touch with
11  Mr. Doley on the 25th?
12    A   Not really, no.
13    Q   Okay. Now, you say that there was
14  -- you talk to Mr. Doley several times or
15  extended period of time on the 26th. I want
16  -- when did you -- what time of day was it
17  when you first met Mr. Doley on the 26th?
18    A   It would have been sometime
19  afternoon, maybe 12:30-ish, thereabouts,
20  12:20, 12:30.
21    Q   When did you first get to The
22  Mayflower that day?
```

```
                                        47
 1    A   Well, I don't think it was till
 2  2:00 or after 2:00. Well, out at The
 3  Mayflower?
 4    Q   Yeah.
 5    A   Oh, I'm sorry. I think, about
 6  9:30.
 7    Q   Okay, and when you got there, did
 8  you meet with someone?
 9    A   I met with a lot of people.
10    Q   Well, who did -- who do you recall
11  meeting with at 9:30 in the morning at The
12  Mayflower?
13    A   Let's see. There was a girl who I
14  don't know who is sitting at the desk, who I
15  introduced myself to, whose name I can't
16  remember. Talked to my partner. At some
17  point, John Hall arrived. And John and I
18  spoke. I think I was introduced to, you
19  know, a number of people on or about 9:30.
20    Q   Who?
21    A   I don't really recall their names.
22    Q   Who introduced you?
```

```
                                        48
 1    A   It would have been John Hall, who
 2  knew the most of the people over there. I
 3  didn't -- I knew very few of the people that
 4  were there.
 5    Q   Okay.
 6    A   Sheila also introduced me to some
 7  people.
 8    Q   I'm sorry.
 9    A   Sheila had introduced me to some
10  people when she was there.
11    Q   So the meeting was originally
12  scheduled to commence at 11:00 o'clock, do
13  you recall that?
14    A   I recall that, yeah.
15    Q   Where you in the room were the
16  meeting was supposed to be held at 11:00
17  o'clock?
18    A   I might have been.
19    Q   Or might not have been, where you,
20  is the question?
21    A   Well, at the precise stroke of
22  11:00 o'clock, I couldn't tell you whether I
```

