**Page 58**

1  meeting?
2  A  I think so. I mean, I know, I have
3  spoken to him, but you know, I couldn't tell
4  you exact date, I mean --
5  Q  In the September timeframe, when
6  you are talking to Doley on the telephone,
7  did he indicate to you how he was going to
8  vote?
9  A  No.
10  Q  Did you inquire?
11  A  Yes.
12  Q  What did he say?
13  A  Didn't say anything, just said he
14  was --
15  Q  So that inquiry was not with
16  silence, is that your testimony?
17  A  Uh-huh.
18  Q  It wasn't a 'yes', it wasn't a
19  'no', it wasn't, "I'm not going to tell you,"
20  it was just silence?
21  A  Yes. Well, I mean, he might have
22  said, I'm not going to -- he didn't give me

**Page 59**

1  any indication how he was going to vote.
2  Didn't say he was going to vote for the bank
3  than to say he's going to vote for Mr.
4  Bender, nominees, didn't say anything.
5  Q  Did Mr. Doley express to you in
6  September his desire to sell his stock?
7  A  No.
8  Q  Have you ever heard Mr. Doley
9  express his desire to sell his stock?
10  A  No. Well, post meeting -- post
11  October 27th.
12  Q  When is the first time that you
13  talked to Mr. Doley about his desire to sell
14  his stock?
15  A  I've never discussed with Mr. Doley
16  his desire to sell his stock. I have heard
17  that Mr. Doley wanted to sell his stock.
18  Q  From whom?
19  A  From Mr. Doley and from others.
20  Q  What others, who others?
21  A  Oh, I think -- well, Mr. Wilmot.
22  Q  Anyone else?

**Page 60**

1  A  I think, Mr. Bender and all, way
2  outside the meeting.
3  Q  Okay, anyone else?
4  A  It's just Bender -- and -- about
5  the, you know, people in the -- independents,
6  you know, "Is he going to sell? Big
7  question, is he going to sell, who is going
8  to sell?" I have no idea.
9  Q  Let's go back to this meeting for
10  just a moment, this private meeting with
11  yourself and Ms. Jordan. You say that you
12  believe your partner was there for a portion
13  of it?
14  A  That's correct.
15  Q  And for this records, give me the
16  name of your partner who was there?
17  A  Tom Brooks.
18  Q  Mr. Batties was present for portion
19  of it?
20  A  I wouldn't say he was present. I
21  wouldn't say he was part of the meeting. He
22  just wandered into the room.

**Page 61**

1  Q  John Hall was present for a part of
2  it?
3  A  I think, he was present as well.
4  But not necessarily part of it.
5  Q  Did there come a time when Mr.
6  Wilmot joined you?
7  A  I don't recall whether he joined us
8  or not. I don't have a recollection of that.
9  I wasn't there or Ms. Jordan the entire
10  time, so I --
11  Q  Know if there -- what?
12  A  I was not with her the entire time.
13  She was in that room, so I have no idea.
14  Q  And did they come a time when you
15  were joined by Mr. Doley?
16  A  Yeah.
17  Q  All right. About what time?
18  A  I want to say, it was sometime
19  after noon, you know, 12:30 or so maybe.
20  Q  How did Mr. Doley know what room to
21  go to?
22  A  I saw him in the hallway.

16 (Pages 58 to 61)

**Page 62**

1  Q  Why didn't you just take him into
2  this shareholder's meeting?
3  A  Well, the shareholder's meeting in
4  part had been delayed.
5  Q  Who made the decision to postpone
6  the shareholder's meeting to 3:00 o'clock?
7  A  I don't know.
8  Q  And how was it communicated to you?
9  A  I heard at the board meeting. Mr.
10 Wilmot made an announcement that the meeting
11 was going to be postponed, and that Ms.
12 Freliensen would be making arrangements for
13 all these people to eat.
14 Q  When you say the board meeting, you
15 mean the --
16 A  I mean, the shareholder's meeting,
17 I'm sorry.
18 Q  Where you in the room at the time
19 Mr. Wilmot made his announcement or you are
20 still with Ms. Jordan?
21 A  No, I was in the room with Mr.
22 Wilmot.

