70

1  employees in the room.
2      Q    Other than the cleaning people,
3  were there anyone else in the room?
4      A    I don't recall there being anybody
5  else in the room.
6      Q    Tell me what was discussed amongst
7  the three of you.
8      A    That the meeting had broken up,
9  that people had been give chits to go eat,
10  that the meeting was going to reconvene at
11  3:00 o'clock, and that they might as well go
12  get something to eat.
13      Q    Okay.  Was there any other
14  discussion in that room amongst the three of
15  you?
16      A    No.
17      Q    How long was this meeting, just the
18  three of you in this room at the Mayflower
19  after Doley got there, how long did it take?
20      A    Long as I just told you.
21      Q    I'm sorry.  What?
22      A    A minute, 40 seconds.

71

1      Q    Okay.  What happened next in
2  connection with Mr.  Doley that day?
3      A    Mr. Doley and Ms. Jordan went off
4  to lunch.
5      Q    With you?
6      A    No.
7      Q    Where did they go to lunch, if you
8  know?
9      A    They went to The Prime Rib.
10  Originally they went to The Prime Rib.
11  That's my understanding.
12      Q    Where did you go?
13      A    Ultimately, I went to The Prime
14  Rib.
15      Q    Okay.  And how long has -- was it
16  just the two of them at lunch at The Prime
17  Rib, initially?
18      A    That was my understanding.
19      Q    What did they discuss at lunch at
20  The Prime Rib?
21      A    I have no idea.  I wasn't there for
22  the entire lunch.

72

1      Q    Well, has anyone told you what the
2  subject of the discussion was between Ms.
3  Jordan that day and Mr. Doley?
4      A    No.
5      Q    Now, you say you went to The Prime
6  Rib at some point thereafter?
7      A    That's correct.
8      Q    When did they go over to The Prime
9  Rib, what time?
10      A    I guess it would have been 12:30,
11  quarter to one- ish, you know, something like
12  that.
13      Q    And when did you go?
14      A    I don't think I left until about
15  2:00 or something.
16      Q    When you say left, you mean left
17  the Mayflower?
18      A    No -- yeah, left the Mayflower.
19      Q    What were you doing at the
20  Mayflower?
21      A    I was in the process of sending an
22  e-mail to John Bowman, confirming my

73

1  conversation and as much as that I had not
2  been able to get in touch with him in my
3  phone call.  I sent an e-mail to him
4  indicating to him, you know, what I had left
5  on him voice mail, and that I would inform
6  him and keep him posted as the day's events
7  went on.
8      Q    And do you have a copy of that
9  e-mail?
10      A    No.
11      Q    Not today.  I mean do you have it?
12  Is it in your office?  I wanted to look at it
13  -- the mail.
14      A    Yeah.
15          MR. STRAND:  It has been produced
16  by the bank.
17          BY MR. COOTER:
18      Q    Is it?  Okay.  So you sent Bowman
19  an e-mail.  What else did you do that day at
20  the Mayflower Hotel?
21      A    That was it.  I just checked to
22  make sure everybody got their meal vouchers

19 (Pages 70 to 73)

74

1  and that everybody was content and happy, and
2  if there was any questions -- anybody -- any
3  lingering questions anybody had, and then I
4  left.
5      Q    Did anybody ask you any questions?
6      A    I think about the only question
7  that I think I can recall being asked was, is
8  the meeting going to be back in the same
9  room, or, you know, things like that.
10     Q    Now, did -- that day at the
11 Mayflower, did you -- in connection with the
12 postponement of the meeting, did you have a
13 conversation with any other of the Board
14 members other than Wilmot or Jordan on that
15 issue?
16     A    No.
17     Q    Was there a Board resolution
18 postponing?
19     A    No. Not to my knowledge.
20     Q    Now, after you sent your e-mail to
21 Mr. Bowman, did you go straight from there to
22 The Prime Rib?

75

1      A    Yeah.
2      Q    Who was present when you got to the
3  Prime Rib?
4      A    Well, I know David and Harold were.
5  I think -- probably not David and Harold, but
6  Harold and Carolyn, and I can't recall
7  whether David -- because I wasn't expecting
8  David. So I don't -- I can't recall whether
9  he was there when I got there, or he got
10 there sometime after I got in there.
11     Q    And how long were you at the Prime
12 Rib with Mr. Doley and Ms. Jordan?
13     A    Until we came back for the
14 recommencement of the meeting.
15     Q    Well, how long is the question. I
16 don't -- what time did you get to the Prime
17 Rib?
18     A    Probably a little after 2:00 maybe.
19     Q    And the meeting recommenced at
20 3:00, right?
21     A    Right.
22     Q    How long -- using that as a guide,

