**Page 82**

1  could go through, it was my understanding.
2  Q  What lawyers?
3  A  We can go round and round on who
4  the lawyers are, and I'm still going to tell
5  you the same answer. I have no idea who the
6  lawyers are. Mr. Delaney or -- excuse me,
7  Mr. Doley had his lawyers who is -- I do not
8  know who they were, and Mr. Wilmot was
9  referring to lawyers on his side, and I do
10 not know who they were.
11 Q  Was the discussion for a potential
12 sale of the Doley stock being orchestrated by
13 Mr. Wilmot?
14 A  I wouldn't say it as being
15 orchestrated by Mr. Wilmot, no.
16 Q  Was he --
17 A  And I wouldn't say it was a Doley
18 stock because Doley didn't have any stock.
19 He was representing people that did.
20 Q  Was the discussion about a sale of
21 the stock that Mr. Doley was representing,
22 was that discussion a two-sided discussion

**Page 83**

1  between Doley on the one hand and Wilmot on
2  the other?
3  A  Could you repeat that again, I am
4  not sure --
5  Q  Yeah, who was on it? Who -- Doley
6  is talking about selling. Who is talking
7  about buying?
8  A  I have no idea who Mr. Wilmot was
9  discussing or making the discussions for
10 representing or whether it was -- could have
11 been Santa Claus, I don't know.
12 Q  Can you confirm for me that whoever
13 this buyer was, was his position, or
14 positions were being put forward by Mr.
15 Wilmot?
16 A  His position was being articulated
17 by Mr. Wilmot. I wouldn't say that Mr.
18 Wilmot was negotiating for him, nor would I
19 say that Mr. Wilmot was representing him.
20 Q  Did -- was Mr. -- was Ms. Jordan
21 present for any of this discussion about
22 potential sale of the Doley stock?

**Page 84**

1  A  I don't believe so. I don't
2  believe so.
3  Q  Now, during this luncheon meeting,
4  was there a discussion about how Mr. Doley
5  was going to vote?
6  A  No.
7  Q  What was your understanding at the
8  meeting as to how Doley was going to vote?
9  A  What meeting?
10 Q  At this meeting at lunch, at The
11 Prime Rib, at that point who -- what do you
12 think about how Doley was going to vote?
13 A  I didn't know how Doley was going
14 to vote. I didn't know when he got there,
15 and I didn't know when he left.
16 Q  Did any one ask Mr. Doley how he
17 was going to vote?
18 A  I don't recall him being asked, but
19 if he was asked, I don't think he gave an
20 answer because I was there the whole time.
21 At least the period of time I was there, I
22 never got up from the table and I don't

**Page 85**

1  recall. I left that restaurant not knowing
2  how he is going to vote.
3  Q  Did you ever hear anyone ask Mr.
4  Doley how he was going to vote that day?
5  A  I don't recall hearing anybody
6  asking him that direct question.
7  Q  To include Ms. Jordan and Mr.
8  Wilmot, is that your testimony?
9  A  That would include the waiters, the
10 maitre d', the owner of the restaurant and
11 the people sitting around.
12 Q  The cleaning people?
13 A  The cleaning people.
14 Q  Speaking Spanish?
15 A  Anybody.
16 Q  Now, did you go back, did you walk
17 back to the Mayflower with Mr. Doley?
18 A  No.
19 Q  How did you get back?
20 A  We took a cab or cabs. I don't
21 recall whether it was one cab or two cabs, I
22 don't -- I can't recall at all.

22 (Pages 82 to 85)

**Page 86**

1  Q  Who rode in Mr. Doley's cab?
2  A  Well, if we took one cab, we all
3  rode with him. If we took two cabs, I don't
4  recall.
5  Q  And did anybody relate to you any
6  conversation that they had had with Doley
7  after you left the Prime Rib?
8     Now, when you got to the meeting,
9  at the meeting, it was reconvened at 3:00
10 o'clock, right?
11 A  That's correct.
12 Q  Was Mr. Thompson there?
13 A  You know, I didn't know Mr.
14 Thompson at that time. So I couldn't -- I
15 assume he was there, I couldn't tell you
16 whether he was or he wasn't.
17 Q  And so did you have any
18 conversation with Thompson that day?
19 A  Only at the drinks afterwards,
20 that's when I met him.
21 Q  Now, do you know whether and Mr.
22 Thompson and Mr. Doley had a conversation

**Page 87**

1  that day?
2  A  I have no idea.
3  Q  Did you witness anything like that?
4  A  No, I didn't -- I don't recall --
5  well, I did. First of all, if I did see him
6  talking, I wouldn't have known who they were.
7  So I don't know.
8  Q  Now, at the meeting, were you aware
9  by the end of the meeting how Mr. Doley had
10 voted?
11 A  At the end of the meeting?
12 Q  Yes.
13 A  Yeah, I think maybe at the end of
14 the meeting, I might have been aware.
15 Q  How did you find out?
16 A  I came to find out from the
17 Inspector of Elections or from Harold, I
18 can't remember which, probably from Harold.
19 Q  What did he tell you?
20 A  That he voted for the bank -- I
21 think it was Harold who voted for the bank.
22 Q  Did that come as a surprise to you?

