94

1  Q  Now, would you concede, sir, that
2  Mr. Doley's information on how much stock he
3  controlled was better than yours? He would
4  know better than you.
5  A  He might.
6  Q  He might?
7  A  He might.
8  Q  And what did Mr. Doley say to you
9  when you attempted to correct him that -- in
10 his statement that he owned or controlled
11 more than 10 percent?
12 A  "Well, it was just a general
13 statement to the press."
14 Q  What did he say to you when you
15 tried to make this correction?
16 A  "It was just a general statement to
17 the press."
18 Q  Well, that's his -- those are his
19 words to you? Did you have --
20 A  Yeah, as a matter of fact.
21 Q  Did you have any further
22 conversation with Mr. Doley about how much

95

1  -- what percentage of the bank he actually
2  controlled?
3  A  I can't discuss that.
4  Q  You can't discuss that?
5  A  I refuse to answer that?
6  Q  Why? I'm listening. It's your
7  refusal.
8  A  I represent Mr. Doley on another
9  matter.
10 Q  In connection with the bank?
11 A  In connection with the bank.
12 Q  When did you first represent Mr.
13 Doley in connection with this bank?
14 A  I would say October of last year.
15 Q  October what?
16 A  Or November of last year, I would
17 say as I recall. November, December.
18 Q  What do you represent Mr. Doley
19 about in connection with this bank?
20 A  Enquiry by the OTS.
21 Q  I see. And how long have you been
22 representing Mr. Doley in that regard?

96

1  A  Since that enquiry began?
2  Q  Do you continue to represent Mr.
3  Doley in that regard?
4  A  I do.
5  Q  Did Mr. Doley have any other
6  counsel in connection with this enquiry by
7  the OTS?
8  A  I'm not aware of any.
9  Q  Now, have you disclosed to the
10 people at the OTS that you represent Mr.
11 Doley in connection with this enquiry?
12 A  No, I wouldn't have any reason to.
13 Q  So the answer is no?
14 A  No.
15 Q  Have you had any direct
16 communication with the OTS in connection with
17 this enquiry by them of Mr. Doley's stock?
18 A  No.
19 Q  Have you been an author of any
20 letter or letters signed by Mr. Doley and
21 sent to the government in response to their
22 enquiry?

97

1  A  I'm not going to answer that.
2  Q  You what?
3  A  I'm not answering that.
4  Q  You refuse?
5  A  Refuse.
6  Q  Have you disclosed to the Board of
7  the bank that you represent Mr. Doley in
8  connection with this enquiry?
9  A  Yes.
10 Q  Who?
11 A  We have a letter from the bank
12 waving conflicts of interest and one for Mr.
13 Doley waving conflicts of interest.
14 Q  Who signed the letter on behalf of
15 the bank?
16 A  Mr. Batties.
17 Q  Was the matter, this potential
18 conflict of interest between your
19 representation of the bank and your
20 representation of Mr. Doley ever brought to
21 the attention of the Board?
22 A  I have no idea.

25 (Pages 94 to 97)

**Page 98**

1  Q  How did it come to be that you got
2  this conflict -- conflicts waver from
3  Batties?
4  A  I couldn't tell you that.
5  Q  I take it that -- who introduced
6  you, who -- how did it come to be that you
7  represented Mr. Doley in connection to this
8  enquiry?
9  A  He called us up and he said, "I've
10 got a series of enquiries from the OTS and I
11 was wondering if you would take a look at it,
12 and help me prepare a response."
13 Q  Had anybody at the bank told you to
14 expect a call from Doley on this issue?
15 A  No.
16 Q  Prior to talking to Doley on this
17 issue, did you seek permission of anyone at
18 the bank?
19 A  No, that I -- prior to talking to
20 him, I didn't know that there was an issue?
21 Q  Is the answer, no?
22 A  No.

**Page 99**

1  Q  And did you accept Mr. Doley as a
2  client before he got the conflicts waver?
3  A  No.
4  Q  Other than Mr. Batties, have you
5  ever talked with anyone at the bank about
6  this representation of Mr. Doley?
7  A  No.  This is not the bank's -- the
8  bank is not the client on that issue -- on
9  that issue.  It was Mr. Doley's client.
10 Q  So your only conversation with
11 anybody at the bank with respect to this
12 representation of Mr. Doley has been Mr.
13 Batties.  Is that your testimony?
14 A  Yeah, I'm pretty sure.  I don't
15 have a recollection of talking to anybody
16 else.  If I did, I might have mentioned it to
17 Carolyn, but that would be it.
18 Q  Is Mr. Doley evading service or
19 process in this case?
20 A  I have no idea.  I don't represent
21 him in this case -- in this matter.
22 Q  Well, do you know whether or not

