**Page 114**

1  its proxies occurred after the polls had
2  closed?
3    A  Well, I had to mix some apples and
4  oranges. The bank voted its proxies prior to
5  the polls closing.
6    Q  When did the polls close?
7    A  It closed at 4:00 o'clock I think
8  or -- well, whenever the vote was over. I
9  don't know the exact time, but whenever the
10  -- it was clear that everybody had voted.
11    Q  It was on the 26th, was it not?
12    A  Yeah.
13    Q  And do you understand that the bank
14  allocated its votes at some later date?
15    A  Yes, I do understand that it
16  allocated its votes at a different date.
17    Q  And do you understand that the
18  bank's allocation of those votes was after
19  learning how Mr. Bender had allocated his
20  votes?
21    A  Well, I assume that that would be
22  the case, yes. It wasn't a proxy contest.

**Page 115**

1  So they would have the opportunity to review
2  the -- review the cumulative voting.
3    Q  Now, have you had any role in
4  connection with the bank's opposition to Mr.
5  Bender's application with the OTS for change
6  of control?
7    A  Yeah, I guess. Yeah, I was an
8  attorney, yeah.
9    Q  What is your role?
10    A  We reviewed documents, looked at
11  information.
12    Q  Have you issued any correspondence
13  from your office to the government with -- in
14  opposition to Mr. Bender's change of control
15  application?
16    A  We might have, but I think
17  generally most of the correspondence went --
18  was prepared for and send by the -- by John
19  Hall's firm, or the bank. I don't have a
20  recollection that we sent anything. We might
21  have, but I just don't have a recollection of
22  what it might have been.

**Page 116**

1    Q  Now, in connection with your
2  representation of the bank, have you had any
3  conversation with anyone about Mr. Izzard?
4    A  Yes.
5    Q  Who?
6    A  We had a -- the meeting we
7  mentioned earlier that with Mr. Reich and the
8  people over at the OTS.
9    Q  What did you tell those people
10  about Mr. Izzard?
11    A  We didn't -- I don't think we
12  necessarily told them anything about Mr.
13  Izzard other than the fact that Mr. Izzard
14  was sitting without an apparent approval by
15  the OTS, and it had been some time since the
16  bank had requested a determination of whether
17  he was qualified to sit or not sit in the
18  OTS' Board and on the Independence Federal's
19  Board.
20        Subsequent to that meeting, they
21  provided that authority.
22    Q  Did you undertake to engage anyone

**Page 117**

1  to do any investigation of Mr. Izzard?
2    A  No.
3    Q  Are you aware of any third party
4  investigation by Mr. Izzard caused by
5  somebody at the bank?
6        MR. STRAND: Objection, the form.
7  It is vague.
8        THE WITNESS: Like, you know, I
9  don't -- I remember seeing information about
10  him, my hole was garnered. I have no idea.
11        BY MR. COOTER:
12    Q  Well, my question is specific. Are
13  you aware as to whether or not anyone at the
14  bank has employed anyone to make an
15  investigation of Mr. Izzard?
16    A  I'm not -- I don't recall any
17  conversations that would lead me to that
18  conclusion.
19    Q  Now, did there come a time when it
20  was communicated to Mr. Doley after the
21  ballots -- the polls closed on the 26th that
22  there would be no forthcoming buyer for his

30 (Pages 114 to 117)

**Page 118**

```
 1  stock?
 2     A   What was that again?
 3     Q   Did there come a time after the
 4  26th when somebody told Doley, "There is --
 5  nobody is -- there is no forthcoming buyer
 6  for your stock"?
 7     A   I assume there is, or assume that
 8  time came and went.
 9     Q   And who communicated that position
10  to Mr. Doley?
11     A   I have no idea.
12     Q   Were you involved in a
13  determination as to who should communicate
14  the lack for buyer for the Doley stock to
15  Doley?
16     A   No.
17     Q   It was communicated, as you know,
18  to Mr. Doley, right?
19     A   I don't know. You are telling me
20  it was, so --
21     Q   Well, did Mr. Doley ever express
22  any disappointment to you that this potential
```

**Page 119**

```
 1  buyer being discussed that day at The Prime
 2  Rib didn't come forward to buy the stock?
 3     A   No.
 4     Q   Has he ever expressed any
 5  disappointment to you that a cash payment to
 6  Mr. Doley in the $150,000-175,000 range had
 7  not been made?
 8     A   No.
 9     Q   Have you ever had any discussion
10  with Mr. Doley on the issue of a promised
11  cash payment of the $150,000- 175,000 range?
12  Did you ever talk to Doley about that?
13     A   I have no recollection of ever
14  talking about it.
15        MR. COOTER: What time is this?
16        MR. STRAND: Its 18 minutes to 12.
17        THE WITNESS: Quarter to 12.
18        MR. COOTER: All right, we are
19  going to suspend this deposition. There has
20  been a number of questions that the witnesses
21  declined to answer. Those questions would
22  lead to still more questions once we get that
```

**Page 120**

```
 1  information.
 2        So we will approach the Court and
 3  your deposition is suspended for this
 4  moment, sir.
 5        MR. STRAND: I object to Counsel's
 6  suspension of the deposition, except to the
 7  extent that this witness is required to
 8  answer further questions regarding the areas
 9  that he claimed privilege as to. Counsel has
10  asked all of his questions, many of which are
11  neither relevant, nor reasonably calculated
12  to lead to the discovery of relevant
13  information instead of falling for
14  opportunities. So unless the court orders
15  this witness to come back and testify as to
16  other things, I think you should be done, and
17  you have another 20-25 minutes if you want --
18        MR. COOTER: Your position is clear
19  on this.
20        MR. STRAND: -- sir, to ask your
21  questions until you are done.
22        MR. COOTER: Your position is clear
```

**Page 121**

```
 1  on this record. The Court will order him
 2  back and I will ask -- I will finish your
 3  deposition when you come back. Thank you,
 4  sir. You are suspended for this moment.
 5        (Whereupon, at 11:44 a.m., the
 6        deposition of ROBERT ROYER was
 7        continued.)
 8              * * * * *
```