**Page 106**

1  else? Sure it would be dumb to say such a
2  thing, don't you think?
3  A  I don't know you -- you could be
4  very dumb, I don't know.
5  Q  Okay. Well, that's fine. You
6  agreed that it would be pretty dumb to say
7  such thing to Harold Doley, or to Keith
8  Doley.
9  A  I'm not making an opinion about
10 what you may or may not have said.
11 Q  I might just be that dumb. Is that
12 what you figured?
13 A  I have no idea how dumb you are or
14 how smart you are?
15 Q  Okay. Well, you are going to
16 learn. Okay, what else did you and Keith
17 Doley talk about?
18     MR. STRAND: I object to the
19 sidebar.
20     MR. COOTER: Go ahead.
21     MR. STRAND: Ask that it be
22 stricken.

**Page 107**

1     BY MR. COOTER:
2  Q  Go ahead.
3  A  We talked about the letter.
4  Q  The letter from the OTS?
5  A  The letter from the OTS.
6  Q  Did you talk about any thing having
7  to do with this case?
8  A  I don't recall talking about
9  anything having to do with this case.
10 Q  Now, what time is it?
11    MR. STRAND: 11:25. You want to
12 take a short break?
13    MR. COOTER: Yeah, we will take a
14 short break.
15    (Recess)
16    MR. COOTER: We are on the record.
17    MR. STRAND: Yes.
18    BY MR. COOTER:
19 Q  After the -- at the end of the
20 meeting on the 26th, did -- did the Inspector
21 of Elections that day tell anybody what the
22 vote was?

**Page 108**

1  A  No, not to my knowledge.
2  Q  Yet you knew what the vote was by
3  the end of the meeting.
4  A  I don't know that. I don't know
5  what the vote was with any certainty.
6  Q  Well, did you have any preliminary
7  indication of the vote?
8  A  Well, other than the general feel
9  in the room everybody else had, you know,
10 everybody had a general feeling. Although I
11 can't speak for everybody else, my general
12 feeling was that -- that Mr. Doley apparently
13 announced that he was going to vote with the
14 bank. That was probably a winner for the
15 bank.
16 Q  Had the bank been soliciting Mr.
17 Doley's vote prior to the meeting?
18 A  I can't tell you what the bank was
19 because I have really no knowledge.
20 Q  Well, did you know whether they --
21 where you aware that Mr. Batties and Ms.
22 Jordan made a trip to New York to talk to Mr

**Page 109**

1  Doley prior to the meeting?
2  A  I don't -- I don't recall that.
3  Q  Nobody has ever told you that?
4  A  I don't recall being told that.
5  Q  Did the bank --
6  A  Although, the bank did solicit him,
7  I guess, because they sent him a proxy
8  statement.
9  Q  Beyond sending him a proxy
10 statement, was there any special
11 solicitations for Mr. Doley that you are
12 aware of?
13 A  Not that I -- not that I'm aware
14 of.
15 Q  Now, did the bank vote -- prior to
16 the close of the election, did the bank vote
17 it's proxies at that meeting that day?
18 A  Yes.
19 Q  How did it vote? What was the
20 bank's vote?
21 A  Well, I think they filed a master
22 -- a master ballot, is my understanding. I

**Page 110**

1 couldn't tell you exactly what time during
2 the day they filed it, but I know that a
3 master ballot was filed.
4    Q  I'm going to show you what we will
5 mark as Deposition Exhibit Number 16.
6       MR. STRAND: I think that's already
7 been marked.
8       MR. COOTER: Has it? You know the
9 number?
10       MR. STRAND: But I don't know the
11 number.
12       MR. COOTER: Well, we will mark it
13 16.
14       (Deposition Exhibit No. 16 was
15       marked for identification.)
16       BY MR. COOTER:
17    Q  Have you ever seen Deposition
18 Exhibit 16 before?
19    A  I don't believe so.
20    Q  This is the first time you have
21 seen it?
22    A  I think so, yeah. At least I have

**Page 111**

1 no recollection of enquiry.
2    Q  After you were retained on behalf
3 of the bank, do you go to all the Board
4 meetings?
5    A  No.
6    Q  I want you to take a look at the
7 document, and is this the master proxy that
8 you think was voted -- that was voted that
9 day?
10    A  If you are stipulating it is, I'm
11 happy to agree with that stipulation, but I
12 couldn't tell you because I never saw it.
13    Q  Were you involved in the
14 preparation of this master proxy?
15    A  No.
16    Q  Now, the -- you can confirm for me,
17 can't you that there was no Board meeting
18 that day?
19    A  I can't confirm that. I have no --
20 I don't know whether there was or there
21 wasn't.
22    Q  You are not aware of any Board

**Page 112**

1 meeting that day, are you?
2    A  I'm not aware of it, no.
3    Q  If you take a look at this
4 document, it says, "The special meeting of
5 shareholders on October 26, 2005 proxy
6 committee master ballot." What is a proxy
7 committee?
8    A  I have no idea.
9    Q  Well, were you -- have you ever
10 seen a Board resolution authorizing anyone to
11 serve as "a proxy committee"?
12    A  Have I?
13    Q  Yeah.
14    A  No, but I'm not privy to what the
15 Board does necessarily.
16    Q  Have you ever had a conversation
17 with anyone about the role of a proxy
18 committee for this bank?
19    A  I don't believe so.
20    Q  Now, if you look at the document,
21 it says, "For the Board of Directors," and
22 it's signed by Mr. Youngentob, Mr.

**Page 113**

1 Fitzgerald, Ms. Jordan, Mr. Wilmot, Mr. Cobb.
2 Do you see that?
3    A  Well, I can tell you the only --
4 the only one I can recognize is Carolyn
5 Jordan. I don't know what the other
6 signatures -- if you tell me that's who they
7 are, I believe you.
8    Q  Did you see this document being
9 circulated for signature that day on the
10 26th?
11    A  I don't recall. It might have
12 been, but I don't recall.
13    Q  Now, since this, do you recall a
14 vote being taken of the management proxies or
15 an allocation being done a few days later?
16    A  Not a few days, no.
17    Q  Well, what do you think? When was
18 it done?
19    A  I think it was done within the next
20 36 hours.
21    Q  Is it then accurate that the -- as
22 you understand it, the bank's allocation of

29 (Pages 110 to 113)