```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

MORTON A. BENDER, et al.,      )
                               )
      Plaintiffs,              )
                               )
   v.                          )
                               )   C.A. No. 1:06cv00092
CAROLYN D. JORDAN, et al.,     )   Honorable Rosemary M.
                               )   Collyer
                               )
      Defendants.              )
_____)
```

## PLAINTIFFS MORTON A. BENDER AND GRACE M. BENDER'S REQUEST TO PRESENT LIVE TESTIMONY AT THE HEARING ON APRIL 21 AND 28, 2006

Pursuant to LCvr. 65.1(d), Plaintiffs Morton A. Bender and Grace M. Bender (hereinafter referred to as the "Benders") by their undersigned counsel, hereby request that the Court allow the Benders to present live testimony of the following witnesses at the April 21 and 28, 2006 preliminary injunction hearing:

| Witness | Time |
|---|---|
| Morton Bender | 40 minutes - direct |
| Robert Freedman | 20 minutes - direct |
| David Wilmot | 30 minutes - direct |
| Thomas Batties | 30 minutes - direct |
| Carolyn Jordan | 30 minutes - direct |
| Rev. Douglas Moore | 10 minutes - direct |
| Rev. Walter Fauntroy | 10 minutes - direct |
| Bishop Clarence Long | 10 minutes - direct |

```
A. Gilbert Douglass                    10 minutes - direct

Jeffrey Thompson                       20 minutes - direct

Logan Delaney                          20 minutes - direct (or

                                       by deposition)

Dr. Marilyn Lashner (Expert)           30 minutes - direct
```

The following witnesses will be offered by deposition transcript:

William Fitzgerald

Michael Cobb

Eugene Youngentob

Harold Doley

Daniel Hess

Logan Delaney (or by live testimony)

Creighton Dunlop (IVS)

    Respectfully submitted,

    COOTER, MANGOLD, TOMPERT & KARAS, L.L.P.

    _____/s/_____
Dale A. Cooter, #277454
Donna S. Mangold, #358851
5301 Wisconsin Avenue, N.W.
Suite 500
Washington, D.C. 20015
(202)537-0700

*Attorneys for Plaintiff s*

*Attorneys for Plaintiff s*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing a copy of the foregoing Request for Live Testimony was sent electronically to:

        Haig V. Kalbian, Esq.
        Brawner Building
        888 17th Street NW
        Suite 1000
        Washington DC 20006
        hkalbian@kalbianhagerty.com

        Peter Strand, Esq.
        Shook, Hardy & Bacon, L.L.P.
        Hamilton Square
        600 14th Street, N.W.
        Suite 800
        Washington, D.C. 20005-2004
        pstrand@shb.com

                                      /s/
                        Dale A. Cooter