April 17, 2006


VIA FACSIMILE AND
FIRST CLASS MAIL

The Honorable Rosemary M. Collyer
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

     **Re: Bender et al. v. Jordan et al., U.S. District Court
     for the District of Columbia, Case No. 1:06-cv-00092**

Dear Judge Collyer:

    As a follow up to our telephone conference on Wednesday afternoon, we have taken another look at the Doley/Royer privilege issues.  In the interest of time (and mindful of the Court's involvement in a protracted jury trial) we have decided to withdraw our request that the Court rule on the privilege issues at this time.  We may seek the Court's resolution of these privilege issues at a later time.

    Thank you for taking the time to talk with us on Wednesday.


             Sincerely,


             _____/s/_____
             Donna S. Mangold

cc: (by facsimile and first class mail)
    Mary Baker, Esq.
    Haig Kalbian, Esq.
    Peter Strand, Esq.