```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

MORTON A. BENDER, et al.,        )
                                 )
        Plaintiffs,              )
                                 )
   v.                            )
                                 )   C.A. No. 1:06cv00092
CAROLYN D. JORDAN, et al.,       )   Honorable Rosemary M.
                                 )   Collyer
                                 )
        Defendants.              )
_____)

## JOINT SUBMISSION REGARDING PRETRIAL STIPULATIONS

Plaintiffs Morton A. Bender and Grace M. Bender, and Defendants Carolyn D. Jordan, David Wilmot, Michael J. Cobb, William B. Fitzgerald, IV, Eugene K. Youngentob, Thomas Batties and Independence Federal Savings Bank, by and through their undersigned attorneys, hereby submit a Joint Submission Regarding Pretrial Stipulations, and state as follows:

**TRIAL EXHIBITS**

The Parties have agreed to submit to the Court a set of "Trial Exhibits." The Trial Exhibit binders will include all of the deposition exhibits. The Exhibit List accompanying the Trial Exhibit binders will include notations for authenticity stipulations and will identify which documents are admitted by agreement, and the objections to any remaining exhibits. The Parties reserve the right to supplement the Trial Exhibits with a limited number of supplemental exhibits if necessary.

**DEPOSITIONS OF THIRD-PARTY WITNESSES**
**IN LIEU OF LIVE TESTIMONY**

The Parties have agreed to waive the restrictions of Fed. R. Civ. P. 32(a)(3), so that the testimony of third party witnesses who reside in the District of Columbia will be presented by deposition designation and cross-designation. Those transcripts will be provided to the Court (with the designations marked) at or before the April 28, 2006 hearing.

**CROSS-EXAMINATION**

The Parties have agreed that the cross examination of witnesses will not be bound by the direct examination, so that witnesses need not be recalled to the stand.

Respectfully submitted,

COOTER, MANGOLD, TOMPERT &
   KARAS, LLP


_____/s/_____
Dale A. Cooter, #277454
Donna S. Mangold, #358851
5301 Wisconsin Avenue, N.W.
Suite 500
Washington, D.C. 20015
(202)537-0700

***Attorneys for Plaintiff* s**


SHOOK HARDY & BACON


_____/s/_____
Peter Strand, Esq.
Carlos Enrique Provencio, Esq.
Christine Hudson, Esq.
Hamilton Square
600 14th Street, N.W.
Suite 800
Washington, D.C. 20005

***Attorneys for Individual Defendants***


KALBIAN HAGERTY, LLP




_____/s/_____
Haig V. Kalbian, Esq.
Kalbian Hagerty, LLP
Brawner Building
888 17th Street, N.W.
Suite 1000

Washington, D.C. 20006

***Attorneys for Independence Federal Savings Bank***