IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MORTON A. BENDER, et al.           )<br>                                                    )<br>     Plaintiff,                              )<br>                                                    )<br>     vs.                                        )<br>                                                    )<br>CAROLYN D. JORDAN, et al.      )<br>                                                    )<br>     Defendant.                          )<br>                                                    ) | Civil Action No. 1:06cv00092 |

**INDIVIDUAL DEFENDANTS REQUEST TO PRESENT
LIVE TESTIMONY AT THE HEARING ON APRIL 28, 2006**

Pursuant to LCvr. 65.1(d), The Individual Defendants Carolyn D. Jordan, David Wilmot, Michael J. Cobb, William B. Fitzgerald, and Eugene K. Youngentob, and Thomas L. Batties by their undersigned counsel, hereby request that the Court allow the Defendants to present live testimony of the following witnesses at the April 28, 2006 preliminary injunction hearing:

| | |
|---|---|
| Ms. Sheila Finlayson (potential live witness) | 30 Minutes |
| Mr. Raymond Riley | 45 Minutes |

                                                              Respectfully Submitted

Dated April 25, 2006                           SHOOK, HARDY & BACON L.L.P.


                                                              _____/s/_____
                                                              Peter E. Strand
                                                              Carlos E. Provencio
                                                              Christine S. Hudson
                                                              Hamilton Square
                                                              600 14th Street, N.W., Suite 800
                                                              Washington, D.C. 20005-2004

                                                              Attorneys For Defendants Carolyn Jordan, et al.

130632v1

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of April, 2006, a true and complete copy of the forgoing DEFENDANTS' CAROLYN D. JORDAN, ET AL. REQUEST TO PRESENT LIVE TESTIMONY AT THE HEARING ON APRIL 28, 2006 was sent electronically to the following:

>Dale A. Cooter, Esq.
>Cooter, Mangold, Tompert and Wayson, L.L.P.
>5301 Wisconsin Ave, NW
>Suite 500
>Washington, D.C. 20015
>T: (202)537-0700
>F: (202)364-3664
>*Attorneys for Plaintiffs*


>Haig V. Kalbian
>888 17th Street, N.W., Suite 1000
>The Brawner Building
>Washington, D.C. 20006
>*Attorney For Defendant Independence Federal Savings Bank*


                              _____/s/_____
                                    Peter E. Strand

130632v1