# PLAINTIFF'S SUPPLEMENTAL EXHIBIT 117

LAW OFFICES

# SILVER, FREEDMAN & TAFF, L.L.P.
A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

1700 WISCONSIN AVENUE, N.W.
WASHINGTON, D.C. 20007
PHONE: (202) 295-4500
FAX:  (202) 337-5502
WWW.SFTLAW.COM

WRITER'S DIRECT DIAL NUMBER
(202) 295-4502

October 21, 2005

John R. Hall, Esq.
Muldoon Murphy & Aguggia, LLP
5101 Wisconsin Avenue, N.W.
Washington, D.C. 20016

Re:  Your client - Independence Federal Savings Bank
Re:  Our client - Morton Bender

Dear John:

This letter will serve to confirm a series of conversations during which I asked for a meeting with you to discuss various issues that may come up at the forthcoming Special Meeting of Shareholders. These issues I believe, could be resolved between us and make for a more orderly meeting. Initially, you agreed to meet with Dave Muchnikoff and I. Subsequent to that discussion, you called us and advised us that you could not meet with us upon your client's instructions. Finally, when I called you, you advised me that you were not even allowed to talk to me again upon your client's instructions. I would be curious to know whether the Board of Directors of Independence Federal Savings Bank gave you those instructions.

We look forward to seeing you and your client at this Special Meeting of Shareholders.

Very truly yours,

Robert L. Freedman, P.C.



MB 00036

G:\1030\Hall ltr102105.wpd