# PLAINTIFF'S SUPPLEMENTAL EXHIBIT 118

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Morton A. Bender, et al.

vs.                                          Case No. 1:06CV00092

Carolyn D. Jordan, et al.

## AFFIDAVIT OF DILIGENCE

STATE OF DISTRICT OF COLUMBIA
CITY OF WASHINGTON

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Deposition Subpoena Duces Tecum; Notice of Deposition Duces Tecum of Judy Smith and Attachment A in the above entitled case, hereby depose and say:

That my date of birth is 11-26-1971.

That my business address is 1827 18th Street, N.W., Washington, D.C. 20009.

That I am not a party to or otherwise interested in this suit.

That after due search, careful inquiry and diligent attempts, I have been unable to serve the witness, Judy Smith, with the above named process.

That on the 21st day of April, 2006 at 4:00 o'clock p.m., I attempted to serve the witness, Judy Smith, at her usual place of employment at Impact Strategies LLC, 555 11th Street, NW, 6th Floor, Washington, DC 20004. On this occasion, I was told that Ms. Smith was not in.

That on the 24th day of April, 2006 at 10:00 o'clock a.m., I attempted to serve the witness, Judy Smith, at her usual place of employment at Impact Strategies LLC, 555 11th Street, NW, 6th Floor, Washington, DC 20004. On this occasion, again, I was told that Ms. Smith was not in.

That on the 25th day of April, 2006 at 12:41 o'clock p.m., I attempted to serve the witness, Judy Smith, at her usual place of employment at Impact Strategies LLC, 555 11th Street, NW, 6th Floor, Washington, DC 20004. On this occasion, again, I was told that Ms. Smith was not in.

That on the 25th day of April, 2006 at 3:25 o'clock p.m., I attempted to serve the witness, Judy Smith, at her usual place of employment at Impact Strategies LLC, 555 11th Street, NW, 6th Floor, Washington, DC 20004. On this occasion, as before, I was told that Ms. Smith was not in. Also, I spoke with Ms. Smith two times on her cell phone. She was never able to make an appointment to receive the subpoena.

PLAINTIFFS EXHIBIT 118
CA 06-00092

I do solemnly declare and affirm under the penalty of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

_____
DANIEL F. PORTNOY
Private Process Server

Subscribed and Sworn to before me this 28th day of April, 2006.

_Angela H. Croson_
Notary Public
My commission expires: 03-31-09
dil169728.lab