UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MORTON A. BENDER, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | |
| ) | C.A. No. 1:06cv00092 |
| **CAROLYN D. JORDAN, et al.,** ) | (RMC) |
| ) | |
| **Defendants.** ) | |
| ) | |

### PLAINTIFFS' NOTIFICATION TO THE COURT REGARDING OTS' CLEARANCE OF IFSB PROXY MATERIALS

Plaintiffs Morton A. Bender ("Bender") and Grace M. Bender ("Grace Bender"), by their undersigned counsel, hereby notify the Court[1] that Plaintiffs have been advised that the Office of Thrift Supervision has "cleared" the Bank's Proxy Statement for the upcoming meeting, which has been scheduled for July 19, 2006. A copy of the Proxy Statement and related proxy materials is attached hereto as Exhibit A. Because Plaintiffs' regulatory counsel (Silver, Freedman and Taff, L.L.P.), did not receive any notification of the filing of the revised Proxy Statement, it did not have an opportunity to timely comment prior to clearance by the OTS. Mr. Freedman and his colleagues received the already-cleared Proxy materials on May 31, 2006, and are in the process of submitting comments to

---

[1] Plaintiffs make this filing in accordance with the Court's request that the parties keep the Court advised on the scheduling of the next Independence Federal Savings Bank Annual Meeting.

the OTS based on the evidence developed in this case, but because the Proxy Statement has already been cleared, it could conceivably be mailed to shareholders any day.[2]

At page 1, the Proxy Statement generally refers to this litigation, but it does not correct the misstatements and omissions in the October 2005 Proxy Materials relating to the Committee Letter ("Independence Federal cooperated with the OTS and furnished the information requested by the OTS in its May 10, 2005 letter"), nor does the Proxy Statement acknowledge the Bank's involvement (Defendant Batties, Mr. Chambers, Impact Strategies) involvement in either the Committee Letter or the McPhail/Douglass Letter.[3] The Proxy Statement also cryptically refers to Bender's allegations about the Doley and Thompson shares, stating that he seeks to neutralize those shares, but provides no information to the shareholders about the evidence developed in this case regarding Defendants Wilmot and Jordan's involvement with regard to the Purchase Agreement at the heart of those allegations.[4]

The Proxy Statement does however provide that the management proxies will be voted *and allocated* prior to the close of the polls at the July meeting, and it also describes how the management proxies will be allocated (in order of preference) by nominee. Proxy Statement page 3.

---

[2] Included in the proxy materials received from the OTS is a draft of a letter to shareholders to accompany the Proxy Materials, and the Notice of the Annual Meeting. Those draft documents are dated "June 21, 2006," which might indicate that the bank is not planning to mail the proxy materials until that date, or it may only reflect the latest date by which the Bank would have to mail its materials, if the OTS process for clearance was delayed.

[3] Management has nominated three directors, including Defendant Batties.

[4] The entire context of the brief description of these "Doley/Thompson" allegations in the Proxy Statement leads the reader to no other conclusion than: *Bender is suing the bank and its directors once again, and now he is bringing other shareholders into it.*

.

>Respectfully submitted,
>COOTER, MANGOLD, TOMPERT
> & KARAS, L.L.P.
>
>
>_____/s/_____
>Dale A. Cooter, Bar #227454
>Donna S. Mangold, Bar #358851
>5301 Wisconsin Avenue, N.W.
>Suite 500
>Washington, D.C.  20015
>(202)537-0700
>efiling@cootermangold.com
>*Attorneys for Plaintiffs*
>*Morton A. Bender and Grace M. Bender*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of June 2006, a copy of the foregoing **Notification** was served electronically on:

>Haig V. Kalbian, Esq.
>Brawner Building
>888 17th Street NW
>Suite 1000
>Washington DC 20006
>hkalbian@kalbianhagerty.com
>
>Peter Strand, Esq.
>Shook, Hardy & Bacon, L.L.P.
>Hamilton Square
>600 14th Street, N.W.
>Suite 800
>Washington, D.C. 20005-2004
>pstrand@shb.com

/s/<br>
Dale A. Cooter