

www.shb.com

Hamilton Square
600 14th Street, N.W., Suite 800
Washington
D.C. 20005-2004
202.783.8400
202.783.4211 Fax

June 2, 2006

Dale A. Cooter, Esquire
Cooter, Mangold, Tompert and Wayson, L.L.P.
5301 Wisconsin Avenue, N.W.
Suite 500
Washington, D.C. 20015

Dear Mr. Cooter:

Management of the Bank advises that the OTS has not advised management that the proxy materials have been "cleared" as you incorrectly suggest in the papers you filed with the court this morning. Please promptly withdraw the filing and explain your error. Further, please advise as to the source of your information.

In addition, please provide immediately any correspondence by and between the OTS and anyone acting for Mr. Bender that relates to any prior draft or iteration of the proxy materials referenced in your filing.

Sincerely,

Peter E. Strand

Geneva
Houston
Kansas City
London
Miami
Orange County
Overland Park
San Francisco
Tampa
Washington, D.C.

131323v1