# ATTACHMENT 2

# (WOOD DEPOSITION EXHIBIT #2)





# Analysis of Money Flow -- p. 1

| Event | Thompson draws $165,000 check made payable to Adams Bank | Thompson uses proceeds from Adams Bank check to fund $165,000 cashiers' check made payable to Wilmot | Wood receives cashier's check from Thompson | Thompson asks Wood to deposit Wilmot Cashiers Check to trust account and draw cashier's check made payable to Doley from trust account. She cannot because there is no one in the office with signature authority | As an alternative, Thompson asks Wood to draw funds from two Wilmot business accounts to fund $163,000 cashier's check to Doley, which she does | |
|---|---|---|---|---|---|---|
| **Sequence** | 1 | 2 | 3 | 4 | 5 | 5 |
| **Event Date** | 10/26/2005 | 10/26/05 | 10/26/05 | 10/26/05 | 10/26/05 | 10/26/05 |
| **Exhibit(s)** | Tab A, Hearing Ex. 78 | Tab B, Hearing Ex. 78 | Tab B, Hearing Ex. 78 | | Tab C | Tab D |
| **Instrument** | Check | Wilmot Cashier's Check | Wilmot Cashier's Check | | Debit Memo | Debit Memo |
| **Amount** | $165,000 | $165,000 | $165,000 | | $80,000 | $83,000 |
| **Inst. Date** | 10/26/05 | 10/26/05 | 10/26/05 | | 10/26/2005 | 10/26/05 |
| **Inst. No.** | 282 | 117593 | 117593 | | N/A | N/A |
| **Acct. Name** | DC Healthcare Sys., Inc. | Cashier's Check | | | Wilmot Business Acct. | Wilmot Business Acct. |
| **Acct. No.** | 40817405 | 1299801 | | | 2100303824 | 2295001354 |
| **Drawer** | DC Healthcare Sys. | DC Healthcare Sys. | | | David Wilmot | David Wilmot |
| **Payee** | Adams National Bank | David Wilmot | | | United Bank of Virginia | United Bank of Virginia |
| **Depositor** | N/A | N/A | | | N/A | N/A |
| **Bank** | Adams National Bank | Adams National Bank | | | United Bank of Virginia | United Bank of Virginia |
| **Ref. No.** | | | | | 8704840 | 8704835 |

# Analysis of Money Flow -- p. 2

| Event | Wood uses proceeds from debits to two Wilmot acounts to fund $163,000 cashier's check made payable to Doley as requested by Thompson | Wood deposits original DC Healthcare Cashier's Check payable to Wilmot in HW&B trust account | Wood receives Doley Cashier's check and, per Thompson's instructions, deposits it in the two Wilmot Business Accounts | | Wood writes two checks to Wilmot on H,W&B Trust Account reimbursing two Wilmot Business Accounts for account debits on Oct. 26 | |
|---|---|---|---|---|---|---|
| 6 | 7 | 8 | 9 | 9 | 10 | 10 |
| Event Date | 10/26/2005 | 10/27/05 | 11/14/05 | 11/14/2005 | 10/28/2005 | 10/28/05 |
| Exhibit(s) | Tab E | Tab F, Exs. 78, 114 | Tab G | Tab G | Tab H, Ex. 114 | Tab H, Ex. 114 |
| Instrument | Doley Cashier's Check | Wilmot Cashier's Check | Deposit Slip (Credit) | Deposit Slip (Credit) | Check | Check |
| Amount | $163,000 | $165,000 | $80,000 | $83,000 | $80,000 | $85,000 |
| Inst. Date | 10/26/05 | 10/26/05 | 11/14/2005 | 11/15/05 | 10/28/05 | 10/28/05 |
| Inst. No. | 240433 | 117593 | N/A | N/A | 5844 | 5845 |
| Acct. Name | Cashier's Check | H,W&B Trust Account | Wilmot Business Acct. | Wilmot Business Acct. | H,W&B Trust Account | H,W&B Trust Account |
| Acct. No. | 47000118 | 5160007127 | 2100303824 | 2295001354 | 5160007127 | 5160007127 |
| Drawer | David Wilmot | DC Healthcare Sys. | N/A | N/A | H,W&B | H,W&B |
| Payee | Harold Doley | David Wilmot | N/A | N/A | David Wilmot | David Wilmot |
| Depositor | N/A | David Wilmot | David Wilmot | David Wilmot | N/A | N/A |
| Bank | United Bank of Virginia | BB&T | United Bank of Virginia | United Bank of Virginia | BB&T | BB&T |
| Ref. No. | 8379765 | 2003519894 | 8379760 | 8379755 | 2107911031 | 2107911030 |

