ATTACHMENT 3

(WOOD DEPOSITION
EXHIBIT #3)



| Account | 0000000047000118 | Routing | 056004445 |
| Amount | 163000.00 | OF6 | 0 |
| Post Date | 20051027 | Check | 0000240433 |
| Sequence | 008704830 | Tran | 000020 |

| Account | 0000002295001354 | Routing | 056004445 |
| Amount | 83000.00 | OF6 | 0 |
| Post Date | 20051027 | Check | 0000000000 |
| Sequence | 008704835 | Tran | 000053 |



| Account | 0000002100303824 | Routing | 056004445 |
| Amount | 80000.00 | OF6 | 0 |
| Post Date | 20051027 | Check | 0000000000 |
| Sequence | 008704840 | Tran | 000053 |





https://www.fiservcws.com/1 5/uiView/3ar.aspx

United Bank0159
5/2/2006



Account    0000002100303824
Amount     80000.00
Post Date  20051028
Sequence   008924975
Routing    056004445
OF6        0
Check      0000000000
Tran       000020



Account    0000005160007127
Amount     80000.00
Post Date  20051028
Sequence   008924980
Routing    054001547
OF6        0
Check      0000005844
Tran       000999



https://www.fiservcws.com/1_5/uiView/3ar.aspx

United Bank0160
5/2/2006

| | | | |
|---|---|---|---|
| Account | 0000002295001354 | Routing | 056004445 |
| Amount | 83000.00 | OF6 | 0 |
| Post Date | 20051114 | Check | 0000000000 |
| Sequence | 008379755 | Tran | 000020 |

| | | | |
|---|---|---|---|
| Account | 0000002100303824 | Routing | 056004445 |
| Amount | 80000.00 | OF6 | 0 |
| Post Date | 20051114 | Check | 0000000000 |
| Sequence | 008379760 | Tran | 000020 |



| | | | |
|---|---|---|---|
| Account | 0000000047000118 | Routing | 056004445 |
| Amount | 163000.00 | OF6 | 0 |
| Post Date | 20051114 | Check | 0000240433 |
| Sequence | 008379765 | Tran | 000090 |

```
                              STATEMENT OF ACCOUNTS
                                 210030-3824            X

                              STATEMENT    PERIOD
                                FROM       THROUGH

                              10-01-05    12-31-05    2

                              PAGE      1 OF      1

      DAVID W WILMOT & ASSOCIATES
      1010 VERMONT AVE NW STE 810
      WASHINGTON DC 20005-4957             0  ENCLOSURES
                                                                5
EMIER SAVINGS                        ACCOUNT:  210030-3824

   PREVIOUS        DEPOSITS/      WITHDRAWALS/        INTEREST         ENDING
ATEMENT BALANCE    CREDITS    3   DEBITS      3        PAID           BALANCE
   115,764.59      178,169.00     140,500.00          159.97         153,593.56

                    ACCOUNT/INTEREST INFORMATION
TEREST PAID THIS YEAR         440.15

                                    DEPOSITS/    CHECKS/
TE  ACTIVITY DESCRIPTION  REFERENCE  CREDITS     DEBITS          BALANCE
-01 BEGINNING BALANCE                                            115,764.59
-27 MISCELLANEOUS DEBIT   05087004840             80,000.00       35,764.59
-28 DEPOSIT               05089204975  80,000.00                 115,764.59
-14 DEPOSIT               05083709760  80,000.00                 195,764.59
-22 SPEC DEP              05083202275  18,169.00
-22 MISCELLANEOUS DEBIT   05083205070                500.00      213,433.59
-16 MISCELLANEOUS DEBIT   05080908040             60,000.00      153,433.59
-30 INTEREST CREDIT                       159.97                 153,593.56
-31 ENDING BALANCE                                               153,593.56
       TELEPHONE:  703-502-7200
```

United Bank 0158

```
                                       STATEMENT OF ACCOUNTS
                                          210030-3824           X

                                       STATEMENT   PERIOD
                                         FROM      THROUGH

                                         1-01-06   3-31-06    2

                                        PAGE     1 OF    1
         DAVID W WILMOT & ASSOCIATES
         1010 VERMONT AVE NW STE 810
         WASHINGTON DC 20005-4957               0   ENCLOSURES
                                                                    5
:EMIER SAVINGS                         ACCOUNT:  210030-3824
```

FOR YOUR CONVENIENCE PIN CHANGE IS AVAILABLE AT UNITED ATMS.

THIS NEW FEATURE ALLOWS UNITED ATM AND CHECK CARD HOLDERS
THE CONVENIENCE AND FLEXIBILITY TO CHANGE YOUR PIN ANY TIME

THIS SERVICE IS NOT AVAILABLE AT UNITED'S OFF-PREMISE ATMS.
ONLY ONE SUCCESSFUL PIN CHANGE ALLOWED IN A 24-HOUR PERIOD.

```
 PREVIOUS       DEPOSITS/      WITHDRAWALS/         INTEREST        ENDING
'ATEMENT BALANCE CREDITS     0  DEBITS      0        PAID          BALANCE
 153,593.56          .00             .00            170.42         153,763.98


                     ACCOUNT/INTEREST INFORMATION
'TEREST PAID THIS YEAR           170.42


                                         DEPOSITS/    CHECKS/
.TE  ACTIVITY DESCRIPTION REFERENCE       CREDITS     DEBITS        BALANCE

.-01 BEGINNING BALANCE                                             153,593.56
;-31 INTEREST CREDIT                       170.42                  153,763.98
;-31 ENDING BALANCE                                                153,763.98
     TELEPHONE:  703-502-7200
```

United Bank0166


## Declaration

I, Erica M. Ownby, give the following declaration pursuant to 28 U.S.C. § 1746:

I am a custodian of records for United Bank.

I am familiar with the records of United Bank, which were produced to the Offices of Cooter, Mangold, Tompert & Karas LLP in response to a subpoena issued by the US District Court for the District of Columbia on April 27, 2006.

With respect to these records:

1. These records are the authentic business records of United Bank.

2. I am familiar with the record keeping system of United Bank.

3. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

4. The records were kept in the course of the regularly conducted activity of United Bank.

5. The record was made by the regularly conducted activity as a regular practice of United Bank.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 3, 2006

*Erica M Ownby*
Erica M. Ownby, Security Officer
United Bank  (703) 653-8432

City/County of Fairfax
State/Commonwealth of Virginia
Acknowledged and Sworn to before me this 3rd day of May, 2006.

*Carisa D. Christian*
(Notary Public)

My Commission Expires: 6/30/08

2071 CHAIN BRIDGE ROAD • VIENNA, VA 22182 • PHONE (703) 502-7100 • (800) 730-6169 • WWW.UNITEDBANKVA.COM

United Bank 0012