ATTACHMENT 4

(WOOD DEPOSITION EXHIBIT #4)

# HARMON, WILMOT & BROWN, L.L.P.
ATTORNEYS AT LAW
1010 VERMONT AVENUE, N.W.
SUITE 810
WASHINGTON, D.C. 20005
TELEPHONE: 1(202)783-9100
FACSIMILE: 1(202)783-9103

DAVID W. WILMOT (D.C.-PA.)
E-MAIL: DWWDC@aol.com

October 26, 2005

United Bank
Attention: Niki
1001 G Street, N.W.
Washington, D.C. 20001

To Whom It May Concern:

I, David W. Wilmot, request that a cashier's check in the amount $163,000.00 be cut in the name of Harold Doley from my accounts in the following manner: $83,000.00 should be taken from account 229500-1354 and $80,000.00 should be taken from account 210030-3824.

Maria Wood, my Executive Assistant, will arrange for the cashier's check to be picked up. Thank you for your assistance with this request.

Sincerely,

David W. Wilmot

DWW/maw

EXHIBIT
4
WOOD