ATTACHMENT 5

(WOOD DEPOSITION EXHIBIT #5)

**SEQUOIA NATIONAL BANK**
☑ Maryland  ☐ Washington, D.C.

*Replaces*
*(210030201)*

SIGNATURE 1 [signature] / SIGNATURE 2 _____

PRINT OR TYPE NAME(S) _____

SIGNATURE 3 _____ / SIGNATURE 4 _____

PRINT OR TYPE NAME(S) _____

**OWNERSHIP** (see terms below and for Custodian, Trust, Corporation/Organization, on back):
**TYPE OF ACCOUNT:**

☐ PERSONAL
- ☐ INDIVIDUAL
- ☐ JOINT, One Signature (OR)
- ☐ JOINT, Both Signatures (AND)
  (Not available for checking accounts)
- ☐ CUSTODIAN, MD. UNIFORM GIFTS TO MINORS ACT (CUST)
- ☐ TRUST (TR-F)
- ☐ FIDUCIARY
- ☐ SOLE PROPRIETORY

☐ NON-PERSONAL
- ☐ NONPROFIT ORGANIZATION
- ☐ CORPORATION
- ☐ PARTNERSHIP/ UNINC. ORG.
- ☐ 2 SIGNATURES REQUIRED FOR WITHDRAWAL
  (Not available for checking accounts)

**NAME OR TITLE OF ACCOUNT AND ADDRESS**
1. DAVID WILMOT + Associates
2. 1653 Kalmia Road N.W
3. 
4. Washington    DC

TAX ID _____
Home #: _____
Work #: _____
Employed By: _____
Referred By: _____

Opened By: TCH    Branch: TCH    Date: 5/18/99

ACCOUNT NO.: 2295 001354    SHORT NAME: _____

By my (our) signature(s) above, I (we) apply for an account in Sequoia National Bank in accordance with provisions and in the form provided for on the face and (if applicable) reverse side hereof, subject to the Charter, By-laws, rules, regulations and laws governing Sequoia and to the rules of the class governing such account.

**GENERAL TERMS APPLICABLE TO ALL ACCOUNT OWNERSHIPS:** Subject to the specific terms applicable to my (our) account, Sequoia may act without further inquiry in accordance with writings bearing my (our) signature(s), specimens of which are shown above. Sequoia is authorized to accept for deposit to this account checks and other instruments payable to any one or more of the account owners, and to supply any needed endorsement. Sequoia is relieved of any liability regarding collection of all such items handled by Sequoia without negligence and Sequoia will not be liable for acts of its agents, subagents, or others for any casualty. Withdrawals may not be made on such items deposited to this account until collected. Any amount not collected plus any expenses incurred regarding this account may be charged back to this account or to any account at Sequoia held in the name of the account owner(s).

**SPECIFIC TERMS APPLICABLE TO THE FOLLOWING ACCOUNT OWNERSHIPS:**
**Joint, One Signature:** As joint tenants with right of survivorship, we direct Sequoia to act without inquiry pursuant to writings bearing any one or more of our signatures, and to pay to any one of the survivor(s) at any time. Any funds placed in or added to the account by any one of us are and shall be conclusively intended to be a gift and delivery at that time of such funds to the other tenant signer(s) to the extent of his (their) pro rata interest in the account.

**Joint, Both Signatures:** As joint tenants with right of survivorship, we direct Sequoia to act without inquiry pursuant to writings bearing our signatures, it being agreed that both of our signatures are required in all matters regarding the account. Upon the death of one of us, Sequoia may act, without incurring liability, pursuant to writings bearing the signature of the survivor. Any funds placed in or added to the account by one of us are and shall be conclusively intended to be a gift and delivery at that time of such funds to the other tenant signer to the extent of his pro rata interest in the account.

**Trust:** As trustee(s), I (we) agree that any funds placed in or added to this account are conclusively intended to be a gift and delivery at that time to the trust estate. If co-trustees, we direct Sequoia to act pursuant to writings bearing any one or more of our signatures, and to pay without any liability to any one or the survivor of the trustees at any time. As trustee(s) I (we) also direct Sequoia to pay on the signature of a duly appointed successor trustee.

**BACKUP WITHHOLDING**
Under the penalties of perjury, the above signed "Depositor" (whether one or more than one), as or on behalf of the account owner(s), certifies that (1) the tax I.D. number shown above is true, correct, and complete, and (2) unless this box is checked, ☐ Depositor is not subject to backup withholding under Section 3406(a)(1)(C) of the Internal Revenue Code. Depositor acknowledges (1) receipt of a copy of a statement regarding backup withholding provisions and (2) receipt of and agreement to the terms and conditions of this account.


EXHIBIT 5


PLAINTIFFS EXHIBIT 05
CA 1:06cv00092

United Bank0174



| Account | 0000000047000118 | Routing | 056004445 |
| --- | --- | --- | --- |
| Amount | 163000.00 | OF6 | 0 |
| Post Date | 20051027 | Check | 0000240433 |
| Sequence | 008704830 | Tran | 000020 |

| Account | 0000002295001354 | Routing | 056004445 |
| --- | --- | --- | --- |
| Amount | 83000.00 | OF6 | 0 |
| Post Date | 20051027 | Check | 0000000000 |
| Sequence | 008704835 | Tran | 000053 |



| Account | 0000002100303824 | Routing | 056004445 |
| --- | --- | --- | --- |
| Amount | 80000.00 | OF6 | 0 |
| Post Date | 20051027 | Check | 0000000000 |
| Sequence | 008704840 | Tran | 000053 |



| | | | |
|---|---|---|---|
| Account | 0000002295001354 |
| Amount | 85000.00 |
| Post Date | 20051028 |
| Sequence | 008924965 |
| Routing | 056004445 |
| OF6 | 0 |
| Check | 0000000000 |
| Tran | 000020 |



| | |
|---|---|
| Account | 0000005160007127 |
| Amount | 85000.00 |
| Post Date | 20051028 |
| Sequence | 008924970 |
| Routing | 054001547 |
| OF6 | 0 |
| Check | 0000005845 |
| Tran | 000999 |

| Account | 0000002295001354 | Routing | 056004445 |
| --- | --- | --- | --- |
| Amount | 83000.00 | OF6 | 0 |
| Post Date | 20051114 | Check | 0000000000 |
| Sequence | 008379755 | Tran | 000020 |

