ATTACHMENT 7

(WOOD DEPOSITION EXHIBIT #7)

```
                                                              Account #:    859
Harmon and Wilmc                           10-21-05  Invoice #:   0417919
                                          CK# 1083.18  Total:    $405.66
1010 Vermont Avenue NW #810                           Date:      11/01/05
Washington DC 20005                          11/4/05

                                                 Srv Ret    WT    XW XC     Price
Date     Order#   Time Caller   Del/PU Point     --- ---    --    -- --     -----
----     -------  ---- ------   ------------
  Client reference: BAGWELL
10/18/05 3842496 12:14 BAGWELL   2501 PARKERS LA ALE    REG                 32.33
         Subtotal for BAGWELL                           32.33
  Client reference: CADA VEZ
10/18/05 3842660 14:57 ANDREA    500 INDIANA AVE NW     REG      18    WA   23.00
         Subtotal for CADA VEZ            Tax  1.32     23.00
  Client reference: DC HMO
10/31/05 3849233 13:27 OMAR      1229 CONNECTICUT AVE NW  REG REG           12.90
         Subtotal for DC HMO              Tax  0.74     12.90
  Client reference: DCHMO
10/17/05 3841492  9:50 ANDREA    750 1ST ST NE          REG                  7.45
10/17/05 3841604 11:00 MARIA     1229 CONNECTICUT AVE NW  RUS               12.90
10/19/05 3843035 10:49 BAGWELL   1020 19TH ST NW        REG                  6.45
         Subtotal for DCHMO               Tax  1.54     26.80
  Client reference: DWW
10/26/05 3846994 14:25 MARIA     0 MAYFLOWER HOTEL 1127CONN  RUS            13.67
10/26/05 3847120 16:05 MARIA     1101 15TH ST NW        REG                  6.45
10/27/05 3847701 14:36 MARIE     6109 ROSEMONT CIR POT  REG REG             50.88
10/28/05 3848111 10:49 MARIA     1667 K ST NW           REG REG   7         16.05
10/28/05 3848521 16:30 MARIE     1229 CONNECTICUT AVE NW  DBR               19.00
         Subtotal for DWW                 Tax  3.12     106.05
  Client reference: H & H
10/20/05 3843573  9:15 OMAR      1133 CONNECTICUT AVE NW  REG REG           12.90
         Subtotal for H & H               Tax  0.74     12.90
  Client reference: HNH
10/28/05 3848106 10:48 MARIA     1133 CONNECTICUT AVE NW  REG REG   8       16.50
         Subtotal for HNH                 Tax  0.95     16.50
```

Charge Code -  **RUS** Rush Job    **RET** Round Trip    **NC** Night Call    **EXC** Exclusive    **2A** Two Attempts    **CJ** Car Job    **WA** Wrong Address    **WT** Waiting Time
               **XW** Extra Weight **TC** Truck Call     **XR** Extra Rooms   **HC** Holiday Call  **XB** Extra Buildings **FC** Finance Charge **REG** Regular Return **NP** No Pickup
               **IW** Inclement Weather                  **DW** Dimensional Weight                 **WR** Wrong Room

4829 Fairmont Ave., Suite B • Bethesda, MD 20814-6096 • 240.223.2245, Ext. 210



EXHIBIT 7



QUICK MESSENGER SERVICE
QMS

4829 Fairmont Ave., Suite B
Bethesda, MD 20814-6096
240.223.2245, Ext. 210

```
 Date     Order#    Time  Caller      Del/PU Point                      Srv Ret   WT   XW XC    Price
 ----     ------    ----  ------      ------------                      --- ---   --   -- --    -----
   Client reference: HWB
10/18/05  3842427  11:24  OMAR        1909 K ST NW                      RUS REG        DW       21.15
10/20/05  3843569   9:15  OMAR        1455 PENNSYLVANIA AVE NW          REG                      6.45
10/20/05  3843575   9:16  OMAR        1909 K ST NW                      REG REG                 12.90
10/21/05  3844508  11:49  OMAR        1010 VERMONT AVE NW               REG       15            18.76
10/26/05  3846958  13:51  MARIA       1909 K ST NW                      RUS RUS                 25.80
10/27/05  3847639  13:36  MARIA       1909 K ST NW                      REG REG   15            19.65
                          Subtotal for HWB              Tax    5.96     104.71
   Client reference: LEVELLE INC
10/26/05  3846908  12:47  ANDREA B.   500 INDIANA AVE NW                REG REG   11            19.85
                          Subtotal for LEVELLE INC      Tax    1.14     19.85
   Client reference: MAURICE EVANS
10/26/05  3847001  14:17  MARIA       729 15TH ST NW                    RUS                     12.90
                          Subtotal for MAURICE EVANS    Tax    0.74     12.90
   Client reference: ~FINANCE-CHARGE
10/31/05  3849899   0:00              0 F.C. on  1,348.88 YYY           REG                FC   21.44
                          Subtotal for ~FINANCE-CHARGE                  21.44
              6.00% Fuel Surcharge of 7.76              included
              STATE TAX ID 0067927 001                  5.75% SALES TAX                         16.27
                                                                                             ==========
                   Interest of 1.5% per month will                Invoice Total:             $405.66
                   be charged on overdue amounts

              Balance        Current       31-60       61-90      Over 90
              -------        -------       -----       -----      -------
              $2,083.18      $734.30       $679.78     $669.10    $0.00
```

Charge Code - RUS Rush Job   RET Round Trip   NC Night Call   EXC Exclusive    2A Two Attempts   CJ Car Job         WA Wrong Address   WT Waiting Tim
              XW Extra Weight TC Truck Call   XR Extra Rooms  HC Holiday Call  XB Extra Buildings FC Finance Charge REG Regular Return NP No Pickup
              IW Inclement Weather            DW Dimensional Weight            WR Wrong Room

4829 Fairmont Ave., Suite B • Bethesda, MD 20814-6096 • 240.223.2245, Ext. 210