ATTACHMENT 8

(WOOD DEPOSITION EXHIBIT #8)

| | |
|---|---|
| Subj: | **Please Review** |
| Date: | 10/25/2005 10:52:52 P.M. Eastern Daylight Time |
| From: | MWood21564 |
| To: | HDoley |
| BCC: | DWWDC, dwwdc@tmo.blackberry.net, MWood21564 |

Mr. Doley,

Per Instructions from David Wilmot, I am forwarding the attached documents for your review. Please contact Mr. Wilmot directly if you have any questions at either 202-250-4958 or 202-829-8266.

Maria Wood

