ATTACHMENT 9

(WOOD DEPOSITION EXHIBIT #9)

Case 1:06-cv-00092-RMC   Document 43-10   Filed 06/14/2006   Page 1 of 3

  

## Calendar

| Start | End | Category | Description |
|---|---|---|---|
| **24 Oct 2005** 8:30 AM | 9:30 AM | | Breakfast @ Mayflower Hotel w/Keith Andrew Perry, who is running for Ward 6 City Counsel, contact Erin, 202-374-0840 |
| 11:00 AM | 12:00 PM | | Presentation Mtg w/Ronald Stanton, 630-258-7590 and Partner (they are flying in from Chicago) on a Cable Television Job Program (Michael Cobb suggested that you attend and he will be sitting in on presentation as well), @ TCBA, 1101 15th Street, NW, 4th Floor |
| 12:30 PM | 1:30 PM | | Lunch Board Mtg w/Chris Chambers @ Independence Federal Savings Bank |
| 3:30 PM | 4:30 PM | | 3:30 - 4:30 English tutoring with Vyanne Samuels<br>4:30 - Vladya Gotalowya picks up Jordan from school |
| **25 Oct 2005** 8:30 AM | 9:30 AM | | Breakfast w/Bill Hanbury @ the Mayflower Hotel, per lisa gilbert. |
| 11:00 AM | 12:00 PM | | LeVelle Inc. Court of Appeals Brief is Due<br>EM v. Marriott Motion for Summary Judgement is Due - Mtg w/Fred Cooke & Andrea to review Brief |
| 12:00 PM | 1:00 PM | | Good afternoon, I wanted to remind everyone about the first Father's Day Council meeting for this year on Tuesday, October 25, 2005 at 12:00 pm at the ADA offices located at 1025 Connecticut Avenue, Suite 1005, Washington, DC. Please let me know if you will be able to attend so that we can prepare accordingly for the meeting as well as lunch which will be provided. Do not hesitate to contact me if you have any questions and I look forward to seeing you all on Tuesday. Have a nice weekend. Thank you, Ben |
| 2:00 PM | 3:00 PM | | We will meet at 2:00pm tomorrow by teleconference to discuss the specific meeting details, i.e., agenda, script, and other matters. Please use the Bank's call-in number: 888-950-0018; Passcode: 5066#. John will circulate another email containing the revised meeting documents which we will discuss on tomorrow's call. Thank you.<br>Sheila R. Finlayson, Esq.<br>Counsel & Corporate Secretary |
| 3:30 PM | 4:30 PM | | 3:30 - Vladya Gotalowya picks up Jordan from school |
| **26 Oct 2005** 9:00 AM | 10:00 AM | | Dr. Edward Rankin, 1160 Barnum St., NE<br>Suite 312, Washington, DC, 202-526-7031 contact person Portia |
| 10:30 AM | 11:30 AM | | Independence Federal Savings Bank Shareholder first from 11-1PM - Director's Mtg from 1-3 PM |
| 2:00 PM | 3:00 PM | | Medicaid Subcommittee Conference Call, 800-501-8979 with 7 digit access code being 4083977 |
| 4:00 PM | 5:00 PM | | 4:00 - 5:00 English tutoring with Vyanne Samuels<br>5:00 - Vladya Gotalowya picks up Jordan from school |
| 6:00 PM | 7:00 PM | | Subject: Hispanic College Fund<br><br>Hello Everyone! Comcast is once again supporting the Hispanic College Fund at their annual Scholarship Awards Gala taking place on Wednesday October 26th ( 6pm reception, 7:30 dinner) at the JW Marriott Hotel. We would love the board to join us at our table at this event and show our support for the great work that Fern does day to day with HCF. Please let me know asap if you would like to attend. Kathy Etemad Hollinger<br><br>Hispanic College Fund "Portraits of Success Gala", JW Marriott Hotel, Washington, DC |
| **27 Oct 2005** 8:30 AM | 9:30 AM | | Breakfast w/Emily Durso @ Mayflower Hotel |
| 9:45 AM | 10:45 AM | | Conference Call w/Brook Bratt, regarding DWW II Process, 434-983-2051 |
| 11:00 AM | 12:00 PM | | Telephone Conference w/Richard Spiegler, 11am tomorrow is good ... I can be reached on my cell at 202.669.4090 - 202.232-5900 |
| 12:30 PM | 1:30 PM | | Lunch w/Carl Johnson, 703-467-7857, @ Capitol Grill |







## Calendar

| Start | End | Category | Description |
|---|---|---|---|
| **27 Oct 2005** | | | |
| 2:00 PM | 3:00 PM | | Washington DC Convention and Tourism Corporation Board of Directors Mtg, Renissance DC Hotel |
| 3:30 PM | 4:30 PM | | 3:30 - Vladya Gotalowya picks up Jordan from school |
| 4:15 PM | 5:15 PM | | Mtg w/Thurman Baker, Maxine McBean and Michael Hentrel and Fred Cooke, NCRC, 2025 M Street, NW, Suite 600, contact 202-530-2476 Shiela - reg: Anti-Deficiency |
| **28 Oct 2005** | | | |
| 8:00 AM | 9:00 AM | | Your Weekend with Boys |
| 8:00 AM | 9:00 AM | | Information Pertaining to Jordan --- - FRENCH EXAM - PIZZA FRIDAY |
| 10:30 AM | 11:30 AM | | Mtg w/Greg Maxey @ Central Parking Systems, Reg: ANSWERS, INC. |
| 1:00 PM | 2:00 PM | | Conference Call w/Tony Markin, Shelly Cohen (Ameresco) |
| 3:30 PM | 4:30 PM | | 3:30 - Vladya Gotalowya picks up Jordan from school |
| 4:00 PM | 5:00 PM | | Dear Directors, Attached please find the Notice of the Special Board Meeting to be held today at 4:00pm using the Bank's call-in number: 888-950-0018; Passcode: 5066#. Thank you. Sheila R. Finlayson, Esq. Counsel & Corporate Secretary Independence Federal Savings Bank 1229 Connecticut Avenue, NW Washington, DC 20036 Direct: 202-626-0442 Email: shefin314@aol.com |
| **29 Oct 2005** | | | |
| 8:00 AM | 9:00 AM | | Jordan at TPSS soccer game - no time given |
| 7:00 PM | 8:00 PM | | Chamber's Choice Awards: Celebrating DC's Renaissance, Celebrate this year's annual gala and silent auction, the premiere black tie event of the year that recognizes outstanding businesses and business leaders in the DC community Sponsored by CareFirst BlueCross BlueShield Description goes here. Saturday, October 29, 2005, Marriott Wardman Park Hotel, 2660 Woodley Rd., NW, 7:00 p.m. - Reception & Silent Auction, 8:30 - 10:30 p.m. - Dinner, Program and Entertainment, Tickets: $275/Member; $325 Non-Member, Sponsorship Opportunities Also Available, Attire: Black-Tie, Awardees: Large Business of the Year Award, MedStar Health Business Leader of the Year, President Stephen Joel Trachtenberg, The George Washington, University Small Business of the Year, Enlightened, Inc., Community Service, Hoop Dreams Scholarship Fund, Table Sponsors (as of August 26, 2005):, A&E Networks; Adam's National Bank; American Institute for Research; Amtrak; Arnold & Porter; Associated Builders and Contractors of Metro Washingotn; |
| **30 Oct 2005** | | | |