IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOTON A. BENDER, et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 1:06cv00092 |
| ) | |
| CAROLYN D. JORDAN, et al. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' NOTICE TO THE COURT
REGARDING FILING PURSUANT TO RULE 8(K)**

The Individual Defendant hereby submit the following materials to the Court:

` 1. A copy of a Form 8-K (Current Report) filed by Independence Federal Savings Bank (IFSB) with the Office of Thrift Supervision (OTS) on June 27, 2006 (the "8-K). (Attached hereto as Exhibit A)  In the 8-K, IFSB advises, *inter alia,* as follows:  (1) on June 23, 2006, the OTS issued to IFSB a Consent Order to Cease and Desist for Affirmative Relief (the "C&D"); and (2) on June 21, 2006, Mr. Thomas L. Batties, Acting President and Chief Executive Officer of IFSB, (and one of the individual defendants in the pending matter) submitted his resignation to the Board of Directors of IFSB, such resignation to become effective upon the Board's appointment of an interim or permanent chief executive officer.

2. A copy of the Stipulation and Consent to the Issuance Of An Order to Cease and Desist for Affirmative Relief entered in the Matter of Independence Federal Savings Bank, FSB, Washington, D.C., OTS Docket No.: 07173 (Attached hereto as Exhibit B).  Without admitting or denying that grounds exist, IFSB consented to the issuance of the C&D through the execution of the Stipulation and Consent.

  3.  A copy of the Consent Order to Cease and Desist For Affirmative Relief entered in the Matter of Independence Federal Savings Bank, FSB, Washington, D.C., OTS Docket No.: 07173 (Attached hereto as Exhibit C).

              Respectfully Submitted

              SHOOK HARDY & BACON L.L.P.

              _____/s/_____
              Peter E. Strand
              Carlos E. Provencio
              Christine S. Hudson
              Hamilton Square
              600 14th Street, N.W.
              Suite 800
              Washington, D.C. 2005-2004
              Phone:  202-783-8400
              Fax:  202-783-4211
              Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of June, 2006, a true and complete copy of the foregoing **DEFENDANTS' NOTICE TO THE COURT REGARDING FILING PURSUANT TO RULE 8(K)** was sent electronically to the following:

>Dale A. Cooter, Esquire
>Cooter, Mangold, Tompert and Wayson, L.L.P.
>5301 Wisconsin Avenue, N.W.
>Suite 500
>Washington, D.C. 20015
>T: (202)537-0700
>F: (202)364-3664
>*Attorney for Plaintiffs*

>Haig V. Kalbian
>Mary Baker
>888 17th Street, N.W.
>Suite 1000
>The Brawner Building
>Washington, D.C. 20006
>*Attorney For Defendant Independence Federal Savings Bank*

>_____/s/_____
>Peter E. Strand