UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MORTON A. BENDER,** *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-92 (RMC) |
| **CAROLYN D. JORDAN,** *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

For the reasons stated in the Memorandum Opinion filed concurrently herewith, it is hereby

**ORDERED** that the Director Defendants' Motion to Dismiss [Dkt. #24] is **DENIED** as to Counts I, II, and III, and **DEFERRED** as to the balance; and it is

**FURTHER ORDERED** that the Plaintiffs' Application for a Preliminary Injunction [Dkt. #3] is **GRANTED** in part and **DEFERRED** in part; and it is

**FURTHER ORDERED** that Defendants shall be **ENJOINED** from disseminating proxy materials to shareholders and holding shareholders' meetings until further order of the Court; and it is

**FURTHER ORDERED** that this Order shall have immediate effect, conditioned on Plaintiffs' posting, no later than **July 28, 2006**, of a secured bond in the amount of $20,000, which the Court estimates to be the costs of Defendants' proxy materials that may be found to have been wrongfully enjoined or restrained. *See* Fed. R. Civ. P. 65(c); and it is

**FURTHER ORDERED** that the parties shall appear before the Court at a Status Conference on August 3, 2006, at 10:00 a.m.

This is an appealable Order.  *See* 28 U.S.C. § 1292(a)(1).

**SO ORDERED**.

Date: July 21, 2006                                          /s/                          
                                                        ROSEMARY M. COLLYER
                                                        United States District Judge