

RECEIVED

JUL 2 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MORTON A. BENDER, *et al.*, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) | Civil Action No. 06-92 (RMC) |
| CAROLYN D. JORDAN, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

### ORDER

For the reasons stated in the Memorandum Opinion filed concurrently herewith, it is hereby

**ORDERED** that the Director Defendants' Motion to Dismiss [Dkt. #24] is **DENIED** as to Counts I, II, and III, and **DEFERRED** as to the balance; and it is

**FURTHER ORDERED** that the Plaintiffs' Application for a Preliminary Injunction [Dkt. #3] is **GRANTED** in part and **DEFERRED** in part; and it is

**FURTHER ORDERED** that Defendants shall be **ENJOINED** from disseminating proxy materials to shareholders and holding shareholders' meetings until further order of the Court; and it is

**FURTHER ORDERED** that this Order shall have immediate effect, conditioned on Plaintiffs' posting, no later than **July 28, 2006**, of a secured bond in the amount of $20,000, which the Court estimates to be the costs of Defendants' proxy materials that may be found to have been wrongfully enjoined or restrained. *See* Fed. R. Civ. P. 65(c); and it is

**FURTHER ORDERED** that the parties shall appear before the Court at a Status Conference on August 3, 2006, at 10:00 a.m.

This is an appealable Order. *See* 28 U.S.C. § 1292(a)(1).

**SO ORDERED**.

Date: July 21, 2006

                                                         /s/
                                          ROSEMARY M. COLLYER
                                          United States District Judge

```
======NO REFUND WITHOUT RECEIPT======
   CHECK TENDERED $         $20,000.00
      20,000.00
====== T O T A L ======
      20,000.00
604700    REGISTRY FUND
CASE # 06-92        1
            M BENDER V C JORDAN (BOND
======NO REFUND WITHOUT RECEIPT======
DC  1-1 FORREST      Receipt # 137334
07/27/06                   10:55:32 AM
            WASHINGTON D.C.
   U.S. DISTRICT COURT
```

06-92 rmc

**RECEIVED**

JUL 2 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT