### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOTON A. BENDER, et al. )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CAROLYN D. JORDAN, et al. )<br>)<br>Defendants. )<br>) | Civil Action No. 1:06cv00092 |

**DEFENDANTS' NOTICE TO THE COURT REGARDING
LETTER ADVISING COURT OF POTENTIAL RULE 1.7 ISSUES**

The Individual Defendants hereby submit the following materials to the Court:

1. A letter to the Court regarding potential Rule 1.7 issues and the possible effect of those potential issues on the Individual Defendants' representation at the Status Conference, scheduled by the Court for August 3, 2006.

Respectfully Submitted

SHOOK HARDY & BACON L.L.P.

_____/s/_____
Peter E. Strand
Carlos E. Provencio
Christine S. Hudson
Hamilton Square
600 14th Street, N.W.
Suite 800
Washington, D.C. 2005-2004
Phone: 202-783-8400
Fax: 202-783-4211
Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of July, 2006, a true and complete copy of the foregoing **DEFENDANTS' NOTICE TO THE COURT REGARDING LETTER ADVISING COURT OF POTENTIAL RULE 1.7 ISSUES** was sent electronically to the following:

>Dale A. Cooter, Esquire
>Cooter, Mangold, Tompert and Wayson, L.L.P.
>5301 Wisconsin Avenue, N.W.
>Suite 500
>Washington, D.C. 20015
>T:  (202)537-0700
>F:  (202)364-3664
>*Attorney for Plaintiffs*
>
>Haig V. Kalbian
>Mary Baker
>888 17th Street, N.W.
>Suite 1000
>The Brawner Building
>Washington, D.C. 20006
>*Attorney For Defendant Independence Federal Savings Bank*

        _____/s/_____
          Carlos E. Provencio

¶