**Shook, Hardy & Bacon L.L.P.**

August 1, 2006

www.shb.com

Peter E. Strand

The Honorable Rosemary M. Collyer
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Hamilton Square
600 14th Street, N.W., Suite 800
Washington
D.C. 20005-2004
202.783.8400
202.639.5617 DD
202.783.4211 Fax
pstrand@shb.com

Re:  *Morton A. Bender et al. v. Carolyn D. Jordan et al.*
     Civil Case No. 06-02 (RMC)

Dear Judge Collyer:

Pursuant to your Order of July 21, 2006, you scheduled a status conference in the above matter at 10:00 a.m. on Thursday, August 3, 2006. In anticipation of that conference, and given the likely topics for discussion, I want to provide the Court with advance notice of circumstances which have arisen in connection with this litigation which may affect my ability to fully respond to all matters on which the Court may want input.

There are circumstances that have recently arisen that have created actual or potential conflict issues under Rule 1.7 necessitating a review and resolution of issues relating to the representation of each of the Individual Defendants. We are working to complete that process as rapidly as possible, but it is unlikely we will have a resolution by the time of the status conference.

I have conferred with Mr. Cooter regarding the possibility of seeking leave from the Court to continue the date of the scheduling conference. However, he was unable to agree to my request. As a consequence, while we will appear at the Thursday scheduling conference, we wanted to make the court fully aware of limitations which we may face in making commitments to a pre-trial schedule at that time.

If you have any questions regarding this matter, I am happy to respond to them.

Respectfully yours,

Peter E. Strand
Partner

PES:jhc
cc:  Dale Cooter, Esquire
     Haig Kalbian, Esquire

Geneva
Houston
Kansas City
London
Miami
Orange County
Overland Park
San Francisco
Tampa
Washington, D.C.

132754v1