UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MORTON A. BENDER, et al., | ) |
| Plaintiffs, | ) |
| v. | ) C.A. No. 1:06cv00092 |
| CAROLYN D. JORDAN, et al., | ) (RMC) |
| Defendants. | ) |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

Plaintiffs Morton A. Bender and Grace M. Bender, by and through their undersigned counsel, hereby move this Court for leave[1] to file their First Amended Complaint against Defendants Carolyn D. Jordan, David Wilmot, Michael J. Cobb, William B. Fitzgerald, IV, Eugene K. Youngentob, Thomas Batties and Independence Federal Savings Bank, and in support therefor, submit the accompanying Memorandum of Points and Authorities.

---

[1] Counsel for Plaintiffs sought consent to file the First Amended Complaint from counsel for the Defendants. Consent could not be obtained however, because of the conflict situation involving counsel for the Individual Defendants, about which Mr. Strand has already advised the Court. The Individual Defendants are apparently seeking individual counsel, and because that process may yet take some time, Plaintiffs did not want to further delay the filing of this Motion (and the First Amended Complaint) by waiting for new counsel to enter their appearance.

1

>Respectfully submitted,
>
>COOTER, MANGOLD, TOMPERT
> & KARAS, L.L.P.
>
>
>_____/s/_____
>Dale A. Cooter, Bar #227454
>Donna S. Mangold, Bar #358851
>5301 Wisconsin Avenue, N.W.
>Suite 500
>Washington, D.C.   20015
>(202)537-0700
>efiling@cootermangold.com
>*Attorneys for Plaintiffs*
>*Morton A. Bender and Grace M.*
>*Bender*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MORTON A. BENDER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | C.A. No. 1:06cv00092 |
| CAROLYN D. JORDAN, et al., ) | (RMC) |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

Plaintiffs Morton A. Bender and Grace M. Bender, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 15 hereby move this Court for leave to file their First Amended Complaint against Defendants Carolyn D. Jordan, David Wilmot, Michael J. Cobb, William B. Fitzgerald, IV, Eugene K. Youngentob, Thomas Batties and Independence Federal Savings Bank. A copy of the proposed First Amended Complaint is attached hereto.

Leave to amend a complaint under Rule 15(a) "shall be freely given when justice so requires." Fed.R.Civ.P. 15(a); see Foman v. Davis, 371 U.S. 178, 182, 83 S.Ct. 227, 230, 9 L.Ed.2d 222 (1962); Firestone v. Firestone 76 F.3d 1205, 1208, 316 U.S.App.D.C. 152, 155 (C.A.D.C.,1996). None of the usual reasons for denying leave to amend, *e.g.*, undue delay, bad

1

faith, dilatory motive, repeated failure to cure deficiencies by previous amendments or futility of amendment, *Foman,* 371 U.S. at 182, 83 S.Ct. at 230, is present here.  The First Amended Complaint is not interposed for any improper purpose, or to delay the trial of this matter, now scheduled for November 8, 2006.  The First Amended Complaint adds no new claims, and merely provides more precise factual allegations based on the discovery to date in this case; it removes some of the original "upon information and belief" allegations, because the factual basis of those allegations is now known with certainty.  The First Amended Complaint also deletes the claim for defamation (Count V of the original Complaint)[2], eliminates Plaintiffs' claims for damages, and eliminates the original jury demand.  Without claims for damages, the case may now proceed to a final adjudication on the merits by the Court.

---

[2]  For the Court's convenience, and because the Court has only partially resolved the Defendants' Motions to Dismiss, the First Amended Complaint retains the same numbering and identification of the "Counts" as in the Original Complaint.

Respectfully submitted,

COOTER, MANGOLD, TOMPERT
 & KARAS, L.L.P.


_____/s/_____
Dale A. Cooter, Bar #227454
Donna S. Mangold, Bar #358851
5301 Wisconsin Avenue, N.W.
Suite 500
Washington, D.C.  20015
(202)537-0700
efiling@cootermangold.com
*Attorneys for Plaintiffs*
*Morton A. Bender and Grace M.*
*Bender*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of August 2006, a copy of the foregoing **PLAINTIFFS' MOTION FOR LEAVE TO AMEND, MEMORANDUM OF POINTS AND AUTHORITIES, AND PROPOSED FIRST AMENDED COMPLAINT** was served electronically on:

>Haig V. Kalbian, Esq.
>Brawner Building
>888 17th Street NW
>Suite 1000
>Washington DC 20006
>hkalbian@kalbianhagerty.com
>
>Peter Strand, Esq.
>Shook, Hardy & Bacon, L.L.P.
>Hamilton Square
>600 14th Street, N.W.
>Suite 800
>Washington, D.C. 20005-2004
>pstrand@shb.com

       /s/
     Dale A. Cooter