IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MORTON A. BENDER, ET AL. )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>CAROLYN D. JORDAN, ET AL. )<br>)<br>Defendants. )<br>) | Civil Action No. 1:06cv00092 |

**MOTION FOR WITHDRAWAL OF APPEARANCE OF COUNSEL**

The undersigned counsel, Haig V. Kalbian, Esq., Mary M. Baker, Esq., and the law firm of Kalbian Hagerty L.L.P., who have appeared in the above case on behalf of Defendant Independence Federal Savings Bank, respectfully move this Court to enter an order noting the withdrawal of their appearance in this matter. In support of this Motion, the undersigned counsel respectfully refers to the accompanying Memorandum of Law. A proposed order requested is attached.

Dated: August 21, 2006

Respectfully submitted,

KALBIAN HAGERTY L.L.P.

/S/ Mary M. Baker
_____
Haig V. Kalbian (D.C. Bar #400976)
Mary M. Baker (D.C. Bar #443104)
888 17th Street, N.W., Suite 1000
Washington, D.C. 20006
T: (202) 223-5600
F: (202) 223-6625
*Counsel for Defendant Independence Federal Savings Bank*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 21st day of August 2006, a true and correct copy of the foregoing Motion for Withdrawal of Appearance of Counsel, Memorandum of Points and Authorities in support thereof, and proposed order were served by first class mail postage prepaid, on the following:

Dale A. Cooter, Esq.
Donna Mangold, Esq.
Cooter, Mangold, Tompert and Wayson, L.L.P.
5301 Wisconsin Ave, NW
Suite 500
Washington, D.C. 20015
T: (202) 537-0700
F: (202) 364-3664
*Attorneys for Plaintiffs*

Peter E. Strand, Esq.
Shook Hardy & Bacon, L.L.P.
Hamilton Square
600 14th St., NW
Suite 800
Washington, D.C. 20005
T: (202) 783-8400
F: (202) 783-4211
*Attorney for Defendants Jordan, Wilmot,*
*Cobb, Fitzgerald, Youngentob, and Batties*

Patricia Dennison
Independent Federal Savings Bank
1229 Connecticut Avenue, NW
Washington, DC 20036

                        /S/ Mary M. Baker
                        _____
                        Mary M. Baker