IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MORTON A. BENDER, ET AL. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Civil Action No. 1:06cv00092 |
| ) | |
| CAROLYN D. JORDAN, ET AL. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION FOR WITHDRAWAL OF APPEARANCE OF COUNSEL**

The undersigned counsel, Haig V. Kalbian, Esq., Mary M. Baker, Esq., and the law firm of Kalbian Hagerty L.L.P., pursuant to Local Rule 83.6(c), respectfully submit this memorandum in support of their Motion for Withdrawal of Appearance of Counsel and state as follows:

1.     This motion arises in part from the recent change in control of the board of directors of Defendant Independence Federal Savings Bank ("IFSB"). As the Court is aware, KH has represented IFSB in this litigation.

2.     Last week, on August 16, 2006, a regularly scheduled board of directors meeting was held at IFSB's headquarters. Earlier in the week, Defendant Eugene Youngentob provided notice of his resignation from the board of directors. Additionally, at the meeting, Defendant William Fitzgerald provided notice of his resignation effective immediately. Accordingly, Plaintiff Morton Bender effectively has taken control of the Board. The board of directors then replaced Defendant Carolyn Jordan, who has served as chairman of the board, with Elliott Hall.

3. A conflict of interest has arisen, which requires the undersigned to withdraw from its representation of the Bank in this matter.

4. The undersigned has sought the formal consent of IFSB for such withdrawal but has not yet received same. It was necessary, however, to file the motion and inform the Court of this conflict and counsel's need to withdraw. The undersigned anticipates consent to withdraw as sought herein. Additionally, a service copy of this motion is being served on the Bank.

5. The Court has discretion pursuant to Local Rule 83.6(c) to grant the relief requested herein. Neither the Court nor the parties will be prejudiced by this request. First, IFSB should have sufficient time to secure new counsel to attend upcoming discovery events. Second, the undersigned anticipates that owing to the notice of appeal filed by other Defendants in this case on August 18, 2006, the current discovery and trial schedule may well change.

WHEREFORE Haig V. Kalbian, Esq., Mary M. Baker, Esq., and the law firm of Kalbian Hagerty L.L.P. respectfully request that this Court enter an order: (1) noting the withdrawal of Haig V. Kalbian, Esq., Mary M. Baker, Esq., and the law firm of Kalbian Hagerty L.L.P. as counsel for Defendant Independence Federal Savings Bank; and (2) for such other and further relief as the Court deems just and appropriate.

Dated: August 21, 2006　　　　　　　　Respectfully submitted,

KALBIAN HAGERTY L.L.P.

/S/ Mary M. Baker
_____
Haig V. Kalbian (D.C. Bar #400976)
Mary M. Baker (D.C. Bar #443104)
888 17th Street, N.W., Suite 1000
Washington, D.C. 20006
T: (202) 223-5600
F: (202) 223-6625
*Counsel for Defendant Independence Federal Savings Bank*