IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MORTON A. BENDER, ET AL. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Civil Action No. 1:06cv00092 |
| ) | |
| CAROLYN D. JORDAN, ET AL. ) | |
| ) | |
| Defendants. ) | |

### ORDER

Upon consideration of this Motion for Withdrawal of Appearance of Counsel ("Motion"), which was filed by Haig V. Kalbian, Esq., Mary M. Baker, Esq., and the law firm of Kalbian Hagerty L.L.P., and it otherwise appearing to the Court that good cause exists for granting said Motion, it is hereby

ORDERED that the Motion is GRANTED; and

FURTHER ORDERED that the appearance of Haig V. Kalbian, Esq., Mary M. Baker, Esq., and the law firm of Kalbian Hagerty L.L.P. is hereby withdrawn as counsel for Defendant Independence Federal Savings Bank.

This _____ day of _____, 2006

_____
JUDGE, U.S. District Court for the
District of Columbia

With copies to:

Haig V. Kalbian (D.C. Bar #400976)
Mary M. Baker (D.C. Bar #443104)
Kalbian Hagerty, L.L.P.
888 17th Street, N.W., Suite 1000
Washington, D.C. 20006
T: (202) 223-5600
F: (202) 223-6625
*Attorneys for Defendant Independence*
*Federal Savings Bank*

Dale A. Cooter, Esq.
Donna Mangold, Esq.
Cooter, Mangold, Tompert and Wayson, L.L.P.
5301 Wisconsin Ave, NW
Suite 500
Washington, D.C. 20015
T: (202) 537-0700
F: (202) 364-3664
*Attorneys for Plaintiffs*

Peter E. Strand, Esq.
Shook Hardy & Bacon, L.L.P.
Hamilton Square
600 14th St., NW
Suite 800
Washington, D.C. 20005
T: (202) 783-8400
F: (202) 783-4211
*Attorney for Defendants Jordan, Wilmot,*
*Cobb, Fitzgerald, Youngentob, and Batties*

2