IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MORTON A. BENDER, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 1:06cv00092-RMC |
| ) | |
| CAROLYN D. JORDAN, et al. ) | |
| ) | |
| Defendants, ) | |
| ) | |

## NOTICE OF APPEAL

Notice is hereby given that Carolyn Jordan, David Wilmot, Michael Cobb, Eugene Youngentob, and Thomas Batties, Defendants in the above named case, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from an Order Granting Preliminary Injunctive Relief entered in this action on the 21st day of July, 2006.

Respectfully submitted,

August 18, 2006

SHOOK, HARDY & BACON, LLP

Peter E. Strand
Carlos E. Provencio
Christine S. Hudson
Hamilton Square
600 14th Street, N.W.
Suite 800
Washington, DC 20005
Phone: 202-783-8400
Fax: 202-783-4211

Attorney for the Individual Defendants

**RECEIVED**
AUG 1 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**RECEIVED**
AUG 1 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

133011v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of August, 2006, a true and complete copy of the forgoing **Notice of Appeal** was sent electronically to the following:

>Dale A. Cooter, Esquire
>Cooter, Mangold, Tompert and Wayson, L.L.P.
>5301 Wisconsin Ave, NW
>Suite 500
>Washington, D.C. 20015
>T: (202)537-0700
>F: (202)364-3664
>*Attorneys for Plaintiffs*

>Haig V. Kalbian
>Mary M. Baker
>Brawner Building
>888 17th Street, N.W.
>Suite 1000
>Washington, DC 20006-3967
>Phone: 202-223-5600
>Fax: 202-223-6625

>*Attorneys for Defendant Independence Federal Savings Bank*

SHOOK, HARDY & BACON, LLP

_____
Peter E. Strand
Carlos E. Provencio
Christine S. Hudson
Hamilton Square
600 14th Street, N.W.
Suite 800
Washington, DC 20005
Phone: 202-783-8400
Fax: 202-783-4211

Attorney for the Individual Defendants

August 18, 2006

133011v1

```
      CHECK TENDERED $              $455.00
              455.00
      ===== T O T A L ======
              200.00
      510000    SPECIAL CIVIL FILING
      CASE # 06-92
              255.00
      086900    FILING FEE  CIVIL
      CASE # 06-92
      =====NO REFUND WITHOUT RECEIPT=====
      DC   1-1 FORREST        Receipt # 137936
       08/18/06                    12:26:50 PM
                  WASHINGTON D.C.
              U.S. DISTRICT COURT
```