```
                                        49
 1  was in the hall, or I was in the room, I was
 2  in the bathroom, couldn't tell you. I was at
 3  the entrance of the meeting at 11:00 o'clock.
 4    Q   Now, did there come a time when you
 5  met in some other room with any
 6  representatives or officials of the bank?
 7    A   Yes.
 8    Q   What time?
 9    A   I think it was after -- sometime
10  after 11:00.
11    Q   What was the purpose of the
12  meeting?
13    A   I'll take work -- take work product
14  privilege. I'm not going to answer it.
15    Q   For today. But then, if you would
16  -- who was present at the meeting?
17    A   Ms. Jordan.
18    Q   Anybody else?
19    A   I think Mr. Batties wandered in at
20  some point, and wandered out --
21    Q   And what was the need for this
22  meeting with Ms. Jordan?
```

Page 50

1   A   It was merely to discus the
2   procedures of the meeting coming up.
3   Q   And what procedures were discussed?
4   A   Just to have it comport with -- how
5   to curb, you know, comporting of the meeting,
6   schedule the meeting, the agenda, the flow of
7   the meeting, to make the meeting smooth.
8   Q   Now, this is -- how long did this
9   private meeting with Ms. Jordan last, just
10  two of you or maybe Batties shows?
11  A   Yeah, I think, John Hall came.
12  Q   I'm sorry.
13  A   John Hall came in. I think my
14  partner was with me for a little bit. But,
15  you know, it lasted maybe, I don't know -- 20
16  minutes, half hour something like that.
17  Q   Why wasn't the meeting call to
18  order at 11:00?
19  A   Well, it was some issues that were
20  raised about -- if I understand it, although
21  I don't know firsthand, there were probably
22  some issues raised about the proxies or on

Page 51

1   how they are going to be voted.
2       It was some -- it needed some
3   clarification. There was also an issue of
4   Mr. Doley's arrival, he was -- he had about
5   seven or eight percent of that proxies. We
6   didn't want to disenfranchise a significant
7   number of shareholders from their vote.
8   That's pretty much it.
9   Q   What is a reason to fail to call
10  the meeting to order at 11:00 o'clock? Was
11  it one of the reasons to allow Mr. Doley to
12  get there?
13  A   Well, 11:00 o'clock, I don't think
14  everybody was there that was supposed to be
15  there. As I recall, there were -- some of
16  the directors hadn't arrived at that time.
17      I don't think Ms. Jordan arrived, I
18  don't think Mr. Wilmot had arrived, and that
19  Cabot had arrived. I mean, I had only met
20  these guys once prior to that, so I -- you
21  know, my recollection is that I didn't see a
22  lot of them in the -- at the dais.

Page 52

1   Q   Was it discussed? Was Mr. Doley's
2   late arrival discussed as a reason to
3   postpone the meeting?
4   A   It was of course, as 'a' reason,
5   not 'the' reason.
6   Q   And did anyone tell you what the
7   conversations with Mr. Doley had been and
8   that there to preceding this shareholder's
9   meeting on the 26th?
10  A   No.
11  Q   Now, who had talked to Doley that
12  knew that Mr. Doley's arrival was going to
13  be -- what's the word? That he was going to
14  be late.
15  A   Well, I tried to reach him, and was
16  unsuccessful. I don't think anybody really
17  reached him. He just wasn't there. We knew
18  he was coming from New York. And we just
19  assumed that, you know, he can't use a cell
20  phone on a plane, you know, there was no way
21  to get in touch with him, until, he actually
22  landed so.

Page 53

1   Q   How did you know he was coming?
2   A   Huh-uh?
3   Q   How did you know he was coming?
4   A   I have been told that he was
5   coming.
6   Q   By whom?
7   A   I think that -- I think Carolyn or
8   David told me that they expected him to be
9   here with the proxies. I think he actually
10  contacted the bank, and said that he would be
11  coming with proxies.
12  Q   And you said, Carolyn or David, you
13  mean, Carolyn Jordan and David Wilmot?
14  A   Uh-huh, yeah.
15  Q   Did they indicate to you, how Mr.
16  Doley was going to vote?
17  A   I don't think anybody was sure how
18  he was going to vote. It was my impression.
19  Q   Now, were there any other reasons
20  to postpone this meeting that you haven't
21  told me about?
22  A   Other than the issue of the

14 (Pages 50 to 53)

**Page 54**

1 proxies, and the disenfranchisement of the
2 votes, I don't think there were any -- there
3 may have been some other reasons, tactical
4 reasons to postpone, but those are the two
5 principle reasons.
6  Q  When you say those issue about the
7 proxies describe for me what you're talking
8 about, what is it?
9  A  My understanding is that there was
10 a challenge to the way the broker dealers
11 were going to vote their proxies. And that
12 had to be clarified, and it wanted to be
13 clarified prior to the start of the meeting.
14 There was a challenge, I believe, Mr. Bender
15 made.
16  Q  And who -- what did you do to deal
17 with this issue, as you were sitting in this
18 private meeting?
19  A  I did nothing to deal with.
20  Q  Did anybody?
21  A  I have no idea.
22  Q  What was the determination, as to

**Page 55**

1 how the broker dealer votes were going to be
2 cast?
3  A  There wasn't a determination. That
4 was left in the hands of the inspector.
5  Q  What else happened in these private
6 meeting? What else did you talk about?
7  A  Nothing.
8  Q  Now, if I understand your
9 testimony, you believe that Mr. Batties came
10 in that meeting?
11  A  I think he wandered in and wandered
12 out.
13  Q  Did with Mr. Batties present when
14 there was a discussion about Mr. Doley?
15  A  I don't recall that he was. Might
16 have been, but I don't recall him being
17 there.
18  Q  You say you tried to reach Doley
19 that day, how did you go about it?
20  A  Tried to call him on his cell
21 phone?
22  Q  If I understand your earlier

**Page 56**

1 testimony, you had never spoken to Mr. Doley
2 before, is that right?
3  A  No, that's not correct.
4  Q  When did you first speak to Doley
5 about the Bank?
6  A  Oh, I think we had a couple of
7 discussions with Mr. Doley at or around the
8 September meeting. I had a discussion or so
9 with him.
10  Q  Okay. Who were present in these
11 discussions with Doley?
12  A  Just me and him.
13  Q  Just the two of you? Was it a
14 meeting or on the phone, or what?
15  A  Just on the phone.
16  Q  What did you talk about?
17  A  Just if he was planning to vote.
18 If he was going to vote, if he was going to
19 be there, present, and going to provide
20 proxies.
21  Q  When were these phone calls made?
22  A  Probably in early September. Or

**Page 57**

1 you know, whatever around the September date
2 was.
3  Q  Did you call Mr. Doley or Mr. Doley
4 call you?
5  A  I might have called him; I don't
6 recall who called who.
7  Q  And what was the purpose of your
8 calling Doley around that date of the
9 September meeting?
10  A  I just told you.
11  Q  Any other purpose?
12  A  No.
13  Q  Where you in your office when these
14 calls were done?
15  A  Probably.
16  Q  Who is your long distance carrier?
17  A  You know, I have no idea.
18  Q  Now, someone would know that at
19 your office, I presume, is that right?
20  A  I'm sure somebody will.
21  Q  Now, you say that you talked to him
22 a couple of times around the September

15 (Pages 54 to 57)