**Page 63**

1  Q  Oh. Now, when Wilmot joined you in
2  this room, was Doley already there? Not the
3  shareholder's meeting, but the other room,
4  the private room?
5  A  I've already testified that I don't
6  think that Mr. Wilmot was ever in the room
7  with me. He might have been, I don't have a
8  recollection of it.
9  Q  Did Mr. Wilmot, offer any
10 instructions to you that day for the things
11 you should be doing on behalf of the bank.
12 A  Yes.
13 Q  When?
14 A  At or around the time the meeting
15 was postponed.
16 Q  At what time was this?
17 A  Sometime shortly after noon, I
18 think.
19 Q  And who was present when Mr. Wilmot
20 gave you some instructions as to things to do
21 for the bank?
22 A  I don't know. My partner might

**Page 64**

1  have been there. John Hall might have been
2  there. I just don't recall. I mean, I
3  think, he saw me and asked me to do a couple
4  of thing.
5  Q  What did he ask you to do?
6  A  He asked me to contact the OTS.
7  Explained to them the reason for the delay in
8  the meeting and to ensure them that the
9  meeting will take place as scheduled that
10 day.
11 Q  And who was -- did you call
12 somebody at the OTS?
13 A  I did.
14 Q  Who did you talk to?
15 A  Nobody.
16 Q  Who did you call?
17 A  I called John Bowman.
18 Q  Okay.
19 A  I called Rick Sterns.
20 Q  Well.
21 A  Kevin Corcoran.
22 Q  Is that it?

**Page 65**

1  A  That's all I can recall.
2  Q  And what did you do, leave voice
3  mails?
4  A  Left voice mails telling them,
5  assuring them that telling, informing them
6  that there was a postponement and that the
7  meeting would subsequently come back into a
8  session. And that the reason for the meeting
9  was the issues of securities and
10 disenfranchisement.
11 Q  Disenfranchisement, meaning Doley
12 wasn't there, is that what you mean?
13 A  Meaning that there were number of
14 shares whose proxies we were awaiting for
15 arrival, yeah.
16 Q  To include the Doley shares.
17 A  I don't believe Mr. Doley owned any
18 shares.
19 Q  The shares what Mr. Doley
20 controlled.
21 A  I don't believe he controlled any
22 shares other than -- well, I guess, he

17 (Pages 62 to 65)

**Page 66**

1  controlled, by the fact that he had proxies,
2  but --
3     Q  What's your understanding?  Is it
4  your understanding that Mr. Doley has no
5  control over any shares in the Independence
6  Federal Savings Bank, is that your testimony?
7     A  That's my testimony.
8     Q  Who controls the shares that Mr.
9  Doley had the proxies for?
10     A  The individual clients of Mr.
11  Doley.
12     Q  Okay.  Other than -- do you know
13  the names of them?
14     A  Some yeah -- I don't know -- I
15  don't necessarily know that I all of them.
16     Q  Give me as many as you know, who
17  you think are in control of these shares,
18  where Doley had the proxies?
19     A  Well, I think Mr. Delaney had the
20  shares.  It was -- Doley Securities owned
21  some shares.
22     Q  Who controls Doley Securities?

**Page 67**

1     A  I couldn't begin to tell you.
2     Q  You don't know whether or not Mr.
3  Doley controls Doley Securities?  Is that
4  your testimony?
5     A  That is my testimony, yeah.
6     Q  Okay.  Who else controls these
7  shares that Doley had the proxies for?
8     A  I think there were number of other
9  shareholders.  I don't recollect their names
10  right off the top of my head.
11     Q  Can you give me all that you can
12  recall at this point?
13     A  All that I can recall at this
14  point.
15     Q  Now did you, if I understand your
16  testimony, make these calls to these folks
17  over at the OTS?  Are you asking then to
18  clarify or advice you about anything or
19  you're simply telling them the meeting is
20  going to be postponed?
21     A  There had been, leading up to the
22  meeting, concern on a part of OTS that the

**Page 68**

1  meeting do take place on that day.
2     Q  Who had expressed that concern to
3  you?
4     A  I think the general counsel did.  I
5  think the -- I think primarily general
6  counsel.  I think also the Atlanta office
7  expressed the concern that they wanted the
8  meeting to ensure that it was taking place on
9  that day.
10     Q  Well, did you -- when your calls to
11  the OTS -- where you seeking their advice
12  about anything?
13     A  No.
14     Q  You were simply telling them the
15  meeting was going to be postponed.  Is that
16  your testimony?
17     A  Delayed.
18     Q  Now, you say that when Doley got
19  there, you saw him in the hall, and you took
20  him to this room where Carolyn Jordan was,
21  right?  Answer yes if you would, sir.
22     A  Yes, I did.

**Page 69**

1     Q  And who was -- when you took Mr.
2  Doley to the room where Carolyn Jordan was,
3  who was in attendance when Doley first got
4  there?
5     A  I think it was just Carolyn.
6     Q  Okay.  So the two of you walked
7  into the room with Ms. Jordan?
8     A  No.  She was already there.  When
9  the two of us walked into the room, she was
10  there.
11     Q  When I say the two of you, I mean
12  you and Doley walked into this room where
13  Carolyn Jordan was?
14     A  Yeah.
15     Q  And did a discussion ensue?
16     A  Yeah.
17     Q  Well, what was it?  Was there
18  anybody else in the room?
19     A  I don't recall there were many
20  cleaning people in the room.
21     Q  I'm sorry.
22     A  Cleaning people, you know, hotel

18 (Pages 66 to 69)