76

1  how long were you with --
2      A    Half an hour, 40 minutes maybe.
3      Q    What was discussed at the Prime Rib
4  when you were there?
5      A    A lot of small talk. I mean, lot
6  of who you know, what do you do?
7      Q    Was Mr. Thompson discussed?
8      A    I don't recall Mr. Thompson ever
9  being discussed.
10     Q    Was Mr. Thompson's stock discussed?
11     A    I don't recall the stock ever being
12 discussed.
13     Q    Was there discussion of a potential
14 sale of Mr. Doley's stock to anyone?
15     A    There was.
16     Q    Who was present during that
17 discussion?
18     A    I think it was just Harold and
19 David and myself.
20     Q    Where was Carolyn Jordan?
21     A    Oh, she had seen somebody she knew
22 and she was flitting around the restaurant

77

1  talking to people.
2      Q    Describe the discussion about a
3  potential sale of the Doley stock.
4      A    I think there was just a discussion
5  -- my recollection is that they discussed the
6  sale that there was an understanding between
7  them that the attorneys had to review the
8  process, review the bidding as to whether it
9  could be legally done, and it was left
10 primarily to the attorneys, you know, that
11 decision was left to the attorneys. Whatever
12 the attorneys decided would control whether
13 -- whether or not the sale would or would not
14 be sold.
15     Q    What sale? Who was --
16     A    The stock would or would not be
17 sold.
18     Q    Who was the buyer?
19     A    I have no idea.
20     Q    It was their discussion that day
21 about who might buy the stock?
22     A    No.

20 (Pages 74 to 77)

78

1    Q    So it was a hypothetical sale?
2    A    As it turns out.
3    Q    Well, you say that there was a sale
4  discussed.  Is it your testimony that there
5  was a discussion about a sale for the lawyers
6  to look at the details, and the identity of
7  the buyer was not discussed, is that your
8  testimony?
9    A    That is my testimony.
10   Q    Was the price discussed?
11   A    You know, I'm not sure if the price
12 was discussed or not.  I am -- just don't
13 have a recollection of that.
14   Q    Do you recall the discussion of a
15 price of $18 a share?
16   A    I -- I've heard that number.  I
17 can't tell you whether it was discussed at
18 lunch or not.  I just don't recall.
19   Q    Why had it been discussed at lunch?
20   A    It might have, but I don't think I
21 -- I don't recall hearing it.
22   Q    Was there a quantity of shares

79

1  which was discussed?
2    A    Well, I had assumed in the
3  discussion that it would be the shares that
4  that Mr. Doley had control -- had proxies
5  for.
6    Q    Did you mean to say control?
7    A    No, I didn't mean to say control
8  because he was on the phone -- he was up off
9  the table all the time talking to his clients
10 about what to do, what not to do.
11   Q    Did the stock that was being
12 discussed for sale include the Delaney stock?
13   A    I have no idea.
14   Q    Was there a discussion with Mr.
15 Delaney that day about a potential sale of
16 his stock?
17   A    I have no idea.
18   Q    Do you recall a discussion about a
19 down payment?
20   A    No, I don't recall.  There might
21 have been, I mean there was a discussion
22 about payment, but again it was -- everything

80

1  was contingent on the lawyers.
2    Q    What lawyers?
3    A    The lawyer for Mr. Delaney and the
4  lawyer for the other side of the transaction.
5    Q    Well, who were these lawyers or the
6  names of them?
7    A    I don't have any idea who they are.
8    Q    So if I understand your testimony,
9  the lawyers -- these lawyers -- these unnamed
10 lawyers were to look at a transaction for an
11 undisclosed buyer, right?
12   A    Undisclosed to me.
13   Q    And you don't know who -- you don't
14 know who the lawyers are?
15   A    I wasn't part of the transaction.
16   Q    Well, you were sitting there
17 listening.  Weren't you curious as to who the
18 buyer was?
19   A    You know, I might have been
20 curious, but it wasn't my transaction.  It
21 was not my place to interject myself.
22   Q    If you were curious, did you ask?

81

1    A    I was curious and I didn't ask.
2    Q    You did not ask?
3    A    I did not ask.
4    Q    Why not?
5    A    Because it was not my place.  I was
6  an observer in this discussion.  I was not a
7  participant in it.
8    Q    Do you recall a discussion about a
9  down payment in the $150,000, $175,000 range
10 of just buy it?
11   A    I don't recall any number being put
12 on the table.  I don't have any recollection
13 of that.
14   Q    Was there to be some cash payment
15 to Mr. Delaney -- to Mr. Doley?
16   A    There was going to be a sale if the
17 lawyers could agree.
18   Q    Was there to be a cash payment to
19 Mr. Doley within a matter of days?
20   A    If a sale could be agreed upon.
21   Q    By whom?
22   A    If the lawyers opine that the sale

21 (Pages 78 to 81)