**Page 88**

1  A  Well, I wouldn't say it was a
2  surprise, but it was a pleasant surprise,
3  yeah. I mean, I didn't know how he was going
4  to vote as I indicated earlier or also.
5  Q  Now, after you got back from the
6  Prime Rib did you have any further
7  discussion, or were you a witness to any
8  further discussion with Mr. Doley about a
9  sale of the stock controlled by Doley?
10 A  What was that question again?
11 Q  Did you have any further
12 conversation or were you a witness to any
13 conversation about a sale of Doley stock?
14 A  Yeah.
15 Q  Okay. When -- after you got back
16 to the meeting, was it before or after the
17 votes have been cast?
18 A  After the votes have been cast.
19 Q  Who was present?
20 A  Mr. Bender, Mr. Doley, and Mr.
21 Wilmot.
22 Q  Describe for me just the three of

**Page 89**

1  you?
2  A  Well, I was there, I think,
3  standing there with Doley and Wilmot.
4  Q  Okay. Doley and Wilmot and Mortie
5  Bender were there?
6  A  Uh-huh. I had just been introduced
7  to him.
8  Q  You have to say, yes.
9  A  Yes.
10 Q  And describe for me the substance
11 of the conversation about the sale of the
12 Doley stock that Bender was involved in.
13 What was that conversation?
14 A  I wouldn't say that anybody was
15 involved in it. I would say that there was a
16 discussion after the meeting about the vote
17 that Doley cast, not necessarily the sale of
18 the stock. I don't know whether there was
19 any discussion after the meeting by any
20 parties about the sale of the stock. The
21 discussion was why he voted, why Doley voted
22 and he should have voted with me, i.e.

23 (Pages 86 to 89)

**Page 90**

1  Bender, or I voted with these guys, i.e.
2  Doley. I mean it was that kind of a
3  discussion. It wasn't about the sale or the
4  stock. I don't recall there ever being a
5  discussion in my presence about the sale of
6  Doley or Doley's stock that he -- of those
7  clients' stock.
8   Q   Well, what did Doley say as to why
9  he voted the way he voted?
10   A   He said he voted the way he did
11  because he wanted to the bank a minority --
12  minority bank.
13   Q   Did you hear that day any
14  discussion where Bender was involved about a
15  sale of the Doley stock?
16   A   No, I don't recall.
17   Q   Have you ever heard a conversation
18  or overhead a conversation between Doley and
19  Bender about a sale of the Doley stock?
20   A   No.
21   Q   Okay. Was it your understanding at
22  the end of the shareholders' meeting that

**Page 91**

1  there was a buyer out there to buy all the
2  Doley Stock?
3   A   No.
4   Q   Now, at lunch, did you -- were you
5  aware that the aggregate amount of the stock
6  that was controlled by Doley or represented
7  by Doley, if you like, was in excess of 10
8  percent of the bank?
9   A   No.
10   Q   Did you know what percentage Mr.
11  Doley either controlled or represented?
12   A   Well, I think we believed he
13  represented about 8 percent, 9 percent of the
14  bank, just under 10 percent -- I think just
15  under 10 percent.
16   Q   Did he have any affiliates or
17  people working with him that would have
18  driven the total over 10 percent?
19   A   Not to my knowledge.
20   Q   Did you ever enquire?
21   A   Yeah.
22   Q   When?

**Page 92**

1   A   At the meeting.
2   Q   Which meeting?
3   A   At the shareholders' meeting --
4  after the shareholders' meeting.
5   Q   Before the vote or after the vote?
6   A   After.
7   Q   At the luncheon meeting, had you
8  made such an enquiry?
9   A   No.
10   Q   Prior to the taking of the vote,
11  had you made such an enquiry?
12   A   No.
13   Q   Now, you say you made that enquiry
14  after the meeting?
15   A   Yes.
16   Q   Of whom did you make that enquiry?
17   A   Mr. Doley.
18   Q   And what did you -- who was
19  present?
20   A   I think just Mr. Doley and myself.
21   Q   What did you ask Mr. Doley on that
22  issue?

**Page 93**

1   A   I said, "I just heard you make a
2  comment that you owned over 10 percent of the
3  stock to some reporter" and I said, "I don't
4  believe you own over 10 percent of the
5  stock."
6   Q   How do you know?
7   A   Well, because we looked at what he
8  had and we couldn't identify anything that he
9  owned.
10   Q   Are telling me that Doley told the
11  reporter he owned more than 10 percent of the
12  bank?
13   A   When I say owned here, what I mean
14  is that controlled it. There's -- it's in
15  the article and if you get the Washington
16  Post, you can see exactly what he has.
17   Q   And you sought to correct Mr. Doley
18  on that issue?
19   A   Yes, I did.
20   Q   Why?
21   A   Because it wasn't -- not a factual
22  statement.