**Page 100**

1  Mr. Doley is avoiding service or process of a
2  subpoena to testify in this case?
3  A  No, I don't.
4  Q  Have you discussed that with Mr.
5  Doley?
6  A  I have not.
7  Q  Now, how many letters have you --
8  I'm going to make sure I understand.  You've
9  been an author of a letter or letters to the
10 government to be signed by Mr. Doley.  Is
11 that right?
12     MR. STRAND:  Objection to form.  I
13 think it misstates the witness' testimony.
14     BY MR. COOTER:
15 Q  Go ahead.
16 A  We have prepared a response for Mr.
17 Doley to send to the OTS.
18 Q  And did he send it?
19 A  Yes, he has.
20 Q  Under his signature?
21 A  Under his signature.
22 Q  With no notice to the government

**Page 101**

1  that the real -- that the author was you.  Is
2  that right?
3  A  As far as I know.
4  Q  What -- how many letter or letters
5  have there been that were authored by your
6  firm to be signed by Doley and given to the
7  government?
8  A  One.
9  Q  What has been the response to your
10 letter from the government?
11 A  I couldn't part with that.  I'm not
12 going to answer that.
13 Q  Are any letter or letters currently
14 in preparation to send to the government in
15 response to any subsequent communication from
16 them other than the first letter?
17 A  No.
18 Q  Now, you've testified that you know
19 all these people at the OTS.  Why didn't you
20 just call them up about Doley?
21 A  We just decided it was better for
22 Doley to respond the answer to the letter

**Page 102**

1  that was directed to him or respond directly.
2   Q  Well, didn't you -- isn't it a
3  fact, sir, that what you did is you decided
4  that it would be better that the OTS didn't
5  know that you were representing Mr. Doley?
6   A  I never entered into it.
7   Q  So I take it that if I call
8  everybody this afternoon and tell them that
9  you were representing Doley in this enquiry,
10 you have no objection. Is that right?
11  A  If that's what you like to do.
12  Q  You have no objection to that. Is
13 that accurate?
14  A  That's fine.
15  Q  Now, in connection with this
16 representation of Doley, have you ever had
17 conversation with Mr. Doley about a purchase
18 or a potential purchase of his stock by Mr.
19 Thompson?
20  A  No.
21  Q  Did you have any conversation ever
22 with Mr. Doley about who this potential

**Page 103**

1  purchaser that was discussed that day at The
2  Prime Rib actually was?
3   A  No.
4   Q  Have you discussed that matter with
5  anyone else?
6   A  Not to my recollection, no.
7   Q  Has the -- any representative of
8  the OTS made enquiry of you as to what
9  transpired that day in connection with a
10 potential sale of the Doley stock to anyone?
11  A  No.
12  Q  Who were you communicating with in
13 connection with this enquiry at the OTS, this
14 enquiry being made of Mr. Doley?
15  A  Mr. Doley.
16  Q  Who at the OTS is involved?
17  A  I have no idea.
18  Q  Well, you saw the incoming --
19 enquiry I presume if you prepared a response,
20 right?
21  A  Uh-huh.
22  Q  Who did it come from?

**Page 104**

1   A  That's -- I'm not going to discuss
2  that.
3   Q  You refuse to answer that question?
4   A  I refuse to answer that question.
5   Q  Now, after the meeting with -- when
6  was the last time you talked to Harold Doley
7  about anything?
8   A  A week or so ago.
9   Q  What did you talk about?
10  A  We talked about the enquiry from
11 the OTS?
12  Q  You talked about anything else?
13  A  No.
14  Q  You talked about this case?
15  A  No.
16  Q  Have you ever had any conversation
17 with Keith Doley, Mr. Doley's brother?
18  A  Yes.
19  Q  When?
20  A  I've had a couple of conversations
21 with him and it has been about the OTS
22 enquiry?

**Page 105**

1   Q  When is the question?
2   A  Week ago, maybe.
3   Q  What did you all talk about?
4   A  The OTS request.
5   Q  Did Mr. Keith Doley talk -- told --
6  did he tell you that he had been in contact
7  with my office?
8   A  He mentioned that you had been in
9  contact with him.
10  Q  Okay. What did he tell you about
11 it?
12  A  You know, that you had been in
13 contact with him, and that you wanted to
14 offer to him -- to Mr. Doley -- Harold Doley,
15 his brother, the opportunity to have a
16 surrogate of Mr. Bender purchase the Doley
17 share -- Doley shares and the shares that Mr.
18 Doley -- his clients owned.
19  Q  What else did he tell you? Are you
20 telling me that he actually told you I said?
21  A  That what he told me you said.
22  Q  Okay. Did he tell you anything