# Analysis of Money Flow -- p. 3

| **Event** | Two reimbursing checks are deposited in two Wilmot Busioness Accounts from which the funds had originally been withdrawn | | Proceeds from Doley Cashier's depsoited in Wilmot Business Account are used to pay other Thompson vendors | | | |
|---|---|---|---|---|---|---|
| | 11 | | | | | |
| **Event Date** | 10/28/2005 | 10/28/2005 | Various | Various | Various | |
| **Exhibit(s)** | Tab I | Tab I | Tab J | Tab J | Tab J | |
| **Instrument** | Deposit Slip | Deposit Slip | Check | Checks | Checks | Balance |
| **Amount** | $80,000 | $85,000 | $8,000 | $20,250 (2) | $33,200 (4) | $101,550 |
| **Inst. Date** | 10/28/05 | 10/28/05 | Various | Various | Various | |
| **Inst. No.** | Check No. 5844 | Check No. 5845 | Various | Various | Various | |
| **Acct. Name** | Wilmot Business Acct. | Wilmot Business Acct. | Wilmot Business Acct. | Wilmot Business Acct. | Wilmot Business Acct. | Wilmot Business Acct. |
| **Acct. No.** | 2100303824 | 2295001354 | 2295001354 | 2295001354 | 2295001354 | 2295001354 |
| **Drawer** | H,W&B | H,W&B | David Wilmot | David Wilmot | David Wilmot | David Wilmot |
| **Payee** | David Wilmot | David Wilmot | Integ. Urban Sol. | EmergeDC, LLC | Allen Consulting | Allen Consulting |
| **Depositor** | David Wilmot | David Wilmot | N/A | N/A | N/A | N/A |
| **Bank** | United Bank of Va. | United Bank of Va. | United Bank of Va. | United Bank of Va. | United Bank of Va. | United Bank of Va. |
| **Ref. No.** | 8924980/8924975 | 8924970/8924965 | | | | |

A



DC HEALTHCARE SYSTEM INC.
1101 15TH STREET, NW SUITE 400
WASHINGTON, DC 20005
282
October 26, 2005
DATE
15-131/540
BRANCH 1
PAY TO THE ORDER OF Adams National Bank
$ 165,000.00
One Hundred Sixty five thousand 00/100 DOLLARS
THE ADAMS NATIONAL BANK
1001 K STREET, N.W. WASHINGTON, D.C. 20005
FOR
054001314 0282 0040817405

DDA Debits - 10/26/2005

CREDIT TO THE ACCOUNT OF THE WITHIN NAMED PAYEE
ENDORSEMENT GUARANTEED
THE ADAMS NATIONAL BANK
WASHINGTON, D.C.

THE ADAMS NATIONAL BANK
WASHINGTON, DC

K Street Branch
1004 44 10/26/05
Transfer from DDA
Acct #40817405

Debits - 10/26/2005

THE ADAMS NATIONAL BANK
WASHINGTON, DC 20006-1782

As requested, we transferred the following funds:

DATE 10/26/05

ENTERED BY

APPROVED BY

BRANCH/CENTER 1

From Account Number [redacted]

To Account Number 40817405

CREDIT

$ 165,000.00

**D.C. Healthcare Systems, INC.**

☐ Telephone instructions by

☐ Mail instructions

CREDIT SAV TC 114
CREDIT DDA TC 014

016

⑆054001314⑆ ⑈00408174 05⑈ 014⑈0016500000⑈

DDA Credits - 10/26/2005

04000004 03 01 40817405 10\26\05
THE ADAMS NATIONAL BANK
WASHINGTON, DC >0540-01314<

** TRANSFER TO TICKET **
K Street Branch
1004 43 10/26/05 14:34
DDA to DDA Transfer
To Acct 40817405 $165,000.00

Credits - 10/26/2005

requested, we transferred the following funds:

THE ADAMS NATIONAL BANK
WASHINGTON, DC 20005-1782

DATE 10/26/05

ENTERED BY

APPROVED BY

From Account Number 4 3 3 4 9 7 0 5

BRANCH/CENTER 1

Account Number [redacted]

DEBIT

$ 1 6 5,0 0 0.0 0

**D.C. Healthcare Systems, INC.**

☐ Telephone instructions by

☐ Mail instructions

DEBIT SAV TC 150
DEBIT DDA TC 048

0 3 8

⑆054001314⑆ ⑈004334970 5⑈ 038⑈0016500000⑈

ts – 10/26/2005

04800005 02 01 40817405 10\26\05
THE ADAMS NATIONAL BANK
WASHINGTON, DC >0540-01314<

** TRANSFER FROM TICKET **

K Street Branch
1004 43 10/26/05 14:34
DDA to DDA Transfer
From Acct 43349705 $165,000.00

10/26/2005

B



ADAMS NATIONAL BANK
1627 K Street, N.W.
Washington, D.C. 20006

117593

DATE 10/26/05

15-191/540

PAY $165,000 DOLS 00 CTS DOLLARS $ 165,000.00

VOID AFTER 180 DAYS

TO THE ORDER OF **DAVID WILMONT**

CASHIER'S CHECK

MEMO D.C. Healthcare Systems, Inc

⑈117593⑈ ⑆054001314⑆ 0001299801⑈ ⑈0016500000⑈

DDA Debits - 10/31/2005

ENDORSE HERE

X

FOR DEPOSIT ONLY

DO NOT SIGN / WRITE / STAMP BELOW THIS LINE
FOR FINANCIAL INSTITUTION USAGE ONLY

FEDERAL RESERVE BANK REGULATION CC

01000258 12 06

THE ADAMS NATI

WASHINGTON DC

RC=1623 PK=02

Debits - 10/31/2005

C



| Account | 0000002100303824 | Routing | 056004445 |
|---|---|---|---|
| Amount | 80000.00 | OF6 | 0 |
| Post Date | 20051027 | Check | 0000000000 |
| Sequence | 008704840 | Tran | 000053 |

D



We ~~credit~~ / debit your account. (CIRCLE ONE)

UNITED BANK

Date 10/20/05

Reason: GC# 240433 # 163 K made payable to Harold Doley (210030-3824/3 Box)

Prepared by N. Molina NM Br. 962

David Wilmot (letter on file)

| Tran Codes - Bank Use Only | | | |
|---|---|---|---|
| CREDIT | | DEBIT | |
| 30 | Misc. | 63 | Misc. |
| 42 | Transfer | 78 | Transfer |
| 07 | No Hold | 94 | Close |

Account Number: 2295001354

Tran Code: 53

Amount: 83000.00

PROOF COPY

:056004445: 2295001354" 53"0008300000"

| Account | 0000002295001354 | Routing | 056004445 |
|---|---|---|---|
| Amount | 83000.00 | OF6 | 0 |
| Post Date | 20051027 | Check | 0000000000 |
| Sequence | 008704835 | Tran | 000053 |



E



| Account | 0000000047000118 | Routing | 056004445 |
|---|---|---|---|
| Amount | 163000.00 | OF6 | 0 |
| Post Date | 20051114 | Check | 0000240433 |
| Sequence | 008379765 | Tran | 000090 |

NOT FOR PURPOSE INTENDED

# F

BB&T - DISTRICT OF COLUMBIA

STATEMENT DATE 10-31-05
PAGE 1

410-01-01-00 12201 0 C 001 28 55 02
HARMON & WILMOT L C
1010 VERMONT AVE NW STE 310
WASHINGTON DC 20005-4975

5160007127

NESS REGULAR CHECKING
ACCOUNT NUMBER 5160007127

- ACCOUNT SUMMARY -

| | | |
|---|---|---|
| IOUS BALANCE AS OF 09-30-05 | | 158,102.53 |
| 9 DEPOSITS/CREDITS | 251,724.59+ | |
| 41 CHECKS PAID | 272,570.76- | |
| 0 WITHDRAWALS/DEBITS | .00- | |
| SERVICE CHARGE | .00- | |
| BALANCE AS OF 10-31-05 | | 137,256.36 |