| Account | 0000002100303824 | Routing | 056004445 |
| --- | --- | --- | --- |
| Amount | 80000.00 | OF6 | 0 |
| Post Date | 20051114 | Check | 0000000000 |
| Sequence | 008379760 | Tran | 000020 |



| Account | 0000000047000118 | Routing | 056004445 |
| --- | --- | --- | --- |
| Amount | 163000.00 | OF6 | 0 |
| Post Date | 20051114 | Check | 0000240433 |
| Sequence | 008379765 | Tran | 000090 |

https://www.fiservcws.com/1_5/uiView/3ar.aspx

United Bank0209
5/2/2006

STATEMENT OF ACCOUNTS

229500-1354                    X

STATEMENT   PERIOD
  FROM      THROUGH

10-01-05   10-31-05    0

PAGE    1 OF   2

DAVID W WILMOT
AND ASSOCIATES INC
1010 VERMONT AVE NW STE 810           36   ENCLOSURES
WASHINGTON DC 20005-4957
                                                        0
 MMERCIAL CHECKING                ACCOUNT:  229500-1354

| PREVIOUS<br>ATEMENT BALANCE | DEPOSITS/<br>CREDITS  3 | CHECKS/<br>DEBITS  38 | SERVICE<br>FEES | ENDING<br>BALANCE |
|---|---|---|---|---|
| 103,938.98 | 140,183.37 | 114,068.19 | .00 | 130,054.16 |

| TE | ACTIVITY DESCRIPTION | REFERENCE | DEPOSITS/<br>CREDITS | CHECKS/<br>DEBITS | BALANCE |
|---|---|---|---|---|---|
| )-01 | BEGINNING BALANCE | | | | 103,938.98 |
| )-04 | CHECK  6118 | 05076606570 | | 2,150.25 | |
| )-04 | CHECK  6117 | 05076107675 | | 239.24 | |
| )-04 | CHECK  6115 | 05076101655 | | 37.64 | 101,511.85 |
| )-05 | CHECK  6116 | 05078609245 | | 3,500.00 | |
| )-05 | CHECK  6119 | 05078609230 | | 1,999.22 | |
| )-05 | CHECK  6111 | 05089005755 | | 1,402.50 | 94,610.13 |
| )-06 | CHECK  6113 | 05081806820 | | 30.00 | |
| )-06 | CHECK  6114 | 05082206045 | | 22.10 | 94,558.03 |
| )-11 | CHECK  6125 | 05083403510 | | 1,607.49 | |
| )-11 | CHECK  6039 | 05083600460 | | 500.00 | |
| )-11 | CHECK  6120 | 05083709835 | | 123.00 | |
| )-11 | CHECK  6110 | 05072908825 | | 82.81 | 92,244.73 |
| )-12 | DEPOSIT | 05088004670 | 30,183.37 | | |
| )-12 | CHECK  1055 | 05088004705 | | 1,921.17 | |
| )-12 | CHECK  1064 | 05088004710 | | 1,921.17 | 118,585.76 |
| )-   | ECK   6109 | 05073302225 | | 700.00 | |
| )-   | ECK   6124 | 05074306560 | | 36.00 | |
| )-13 | CHECK  6121 | 05074005635 | | 25.00 | |
| )-13 | CHECK  6123 | 05073802485 | | 22.10 | 117,802.66 |
| )-14 | METLIFE PAYMENT | 00077900000 | | 190.40 | |
| | 051014 20003041863 | | | | 117,612.26 |
| )-17 | CHECK  6122 | 05082300730 | | 22.00 | 117,590.26 |
| )-18 | CHECK  6126 | 05078904495 | | 371.73 | |
| )-18 | JOHN HANCOCK USA | 00077900000 | | 282.00 | |
| | INS PAYMT 525526 | | | | 116,936.53 |
| )-20 | CHECK  6099 | 05087104060 | | 1,000.00 | 115,936.53 |
| )-21 | DEPOSIT | 05081909120 | 25,000.00 | | |
| )-21 | CASH CK | 05081909260 | | 500.00 | |
| )-21 | CHECK  1070 | 05081909155 | | 1,921.17 | |
| )-21 | CHECK  1068 | 05081909160 | | 1,921.17 | 136,594.19 |
| )-25 | CHECK  6132 | 05084306390 | | 260.00 | |
| )-25 | CHECK  6136 | 05072506420 | | 45.00 | 136,289.19 |
| )-26 | CHECK  6135 | 05074303490 | | 609.96 | |
| )-26 | CHECK  6131 | 05074408940 | | 85.00 | |
| )-26 | CHECK  6137 | 05074305160 | | 60.00 | |
| )-26 | CHECK  6127 | 05074303940 | | 15.15 | 135,519.08 |
| )-27 | MISCELLANEOUS DEBIT | 05087004835 | | 83,000.00 | |
| )-27 | CHECK  6133 | 05086101605 | | 500.00 | |
| )-27 | CHECK  6138 | 05086308380 | | 200.00 | 51,819.08 |
| | TELEPHONE:  703-502-7200 | | | | |

United Bank0175

```
                                     STATEMENT OF ACCOUNTS

                                        229500-1354         X

                                     STATEMENT    PERIOD
                                       FROM       THROUGH

                                     10-01-05    10-31-05    0

                                     PAGE    2 OF    2

         DAVID W WILMOT
         AND ASSOCIATES INC
         1010 VERMONT AVE NW STE 810              36   ENCLOSURES
         WASHINGTON DC 20005-4957
                                                                    0
)MMERCIAL CHECKING                       ACCOUNT:   229500-1354

                                  DEPOSITS/    CHECKS/
\TE   ACTIVITY DESCRIPTION REFERENCE   CREDITS     DEBITS         BALANCE

)-28  DEPOSIT              05089204965  85,000.00
)-28  CHECK        6129    05088200580              4,000.00
)-28  CHECK        6128    05088200585              2,282.72
)-28  CHECK        6130    05075509275                482.20    130,054.16
)-31  ENDING BALANCE                                            130,054.16

                              CHECK SUMMARY
                       * INDICATES SKIP IN CHECK NUMBERS

   CHECK NO          AMOUNT        CHECK NO          AMOUNT
                      500.00         6121             25.00
      1055          1,921.17         6122             22.00
      1064*         1,921.17         6123             22.10
      1068*         1,921.17         6124             36.00
      1070*         1,921.17         6125          1,607.49
      6039*           500.00         6126            371.73
      6099*         1,000.00         6127             15.15
      6109*           700.00         6128          2,282.72
      6110             82.81         6129          4,000.00
      6111          1,402.50         6130            482.20
      6113*            30.00         6131             85.00
      6114             22.10         6132            260.00
      6115             37.64         6133            500.00
      6116          3,500.00         6135*           609.96
      6117            239.24         6136             45.00
      6118          2,150.25         6137             60.00
      6119          1,999.22         6138            200.00
      6120            123.00
)TAL NUMBER OF CHECKS    35     TOTAL AMOUNT OF CHECKS    30,595.79

:RVICE FEE BALANCE INFORMATION FROM 10-01-05 THROUGH 10-31-05
/ERAGE LEDGER BALANCE       113,542.57  AVERAGE COLLECTED BALANCE  101,917.79
:NIMUM LEDGER BALANCE        51,819.08  MINIMUM COLLECTED BALANCE   45,054.16
/G. INVESTABLE BALANCE      101,917.79
```