- CHECKS PAID -

| CHECK NUMBER | AMOUNT | REFERENCE NUMBER | DATE | CHECK NUMBER | AMOUNT | REFERENCE NUMBER |
|---|---|---|---|---|---|---|
| 5696 | 750.00 | 2106513676 | 10-17 | 5820 | 962.41 | 6202099753 |
| **** | | | 10-17 | 5821 | 729.38 | 2205947856 |
| 5788 | 1,735.25 | 2102493659 | 10-25 | 5822 | 729.38 | 2207914625 |
| **** | | | 10-19 | 5823 | 1,750.00 | 2206824526 |
| 5798 | 471.00 | 702415390 | | **** | | |
| **** | | | 10-19 | 5825 | 2,000.00 | 2206824525 |
| 5801 | 150.00 | 2103253405 | 10-24 | 5826 | 45.93 | 2106524534 |
| **** | | | 10-20 | 5827 | 43.14 | 6305116000 |
| 5803 | 840.00 | 2103494565 | 10-21 | 5828 | 66.05 | 2002801377 |
| 5804 | 1,308.21 | 2102600825 | 10-24 | 5829 | 269.07 | 2106515630 |
| 5805 | 1,347.05 | 2102600827 | 10-24 | 5830 | 1,000.00 | 2207614221 |
| 5806 | 5,244.81 | 2102600826 | 10-24 | 5831 | 1,000.00 | 2106515646 |
| 5807 | 30,000.00 | 2104464796 | 10-24 | 5832 | 14,000.00 | 2106515648 |
| 5808 | 1,500.00 | 5301549996 | 10-24 | 5833 | 10,000.00 | 2106515647 |
| 5809 | 3,164.07 | 5301522957 | 10-20 | 5834 | 2,161.89 | 2105921021 |
| 5810 | 794.48 | 2204949425 | | **** | | |
| **** | | | 10-26 | 5836 | 10,000.00 | 6305349169 |
| 5812 | 1,000.00 | 2104725340 | 10-27 | 5837 | 190.00 | 3600360691 |
| 5813 | 1,000.00 | 2001466881 | | **** | | |
| 5814 | 750.00 | 4303161763 | 10-25 | 5839 | 2,500.00 | 2207912516 |
| 5815 | 750.00 | 2104725339 | | **** | | |
| 5816 | 4,000.00 | 6304817933 | 10-31 | 5843 | 600.00 | 2208865187 |
| 5817 | 2,500.00 | 2104725341 | 10-31 | 5844 | 80,000.00 | 2107911031 |
| 5818 | 1,000.00 | 2205999482 | 10-31 | 5845 | 85,000.00 | 2107911030 |
| 5819 | 218.64 | 2206019956 | 10-31 | 5846 | 1,000.00 | 2200424223 |

INDICATES A SKIP IN SEQUENTIAL CHECK NUMBERS

- DEPOSITS/OTHER CREDITS -

| AMOUNT | DESCRIPTION | REFERENCE NUMBER |
|---|---|---|
| 16,636.15 | DEPOSIT | 2202319252 |
| 429.15 | COUNTER DEPOSIT | 2102600828 |
| 25,429.15 | DEPOSIT | 2001357870 |
| 2,750.00 | COUNTER DEPOSIT | 2204997589 |
| 18,000.00 | COUNTER DEPOSIT | 2104725481 |
| 20,250.00 | COUNTER DEPOSIT | 2206515297 |
| 429.15 | COUNTER DEPOSIT | 2105921022 |
| 2,200.66 | COUNTER DEPOSIT | 2107365083 |