United Bank 0189

```
                                       STATEMENT OF ACCOUNTS

                                              229500-1354            X

                                          STATEMENT   PERIOD
                                            FROM      THROUGH

                                          11-01-05   11-30-05     0

                                          PAGE      1 OF    2

            DAVID W WILMOT
            AND ASSOCIATES INC
            1010 VERMONT AVE NW STE 810                  29  ENCLOSURES
            WASHINGTON DC 20005-4957
                                                                       0
MMERCIAL CHECKING                           ACCOUNT:  229500-1354

   PREVIOUS       DEPOSITS/         CHECKS/          SERVICE         ENDING
ATEMENT BALANCE   CREDITS    4      DEBITS    33     FEES            BALANCE
   130,054.16     122,000.00        33,081.94        .00             218,972.22


                                    DEPOSITS/    CHECKS/
TE  ACTIVITY DESCRIPTION REFERENCE  CREDITS      DEBITS       BALANCE

-01 BEGINNING BALANCE                                         130,054.16
-01 WIRE TRANSFER-OUT    90077600188              6,500.00
-01 MISCELLANEOUS DEBIT  05083403140              2,500.00    121,054.16
-03 CHECK         6149   05087405630                767.06    120,287.10
-04 CHECK         6139   05078003605              1,750.00
-04 CHECK         6147   05077908355                 78.80
-04 CHECK         6142   05077908270                 55.03    118,403.27
-07 CHECK         6143   05082401815              1,402.50
-07 CHECK         6108   05082901655                500.00
-07 CHECK         6148   05082303940                160.95
-07 CHECK         6141   05082305385                 37.64    116,302.18
-08 CHECK         6146   05078804600              3,000.00
-08 CHECK         6140   05078804360              2,500.00
-08 CHECK         6144   05087100455                500.00
-08 CHECK BOOK FEE       00077900000                 93.90
-08 CHECK         6145   05084509910                 53.92    110,154.36
-1    POSIT             05083709755    83,000.00
-1    POSIT             05083208605    21,000.00
-14 DEPOSIT              05083208630     5,000.00
-14 METLIFE PAYMENT      00077900000                190.40
    051114 20003041863
-14 CHECK         6134   05071101360                 59.86    218,904.10
-15 DEPOSIT              05073700870    13,000.00
-15 CHECK         1072   05073700845              1,921.17
-15 CHECK         1074   05073700865              1,921.17
-15 MISCELLANEOUS DEBIT  05073609860                500.00    227,561.76
-17 JOHN HANCOCK USA     00077900000                282.00
    INS PAYMT 525526                                          227,279.76
-18 CHECK         6150   05076906440                388.00    226,891.76
-21 CHECK         6171   05077805050              5,000.00
-21 CHECK         6172   05077503825                 90.79
-21 CHECK         6170   05077507905                 85.00
-21 CHECK         6169   05077504480                 61.36
-21 CHECK         6175   05077503745                 57.09    221,597.52
-22 CHECK         6166   05078403700                 45.00    221,552.52
-23 CHECK         6151   05070505925                526.92
-23 CHECK         6173   05070508665                371.73    220,653.87
-25 CHECK         6176   05071006130                600.00    220,053.87
-28 CHECK         6167   05072204230                500.00    219,553.87
-29 CHECK         6168   05072908575                581.65    218,972.22
        TELEPHONE:  703-502-7200
```

United Bank 0194

STATEMENT OF ACCOUNTS

229500-1354                X

| STATEMENT | PERIOD |
|---|---|
| FROM | THROUGH |
| 11-01-05 | 11-30-05    0 |

PAGE    2 OF    2

DAVID W WILMOT
AND ASSOCIATES INC
1010 VERMONT AVE NW STE 810          29  ENCLOSURES
WASHINGTON DC 20005-4957

0

MMERCIAL CHECKING                          ACCOUNT:  229500-1354

| TE ACTIVITY DESCRIPTION REFERENCE | DEPOSITS/ CREDITS | CHECKS/ DEBITS | BALANCE |
|---|---|---|---|
| -30 ENDING BALANCE | | | 218,972.22 |

CHECK SUMMARY
* INDICATES SKIP IN CHECK NUMBERS

| CHECK NO | AMOUNT | CHECK NO | AMOUNT |
|---|---|---|---|
| 1072 | 1,921.17 | 6149 | 767.06 |
| 1074* | 1,921.17 | 6150 | 388.00 |
| 6108* | 500.00 | 6151 | 526.92 |
| 6134* | 59.86 | 6166* | 45.00 |
| 6139* | 1,750.00 | 6167 | 500.00 |
| 6140 | 2,500.00 | 6168 | 581.65 |
| 6141 | 37.64 | 6169 | 61.36 |
| 6142 | 55.03 | 6170 | 85.00 |
| 6143 | 1,402.50 | 6171 | 5,000.00 |
| 6144 | 500.00 | 6172 | 90.79 |
| 6145 | 53.92 | 6173 | 371.73 |
| 6146 | 3,000.00 | 6175* | 57.09 |
| 6147 | 78.80 | 6176 | 600.00 |
| 6148 | 160.95 | | |