BB&T - DISTRICT OF COLUMBIA

STATEMENT DATE 10-31-05

PAGE 2-L

410-01-01-00 12201 0 C 001 28 55 02

5160007127

HARMON & WILMOT P C
1010 VERMONT AVE NW STE 310
WASHINGTON DC 20005-4975

BUSINESS REGULAR CHECKING ACCOUNT NUMBER 5160007127

- - - - DEPOSITS/OTHER CREDITS - - - -

| DATE | AMOUNT | DESCRIPTION | REFERENCE NUMBER |
|---|---|---|---|
| 10-28 | 165,600.33 | COUNTER DEPOSIT | 2002519894 |

- - - - DAILY BALANCE SUMMARY - - - -

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 10-03 | 174,738.68 | 10-14 | 165,542.11 | 10-24 | 150,224.75 |
| 10-05 | 165,061.51 | 10-17 | 162,631.68 | 10-25 | 146,245.37 |
| 10-07 | 164,911.51 | 10-18 | 182,881.68 | 10-26 | 136,245.37 |
| 10-11 | 184,836.59 | 10-19 | 179,131.68 | 10-27 | 138,256.03 |
| 10-12 | 181,792.11 | 10-20 | 177,355.80 | 10-28 | 303,856.36 |
| 10-13 | 151,792.11 | 10-21 | 177,289.75 | 10-31 | 137,256.36 |

FOR ASSISTANCE, CALL (202) 835-9200 OR FOR BB&T PHONE24, CALL (800)BANKBBT (1-800-226-5228).

BBT0012

# G

UNITED BANK

DATE 11/14/2005

SIGN HERE FOR CASH RECEIVED

PLEASE INCLUDE YOUR ACCOUNT NUMBER 210030-3824

David Wilmot & Associates
1010 Vermont Ave NW STE 810
Washington DC 20005-4957

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| PLEASE LIST EACH CHECK SEPARATELY | | |
| | | |
| | 80,000 | 00 |
| | | |
| TOTAL FROM OTHER SIDE | | |
| TOTAL | | |
| LESS CASH RECEIVED | | |
| TOTAL DEPOSIT | 80,000 | 00 |

⑆056004445⑆ 2100303824⑈ 20⑈0008000000⑈

| | | | |
|---|---|---|---|
| Account | 0000002100303824 | Routing | 056004445 |
| Amount | 80000.00 | OF6 | 0 |
| Post Date | 20051114 | Check | 0000000000 |
| Sequence | 008379760 | Tran | 000020 |

PLEASE PRINT NAME ON REVERSE SIDE





UNITED BANK

DATE 11/14/2005

SIGN HERE FOR CASH RECEIVED

PLEASE INCLUDE YOUR ACCOUNT NUMBER 229500-1354

David Wilmot and Associates Inc.
1010 Vermont Ave NW STE 810
Washington DC 20005-4957

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| PLEASE LIST EACH CHECK SEPARATELY | | |
| | 83,000 | 00 |
| | | |
| | | |
| TOTAL FROM OTHER SIDE | | |
| TOTAL | 83,000 | 00 |
| LESS CASH RECEIVED | | |
| TOTAL DEPOSIT | 83,000 | 00 |

⑆056004445⑆ 229500 1354⑈ 20⑈0008300000⑈

| | | | |
|---|---|---|---|
| Account | 0000002295001354 | Routing | 056004445 |
| Amount | 83000.00 | OF6 | 0 |
| Post Date | 20051114 | Check | 0000000000 |
| Sequence | 008379755 | Tran | 000020 |

# H

HARMON, WILMOT & BROWN, LLP
1010 VERMONT AVENUE, N.W. - SUITE 810
WASHINGTON, DC 20005
(202) 783-9100

15-154/540

5844

Eighty Thousand + xx/100 DOLLARS

| DATE | TO THE ORDER OF | CHECK AMOUNT |
|---|---|---|
| 10/28/05 | David Wilmot Healthcare Systems | 80,000.00 |

TRUST ACCOUNT

BB&T
WASHINGTON, DC

⑈OC 5844⑈ ⑆054001547⑆5160007127⑈ ⑈0008000000⑈

#4183
PKT001
10/31/05
2107911031
>0515-0048-1<
UNITED BANK OF VIRGINIA
210030-5024
For Deposit