)T   MBER OF CHECKS         27    TOTAL AMOUNT OF CHECKS      23,015.64

RVICE FEE BALANCE INFORMATION FROM 11-01-05 THROUGH 11-30-05
ERAGE LEDGER BALANCE      175,964.46  AVERAGE COLLECTED BALANCE   174,297.80
NIMUM LEDGER BALANCE      110,154.36  MINIMUM COLLECTED BALANCE   110,154.36
G. INVESTABLE BALANCE     174,297.80

United Bank 0229

```
                              STATEMENT OF ACCOUNTS
                                 229500-1354              X

                              STATEMENT    PERIOD
                                FROM       THROUGH

                              12-01-05    12-31-05      0

                                 PAGE     1 OF     2

         DAVID W WILMOT
         AND ASSOCIATES INC
         1010 VERMONT AVE NW STE 810           33  ENCLOSURES
         WASHINGTON DC 20005-4957
                                                              0
MMERCIAL CHECKING                        ACCOUNT:  229500-1354

   PREVIOUS       DEPOSITS/      CHECKS/         SERVICE           ENDING
'ATEMENT BALANCE  CREDITS    2   DEBITS    37     FEES            BALANCE
    218,972.22    20,671.16      119,939.36       .00            119,704.02


                                    DEPOSITS/    CHECKS/
,TE  ACTIVITY DESCRIPTION REFERENCE  CREDITS     DEBITS           BALANCE

:-01 BEGINNING BALANCE                                           218,972.22
:-02 WIRE TRANSFER-OUT    90077600228              6,500.00
:-02 MISCELLANEOUS DEBIT  05074705325              2,500.00
:-02 CHECK          1076  05074705315              1,921.17
:-02 MISCELLANEOUS DEBIT  05074705305              1,000.00      207,051.05
:-06 CHECK          6154  05075706560              3,580.00      203,471.05
:-07 CHECK          6183  05077208245              2,500.00
:-07 CHECK          6177  05087206575              1,902.50
:-07 CHECK          6186  05087108555                387.90
:-07 CHECK          6185  05086603680                260.00
:-07 CHECK          6181  05077305475                 45.68
:-07 CHECK          6184  05086509840                 37.64
:-07 CHECK          6179  05077207970                  1.25      198,336.08
:-08 CHECK          6180  05070000065              2,500.00
:-08 CHECK          6182  05088002705                 53.92      195,782.16
:-13 CHECK          6178  05072901300                 34.90      195,747.26
:-     IECK         6158  05085407715              1,656.16
:-     IECK         6156  05085002510              1,000.00
:-14 METLIFE PAYMENT                                 190.40
      051214 20003041863  00077900000
                                                                 192,900.70
:-16 MISCELLANEOUS DEBIT  05080908035             60,000.00
:-16 CHECK          6152  05088800475                844.50      132,056.20
:-19 DEPOSIT              05083409595   17,171.16
:-19 CHECK          1078  05083409620              1,921.17
:-19 JOHN HANCOCK USA     00077900000                282.00
      INS PAYMT 525526                                           147,024.19
:-20 CHECK          6155  05076504350              8,300.00
:-20 CHECK          6153  05075608145                 75.00      138,649.19
:-22 DEPOSIT              05070107550    3,500.00
:-22 CASH CK              05070107265              1,000.00
:-22 CHECK          6190  05085603720              5,000.00
:-22 CHECK          6188  05085601570              1,121.70
:-22 CHECK          6195  05070105110                 85.00
:-22 CHECK          6194  05070000150                 45.00      134,897.49
:-23 CHECK          6193  05086104090                 81.88
:-23 CHECK          6192  05086104085                 61.59      134,754.02
:-27 CHECK          6187  05074108470              3,500.00
:-27 CHECK          6189  05087007335                 50.00      131,204.02
:-29 CHECK          6160  05078203385              1,500.00      129,704.02
:-30 WIRE TRANSFER-OUT    90077600006              6,500.00
       TELEPHONE:   703-502-7200
```

United Bank 0230

STATEMENT OF ACCOUNTS

229500-1354                X

| STATEMENT | PERIOD |
|---|---|
| FROM | THROUGH |
| 12-01-05 | 12-31-05   0 |

PAGE    2 OF    2

DAVID W WILMOT
AND ASSOCIATES INC
1010 VERMONT AVE NW STE 810          33   ENCLOSURES
WASHINGTON DC 20005-4957

                                                                    0

OMMERCIAL CHECKING                    ACCOUNT:  229500-1354

| ATE | ACTIVITY DESCRIPTION | REFERENCE | DEPOSITS/ CREDITS | CHECKS/ DEBITS | BALANCE |
|---|---|---|---|---|---|
| 2-30 | MISCELLANEOUS DEBIT | 05072002325 | | 2,500.00 | |
| 2-30 | CHECK         6191 | 05070000650 | | 1,000.00 | 119,704.02 |
| 2-31 | ENDING BALANCE | | | | 119,704.02 |

CHECK SUMMARY
* INDICATES SKIP IN CHECK NUMBERS

| CHECK NO | AMOUNT | CHECK NO | AMOUNT |
|---|---|---|---|
| | 1,000.00 | 6182 | 53.92 |
| 1076 | 1,921.17 | 6183 | 2,500.00 |
| 1078* | 1,921.17 | 6184 | 37.64 |
| 6152* | 844.50 | 6185 | 260.00 |
| 6153 | 75.00 | 6186 | 387.90 |
| 6154 | 3,580.00 | 6187 | 3,500.00 |
| 6155 | 8,300.00 | 6188 | 1,121.70 |
| 6156 | 1,000.00 | 6189 | 50.00 |
| 6158* | 1,656.16 | 6190 | 5,000.00 |
| 6160* | 1,500.00 | 6191 | 1,000.00 |
| 6177* | 1,902.50 | 6192 | 61.59 |
| 6178 | 34.90 | 6193 | 81.88 |
| 6179 | 1.25 | 6194 | 45.00 |
| 6180 | 2,500.00 | 6195 | 85.00 |
| 6181 | 45.68 | | |
| OTAL NUMBER OF CHECKS | 29 | TOTAL AMOUNT OF CHECKS | 40,466.96 |