HARMON, WILMOT & BROWN, LLP
1010 VERMONT AVENUE, N.W. - SUITE 810
WASHINGTON, DC 20005
(202) 783-9100

15-154/540

5845

Eighty-Five Thousand + xx/100 DOLLARS

TO THE ORDER OF

[date illegible]/05 David Wilmot Healthcare Systems

CHECK AMOUNT 85,000.00

TRUST ACCOUNT

BB&T
WASHINGTON, DC

⑈005845⑈ ⑆054001547⑆ 5160007127⑈ ⑈0008500000⑈

#4183
PKT001
10/31/05

2107911030

>0515-0048-1<
UNITED BANK OF VIRGINIA

I



UNITED BANK
By David Wilmot
Date 10/28/05
PLEASE INCLUDE YOUR ACCOUNT NUMBER 210030-3824
EXCELLENCE IN SERVICE
FC10 (REV. 02/02) CHAPMAN PRINTING CO.

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| PLEASE LIST EACH CHECK SEPARATELY | 80000 | 00 |
| TOTAL | 80,000 | 00 |
| LESS CASH RECEIVED | — | — |
| TOTAL DEPOSIT | 80,000 | 00 |

⑆056004445⑆ 2100303824⑈ 20⑈0008000000⑈

| | | | |
|---|---|---|---|
| Account | 0000002100303824 | Routing | 056004445 |
| Amount | 80000.00 | OF6 | 0 |
| Post Date | 20051028 | Check | 0000000000 |
| Sequence | 008924975 | Tran | 000020 |

965 10/28/2005 11:57:07AM
058
0066 210030-3824 Deposit $80,000.00



HARMON, WILMOT & BROWN, LLP
1010 VERMONT AVENUE, N.W. - SUITE 810
WASHINGTON, DC 20005
(202) 783-9100

5844

PAY Eighty Thousand + xx/100 DOLLARS

DATE 10/28/05 TO THE ORDER OF David Wilmot Healthcare Systems

CHECK AMOUNT 80,000.00

TRUST ACCOUNT

WASHINGTON, DC

⑈005844⑈ ⑆054001547⑆5160007127⑈ ⑈0008000000⑈

| Account | 0000005160007127 | Routing | 054001547 |
|---|---|---|---|
| Amount | 80000.00 | OF6 | 0 |
| Post Date | 20051028 | Check | 0000005844 |
| Sequence | 008924980 | Tran | 000999 |





UNITED BANK

By DAVID WILMOT

Date 10 28 05

PLEASE INCLUDE YOUR ACCOUNT NUMBER 229500-1354

EXCELLENCE IN SERVICE

FC10 (REV 02/02) CHAPMAN PRINTING CO

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| PLEASE LIST EACH CHECK SEPARATELY | 85,000 | 00 |
| TOTAL | 85000 | 00 |
| LESS CASH RECEIVED | | |
| TOTAL DEPOSIT | 85000 | 00 |

⑆056004445⑆ 2295001354⑈ ⑇0008500000⑇

| | | | |
|---|---|---|---|
| Account | 0000002295001354 | Routing | 056004445 |
| Amount | 85000.00 | OF6 | 0 |
| Post Date | 20051028 | Check | 0000000000 |
| Sequence | 008924965 | Tran | 000020 |

965 10/28/2005 11:57:37 AM
058 0067 229500-1354 Deposit $85,000.00



| | | | |
|---|---|---|---|
| Account | 0000005160007127 | Routing | 054001547 |
| Amount | 85000.00 | OF6 | 0 |
| Post Date | 20051028 | Check | 0000005845 |
| Sequence | 008924970 | Tran | 000999 |



J



| Account | 0000002295001354 | Routing | 056004445 |
|---|---|---|---|
| Amount | 8300.00 | OF6 | 0 |
| Post Date | 20051220 | Check | 0000006155 |
| Sequence | 007654350 | Tran | 000090 |