ERVICE FEE BALANCE INFORMATION FROM 12-01-05 THROUGH 12-31-05
VERAGE LEDGER BALANCE        165,657.03  AVERAGE COLLECTED BALANCE   164,990.22
INIMUM LEDGER BALANCE        119,704.02  MINIMUM COLLECTED BALANCE   119,704.02
VG. INVESTABLE BALANCE       164,990.22

United Bank0266

```
                              STATEMENT OF ACCOUNTS
                                  229500-1354              X

                              STATEMENT       PERIOD
                                 FROM         THROUGH

                               1-01-06        1-31-06        0

                              PAGE       1 OF       2

        DAVID W WILMOT
        AND ASSOCIATES INC
        1010 VERMONT AVE NW STE 810           26   ENCLOSURES
        WASHINGTON DC 20005-4957
                                                                  0
)MMERCIAL CHECKING                      ACCOUNT:   229500-1354

      IF YOU PLAN TO TRAVEL OUTSIDE THE UNITED STATES AND USE YOUR
      UNITED CHECK CARD, PLEASE CONTACT THE TELEPHONE NUMBER ON
      THE BACK OF YOUR CARD (1-800-7-CHECK-9).  CARD USAGE IN SOME
      FOREIGN COUNTRIES MAY BE BLOCKED FOR SECURITY REASONS.

   PREVIOUS       DEPOSITS/         CHECKS/          SERVICE          ENDING
'ATEMENT BALANCE  CREDITS    1      DEBITS    28     FEES             BALANCE
    119,704.02         55,000.00        44,771.57      .00          129,932.45

                                          DEPOSITS/      CHECKS/
ITE  ACTIVITY DESCRIPTION  REFERENCE        CREDITS       DEBITS       BALANCE

L-01 BEGINNING BALANCE                                                119,704.02
L-10 CHECK             6198   05073702925               1,358.95
L-10 CHECK             6197   05074008220                 555.74
L-10 CHECK             6201   05074306150                 448.35
L-10 CHECK             6196   05073704610                  62.24      117,278.74
L-12 CHECK             1080   05088101285               1,921.17
L-12 CHECK             6199   05087400590                 902.50
L-12 CHECK             6200   05087804845                  37.64      114,417.43
L-17 DEPOSIT                  05070308835    55,000.00
L-17 METLIFE PAYMENT          00077900000                 190.40
      .0117 20003041863                                               169,227.03
L-    JHN HANCOCK USA         00077900000                 282.00
      INS PAYMT 525526                                                168,945.03
L-24 CHECK             6212   05077700700               4,000.00
L-24 CHECK             6210   05077807470                 590.07
L-24 CHECK             6205   05077704615                 124.23      164,230.73
L-25 CHECK             6214   05070302120                 517.36
L-25 CHECK             6215   05086604515                  85.00      163,628.37
L-26 CHECK             6213   05086608660               5,000.00
L-26 CHECK             6207   05072502520                 722.02
L-26 CHECK             6216   05086609775                  82.42
L-26 CHECK             6206   05072203895                  45.00
L-26 CHECK             6211   05072402590                  42.15      157,736.78
L-27 CHECK             6208   05088804645                 206.21
L-27 CHECK             6209   05088402370                  20.83      157,509.74
L-30 CASH CK           1079   05082107880               1,000.00
L-30 CASH CK           1077   05082107885               1,000.00
L-30 CHECK             6218   05081900395              15,000.00
L-30 CHECK             1081   05082109055               1,942.29
L-30 CHECK             6159   05081503290                 200.00      138,367.45
.-31 CHECK             6219   05073300900               8,300.00
.-31 CHECK             6220   05073401010                 135.00      129,932.45
.-31 ENDING BALANCE                                                   129,932.45
      TELEPHONE:   703-502-7200
```

United Bank 0269

```
                              STATEMENT OF ACCOUNTS
                                 229500-1354              X

                              STATEMENT    PERIOD
                                FROM       THROUGH

                               1-01-06     1-31-06     0

                              PAGE      2 OF     2
        DAVID W WILMOT
        AND ASSOCIATES INC
        1010 VERMONT AVE NW STE 810        26   ENCLOSURES
        WASHINGTON DC 20005-4957
                                                                0
MMERCIAL CHECKING                        ACCOUNT:  229500-1354


                     CHECK SUMMARY
              * INDICATES SKIP IN CHECK NUMBERS

 CHECK NO           AMOUNT          CHECK NO           AMOUNT
    1077          1,000.00             6207            722.02
    1079*         1,000.00             6208            206.21
    1080          1,921.17             6209             20.83
    1081          1,942.29             6210            590.07
    6159*           200.00             6211             42.15
    6196*            62.24             6212          4,000.00
    6197            555.74             6213          5,000.00
    6198          1,358.95             6214            517.36
    6199            902.50             6215             85.00
    6200             37.64             6216             82.42
    6201            448.35             6218*        15,000.00
    6205*           124.23             6219          8,300.00
    6206             45.00             6220            135.00
TAL NUMBER OF CHECKS    26     TOTAL AMOUNT OF CHECKS  44,299.17


RVICE FEE BALANCE INFORMATION FROM  1-01-06 THROUGH  1-31-06
ERAGE LEDGER BALANCE       138,493.65  AVERAGE COLLECTED BALANCE    136,396.87
NIMUM LEDGER BALANCE       114,417.43  MINIMUM COLLECTED BALANCE    114,227.03
G.    STABLE BALANCE       136,396.87
```

United Bank 8297

STATEMENT OF ACCOUNTS

229500-1354                    X

STATEMENT   PERIOD
   FROM     THROUGH

2-01-06    2-28-06    0

PAGE    1 OF    2

DAVID W WILMOT
AND ASSOCIATES INC
1010 VERMONT AVE NW STE 810           29   ENCLOSURES
WASHINGTON DC 20005-4957
                                                           0
MMERCIAL CHECKING                 ACCOUNT:  229500-1354

IF YOU PLAN TO TRAVEL OUTSIDE THE UNITED STATES AND USE YOUR
UNITED CHECK CARD, PLEASE CONTACT THE TELEPHONE NUMBER ON
THE BACK OF YOUR CARD (1-800-7-CHECK-9).  CARD USAGE IN SOME
FOREIGN COUNTRIES MAY BE BLOCKED FOR SECURITY REASONS.