1128802780
12202005
0520-0027-8
ENT=4599 TRC=4599 PK=09

DEC 19 05

BANK OF AMERICA,NA BAL
12/19/05

4110136695

UNITED BANK G ST Fax:202-347-2598 May 2 2006 15:42 P.035

Page 1 of 1

DAVID W. WILMOT AND ASSOCIATES INC.
1010 VERMONT AVE. NW. STE 810
WASHINGTON, DC 20005-4957
6219
DATE 1/27/06
PAY TO THE ORDER OF Sandy Allen
$ 8,300.00
eight thousand three hundred dollars & 00/100 DOLLARS
UNITED BANK
FOR Consultant
⑈006219⑈ ⑆056004445⑆ 2295001354⑈ ⑈0000830000⑈

| Account | 0000002295001354 | Routing | 056004445 |
|---|---|---|---|
| Amount | 8300.00 | OF6 | 0 |
| Post Date | 20060131 | Check | 0000006219 |
| Sequence | 007330900 | Tran | 000090 |

0327908171
01312006
0520-0027-8
ENT=4523 TRC=4523 PK=09

BANK OF AMERICA,NA BAL
01/30/06

https://www.fiservcws.com/1_5/uiView/3ar.aspx 05/02/2006

| | | | |
|---|---|---|---|
| Account | 0000002295001354 | Routing | 056004445 |
| Amount | 8300.00 | OF6 | 0 |
| Post Date | 20060314 | Check | 0000006162 |
| Sequence | 007849785 | Tran | 000090 |



DAVID W. WILMOT AND ASSOCIATES INC.
1010 VERMONT AVE. NW, STE. 810
WASHINGTON, DC 20005-4957
6040
DATE 4/6/06
PAY TO THE ORDER OF Sandy Allen $ 8,300.00
eight thousand three hundred dollars + 00/00 DOLLARS
UNITED BANK
FOR Consultant
⑈006040⑈ ⑆056004445⑆ 2295001354⑈ ⑈0000830000⑈

| Account | 0000002295001354 | Routing | 056004445 |
|---|---|---|---|
| Amount | 8300.00 | OF6 | 0 |
| Post Date | 20060411 | Check | 0000006040 |
| Sequence | 007665835 | Tran | 000090 |

0327129207
04112006
0520-0027-8
ENT=4557 TRC=4557 PK=09

APR 10 05

1053 98541

BANK OF AMERICA,NA BAL
04/10/06
3710050949



| | | | |
|---|---|---|---|
| Account | 0000002295001354 | Routing | 056004445 |
| Amount | 8000.00 | OF6 | 0 |
| Post Date | 20060407 | Check | 0000006165 |
| Sequence | 007310985 | Tran | 000090 |

0521922470
04072006
0520-0027-8
ENT=4556 7RC=6616 PK=09

APR -6 06

3921977073

DAVID W. WILMOT AND ASSOCIATES INC.
1010 VERMONT AVE. NW, STE. 810
WASHINGTON, DC 20005-4907
6161
DATE 3/6/06
PAY TO THE ORDER OF Emerge DC, LLC
$ 5,250.00
Five thousand two hundred & fifty dollars & 00/100
DOLLARS
UNITED BANK
FOR Consultant
⑈006161⑈ ⑆056004445⑆ 229500135 4⑈ ⑈0000525000⑈

| Account | 0000002295001354 | Routing | 056004445 |
|---|---|---|---|
| Amount | 5250.00 | OF6 | 0 |
| Post Date | 20060316 | Check | 0000006161 |
| Sequence | 007247740 | Tran | 000090 |

0623950481
03162006
0520-0027-6
ENT=4527 TRC=4527 PK=09

PAY TO THE ORDER OF
BANK OF AMERICA
WASHINGTON, DC 20003
FOR DEPOSIT ONLY
EMERGE DC, LLC
001921524587



| Account | 0000002295001354 | Routing | 056004445 |
|---|---|---|---|
| Amount | 15000.00 | OF6 | 0 |
| Post Date | 20060130 | Check | 0000006218 |
| Sequence | 008190395 | Tran | 000090 |

0723080049
01302006
0520-0027-8
ENT=4521 TPC=4521 PX=09

PAY TO THE ORDER OF
BANK OF AMERICA
WASHINGTON, DC 20003
FOR DEPOSIT ONLY
EMERGE DC, LLC
001921524567