| PREVIOUS | DEPOSITS/ | | CHECKS/ | | SERVICE | ENDING |
|---|---|---|---|---|---|---|
| ATEMENT BALANCE | CREDITS | 2 | DEBITS | 32 | FEES | BALANCE |
| 129,932.45 | 31,250.00 | | 24,404.35 | | .00 | 136,778.10 |

| TE | ACTIVITY DESCRIPTION | REFERENCE | | DEPOSITS/ CREDITS | CHECKS/ DEBITS | BALANCE |
|---|---|---|---|---|---|---|
| -01 | BEGINNING BALANCE | | | | | 129,932.45 |
| -01 | WIRE TRANSFER-OUT | 90077600009 | | | 6,500.00 | 123,432.45 |
| -02 | MISCELLANEOUS DEBIT | 05080602210 | | | 2,500.00 | 120,932.45 |
| -03 | CHECK | 6112 | 05074400295 | | 50.00 | 120,882.45 |
| -06 | CHECK | 6217 | 05075308055 | | 473.11 | 120,409.34 |
| -09 | CHECK | 6221 | 05084202755 | | 1,402.50 | 119,006.84 |
| -10 | CHECK | 6227 | 05074900145 | | 615.08 | |
| -10 | CHECK | 6226 | 05074807645 | | 280.00 | |
| -10 | CHECK | 6225 | 05074609810 | | 47.90 | |
| -10 | CHECK | 6224 | 05075006020 | | 25.00 | 118,038.86 |
| -1  | CK | 6222 | 05075501870 | | 700.00 | |
| -1. | CK | 6229 | 05086802925 | | 150.00 | 117,188.86 |
| -14 | METLIFE PAYMENT | 00077900000 | | | 190.40 | |
|     | 060214 20003041863 | | | | | |
| -14 | CHECK | 6228 | 05080508700 | | 53.92 | |
| -14 | CHECK | 6223 | 05080508015 | | 37.64 | 116,906.90 |
| -16 | DEPOSIT | | 05082209975 | 24,250.00 | | |
| -16 | CHECK | 1082 | 05082209955 | | 1,942.29 | 139,214.61 |
| -17 | JOHN HANCOCK USA | 00077900000 | | | 282.00 | |
|     | INS PAYMT 525526 | | | | | 138,932.61 |
| -23 | CHECK | 6240 | 05074504520 | | 45.00 | 138,887.61 |
| -24 | CHECK | 6245 | 05077209155 | | 750.00 | |
| -24 | CHECK | 6237 | 05076805525 | | 85.00 | |
| -24 | CHECK | 6238 | 05076900080 | | 62.92 | |
| -24 | CHECK | 6242 | 05076907500 | | 47.90 | |
| -24 | CHECK | 6246 | 05077107950 | | 35.00 | 137,906.79 |
| -27 | DEPOSIT | | 05071208005 | 7,000.00 | | |
| -27 | CHECK | 6235 | 05070701525 | | 3,000.00 | |
| -27 | CHECK | 1084 | 05071208020 | | 1,942.29 | |
| -27 | CHECK | 6232 | 05070806780 | | 948.94 | |
| -27 | CHECK | 6230 | 05070503100 | | 577.00 | |
| -27 | CHECK | 6202 | 05070409490 | | 500.00 | |
| -27 | CHECK | 6233 | 05070402645 | | 45.68 | |
| -27 | CHECK | 6236 | 05071003100 | | 6.94 | 137,885.94 |
|     | TELEPHONE: | 703-502-7200 | | | | |

United Bank 0298

```
                              STATEMENT OF ACCOUNTS

                              229500-1354              X

                              STATEMENT     PERIOD
                                 FROM       THROUGH

                               2-01-06      2-28-06     0

                              PAGE     2 OF     2

        DAVID W WILMOT
        AND ASSOCIATES INC
        1010 VERMONT AVE NW STE 810            29  ENCLOSURES
        WASHINGTON DC 20005-4957
                                                                        0
MMERCIAL CHECKING                         ACCOUNT:   229500-1354

                                    DEPOSITS/    CHECKS/
TE  ACTIVITY DESCRIPTION  REFERENCE   CREDITS    DEBITS        BALANCE

-28 CHECK            6231  05074603785           1,000.00
-28 CHECK            6241  05073302040              53.92
-28 CHECK            6243  05073302045              53.92    136,778.10
-28 ENDING BALANCE                                           136,778.10


                              CHECK SUMMARY
                     * INDICATES SKIP IN CHECK NUMBERS

 CHECK NO           AMOUNT          CHECK NO           AMOUNT
    1082         1,942.29              6230            577.00
    1084*        1,942.29              6231          1,000.00
    6112*           50.00              6232            948.94
    6202*          500.00              6233             45.68
    6217*          473.11              6235*         3,000.00
    6221*        1,402.50              6236              6.94
    6222           700.00              6237             85.00
    6223            37.64              6238             62.92
    6224            25.00              6240*            45.00
    6225            47.90              6241             53.92
    6226           280.00              6242             47.90
    5227           615.08              6243             53.92
     228            53.92              6245*           750.00
    6229           150.00              6246             35.00
TAL NUMBER OF CHECKS    28     TOTAL AMOUNT OF CHECKS    14,931.95


RVICE FEE BALANCE INFORMATION FROM  2-01-06 THROUGH  2-28-06
ERAGE LEDGER BALANCE       128,301.74   AVERAGE COLLECTED BALANCE    126,471.38
NIMUM LEDGER BALANCE       116,906.90   MINIMUM COLLECTED BALANCE    114,964.61
G. INVESTABLE BALANCE      126,471.38
```

United Bank 0328

```
                              STATEMENT OF ACCOUNTS
                              229500-1354              X

                              STATEMENT    PERIOD
                                FROM       THROUGH

                              3-01-06      3-31-06    0

                              PAGE     1 OF     2
        DAVID W WILMOT
        AND ASSOCIATES INC
        1010 VERMONT AVE NW STE 810        35   ENCLOSURES
        WASHINGTON DC 20005-4957
                                                                    0
)MMERCIAL CHECKING              ACCOUNT:  229500-1354
```

FOR YOUR CONVENIENCE PIN CHANGE IS AVAILABLE AT UNITED ATMS.

THIS NEW FEATURE ALLOWS UNITED ATM AND CHECK CARD HOLDERS
THE CONVENIENCE AND FLEXIBILITY TO CHANGE YOUR PIN ANY TIME

THIS SERVICE IS NOT AVAILABLE AT UNITED'S OFF-PREMISE ATMS.
ONLY ONE SUCCESSFUL PIN CHANGE ALLOWED IN A 24-HOUR PERIOD.

| PREVIOUS 'ATEMENT BALANCE | DEPOSITS/ CREDITS 2 | CHECKS/ DEBITS 39 | SERVICE FEES | ENDING BALANCE |
|---|---|---|---|---|
| 136,778.10 | 22,455.47 | 58,160.73 | .00 | 101,072.84 |

| \TE | ACTIVITY DESCRIPTION | REFERENCE | DEPOSITS/ CREDITS | CHECKS/ DEBITS | BALANCE |
|---|---|---|---|---|---|
| 3-01 | BEGINNING BALANCE | | | | 136,778.10 |
| 3-01 | WIRE TRANSFER-OUT | 90077600006 | | 6,500.00 | 130,278.10 |
| 3-02 | CHECK 6239 | 05077701770 | | 500.00 | |
| 3-02 | CHECK 6234 | 05077902770 | | 50.00 | 129,728.10 |
| 3-03 | CHECK 6244 | 05070108005 | | 59.00 | 129,669.10 |
| 3-06 | MISCELLANEOUS DEBIT | 05074207715 | | 2,500.00 | 127,169.10 |
| 3-07 | DEPOSIT | 05077507665 | 17,000.00 | | |
| 3- | 'IECK 6253 | 05075900910 | | 643.62 | 143,525.48 |
| 3- | .IECK 6250 | 05078505495 | | 5,000.00 | |
| 3-08 | CHECK 6248 | 05078506125 | | 80.73 | |
| 3-08 | CHECK 6251 | 05078702000 | | 37.69 | 138,407.06 |
| 3-09 | CHECK 6249 | 05072009425 | | 1,402.50 | |
| 3-09 | CHECK 6252 | 05071908020 | | 654.73 | |
| 3-09 | CHECK 6254 | 05071908595 | | 63.25 | 136,286.58 |
| 3-13 | CHECK 6203 | 05075606735 | | 1,000.00 | |
| 3-13 | CHECK 1035 | 05076202000 | | 1,000.00 | |
| 3-13 | CHECK 6247 | 05075503140 | | 34.90 | 134,251.68 |
| 3-14 | CHECK 6162 | 05078409785 | | 8,300.00 | |
| 3-14 | METLIFE PAYMENT 060314 20003041863 | 00077900000 | | 190.40 | 125,761.28 |
| 3-15 | CASH CK 6255 | 05083504260 | | 1,000.00 | 124,761.28 |
| 3-16 | CHECK 6161 | 05072407740 | | 5,250.00 | 119,511.28 |
| 3-17 | JOHN HANCOCK USA INS PAYMT 525526 | 00077900000 | | 282.00 | 119,229.28 |
| 3-20 | CHECK 6258 | 05086208005 | | 3,000.00 | |
| 3-20 | CHECK 6266 | 05086207990 | | 150.00 | |
| 3-20 | CHECK 6257 | 05074609125 | | 85.00 | 115,994.28 |
| 3-21 | CHECK 6204 | 05088604825 | | 2,000.00 | |
| 3-21 | CHECK 6157 | 05088304430 | | 1,000.00 | |
| 3-21 | CHECK 6264 | 05088300350 | | 500.00 | |
| 3-21 | CHECK 6265 | 05088304425 | | 500.00 | |

TELEPHONE:   703-502-7200

United Bank 0332

```
                              STATEMENT OF ACCOUNTS

                                 229500-1354           X

                              STATEMENT      PERIOD
                                FROM        THROUGH

                               3-01-06      3-31-06      0

                              PAGE    2 OF    2
          DAVID W WILMOT
          AND ASSOCIATES INC
          1010 VERMONT AVE NW STE 810
          WASHINGTON DC 20005-4957      35   ENCLOSURES
                                                                  0
COMMERCIAL CHECKING                    ACCOUNT:  229500-1354

                              DEPOSITS/    CHECKS/
DATE  ACTIVITY DESCRIPTION REFERENCE    CREDITS     DEBITS      BALANCE

3-21  CHECK          6262  05088007210              397.00
3-21  CHECK          6260  05075404710               45.00   111,552.28
3-22  CHECK          6163  05075803250            1,500.00
3-22  CHECK          6256  05076005080              242.48   109,809.80
3-24  CHECK          6261  05077001015            2,300.00   107,509.80
3-27  DEPOSIT              05070103485   5,455.47
3-27  CHECK          1086  05070103525            1,942.29
3-27  CHECK          1088  05070103530            1,942.29
3-27  CHECK          6259  05078207780               34.00   109,046.69
3-28  CHECK          6267  05071504360              498.85
3-28  CHECK          6268  05071504355              475.00   108,072.84
3-29  CHECK          6263  05073307520              500.00   107,572.84
3-31  WIRE TRANSFER-OUT    90077600009            6,500.00   101,072.84
3-31  ENDING BALANCE                                         101,072.84
```

```
                              CHECK SUMMARY
                      * INDICATES SKIP IN CHECK NUMBERS

CHECK NO       AMOUNT          CHECK NO       AMOUNT
  1035       1,000.00            6252          654.73
  1086*      1,942.29            6253          643.62
  1088*      1,942.29            6254           63.25
  6157*      1,000.00            6255        1,000.00
  6161*      5,250.00            6256          242.48
  6162       8,300.00            6257           85.00
  6163       1,500.00            6258        3,000.00
  6203*      1,000.00            6259           34.00
  6204       2,000.00            6260           45.00
  6234*         50.00            6261        2,300.00
  6239*        500.00            6262          397.00
  6244*         59.00            6263          500.00
  6247*         34.90            6264          500.00
  6248          80.73            6265          500.00
  6249       1,402.50            6266          150.00
  6250       5,000.00            6267          498.85
  6251          37.69            6268          475.00
TOTAL NUMBER OF CHECKS   34   TOTAL AMOUNT OF CHECKS   42,188.33

SERVICE FEE BALANCE INFORMATION FROM  3-01-06 THROUGH  3-31-06
AVERAGE LEDGER BALANCE       121,557.05  AVERAGE COLLECTED BALANCE    120,686.08
MINIMUM LEDGER BALANCE       101,072.84  MINIMUM COLLECTED BALANCE    101,072.84
AVG. INVESTABLE BALANCE      120,686.08
```

United Bank0359

```
                              STATEMENT OF ACCOUNTS

                              229500-1354              X

                              STATEMENT    PERIOD
                              FROM         THROUGH

                              4-01-06      4-30-06    0

                              PAGE    1 OF    2
```

        DAVID W WILMOT
        AND ASSOCIATES INC
        1010 VERMONT AVE NW STE 810           29  ENCLOSURES
        WASHINGTON DC 20005-4957
                                                                    0
COMMERCIAL CHECKING                            ACCOUNT:  229500-1354

  PREVIOUS         DEPOSITS/        CHECKS/          SERVICE          ENDING
STATEMENT BALANCE  CREDITS   1      DEBITS    33     FEES             BALANCE
  101,072.84       42,750.00        56,797.87       .00               87,024.97


                                     DEPOSITS/   CHECKS/
DATE  ACTIVITY DESCRIPTION  REFERENCE  CREDITS    DEBITS        BALANCE
4-01  BEGINNING BALANCE                                         101,072.84
4-03  WIRE TRANSFER-OUT    90077600039           2,500.00        98,572.84
4-05  WIRE TRANSFER-OUT    90077600141             250.00
4-05  CHECK         6269   05070603665            155.00         98,167.84
4-07  CHECK         6165   05073100985          8,000.00
4-07  CHECK         6164   05073004845            300.00
4-07  CHECK         6274   05072606930             80.94         89,786.90
4-10  CHECK         6041   05074705400         15,000.00
4-10  CHECK         1089   05087101725          1,942.29
4-10  CHECK         6279   05074308585          1,402.50
4-10  CHECK         6280   05074605065            500.00
4-10  CHECK         6270   05074504325            287.77
4-10  CHECK         6273   05074209230            123.00
4-10  CHECK         6277   05074105360            100.00
4-10  CHECK         6275   05074006450             37.69         70,393.65
4-11  CHECK         6040   05076605835          8,300.00
4-11  CHECK         6276   05076008990          5,000.00
4-11  CHECK         6271   05076801500            975.00
4-11  CHECK         6272   05076807600            275.00
4-11  CHECK         6278   05076008825              6.28         55,837.37
4-13  CHECK         6042   05071901420            700.00         55,137.37
4-14  METLIFE PAYMENT      00077900000            190.40
      060414 20003041863                                         54,946.97
4-17  JOHN HANCOCK USA     00077900000            282.00
      INS PAYMT 525526                                           54,664.97
4-25  DEPOSIT              05072503865 42,750.00                 97,414.97
4-27  CHECK         6291   05076705610          2,500.70
4-27  CHECK         6292   05076501100            881.49
4-27  CHECK         6287   05076803945            609.96
4-27  CHECK         6296   05076503790            431.20
4-27  CHECK         6297   05076504450            300.00
4-27  CHECK         6290   05076303690             85.00
4-27  CHECK         6285   05076306030             73.03
4-27  CHECK         6283   05076306035             62.61         92,470.98
4-28  CHECK         6286   05078403890          5,000.00
4-28  CHECK         6284   05078501310            291.77
4-28  CHECK         6289   05078309320            154.24         87,024.97
4-30  ENDING BALANCE                                             87,024.97
      TELEPHONE:  703-502-7200
```

STATEMENT OF ACCOUNTS

229500-1354                    X

STATEMENT   PERIOD
   FROM     THROUGH

 4-01-06    4-30-06    0

PAGE    2 OF    2

DAVID W WILMOT
AND ASSOCIATES INC
1010 VERMONT AVE NW STE 810           29   ENCLOSURES
WASHINGTON DC 20005-4957
                                                          0
OMMERCIAL CHECKING              ACCOUNT:  229500-1354

CHECK SUMMARY
* INDICATES SKIP IN CHECK NUMBERS

| CHECK NO | AMOUNT | CHECK NO | AMOUNT |
|---|---|---|---|
| 1089  | 1,942.29  | 6278  | 6.28 |
| 6040* | 8,300.00  | 6279  | 1,402.50 |
| 6041  | 15,000.00 | 6280  | 500.00 |
| 6042  | 700.00    | 6283* | 62.61 |
| 6164* | 300.00    | 6284  | 291.77 |
| 6165  | 8,000.00  | 6285  | 73.03 |
| 6269* | 155.00    | 6286  | 5,000.00 |
| 6270  | 287.77    | 6287  | 609.96 |
| 6271  | 975.00    | 6289* | 154.24 |
| 6272  | 275.00    | 6290  | 85.00 |
| 6273  | 123.00    | 6291  | 2,500.70 |
| 6274  | 80.94     | 6292  | 881.49 |
| 6275  | 37.69     | 6296* | 431.20 |
| 6276  | 5,000.00  | 6297  | 300.00 |
| 6277  | 100.00    |       |        |

OTAL NUMBER OF CHECKS     29    TOTAL AMOUNT OF CHECKS    53,575.47

ERVICE FEE BALANCE INFORMATION FROM  4-01-06 THROUGH  4-30-06
VEF    LEDGER BALANCE        75,091.00   AVERAGE COLLECTED BALANCE    73,482.67
IN1    LEDGER BALANCE        54,664.97   MINIMUM COLLECTED BALANCE    54,164.97
VG.    INVESTABLE BALANCE    73,482.67

United Bank 0403



## Declaration

I, Erica M. Ownby, give the following declaration pursuant to 28 U.S.C. § 1746:

I am a custodian of records for United Bank.

I am familiar with the records of United Bank, which were produced to the Offices of Cooter, Mangold, Tompert & Karas LLP in response to a subpoena issued by the US District Court for the District of Columbia on April 27, 2006.

With respect to these records:

1. These records are the authentic business records of United Bank.

2. I am familiar with the record keeping system of United Bank.

3. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

4. The records were kept in the course of the regularly conducted activity of United Bank.

5. The record was made by the regularly conducted activity as a regular practice of United Bank.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 3, 2006

_Erica M Ownby_
Erica M. Ownby, Security Officer
United Bank (703) 653-8432

City/County of Fairfax
State/Commonwealth of Virginia
Acknowledged and Sworn to before me this 3rd day of May, 2006.

_Carisa D. Christian_
(Notary Public)

My Commission Expires: 6/30/08