# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MORTON A. BENDER, et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Civil Action No. 1:06cv00092 |
| CAROLYN D. JORDAN, et al. ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER GRANTING PLAINTIFFS' MOTION
## FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND
## DISMISSING CERTAIN CLAIMS WITH PREJUDICE

On Motion of Plaintiffs Morton A. Bender and Grace M. Bender, having considered the briefs and arguments of all parties, and for good caused shown, it is hereby,

**ORDERED** that Plaintiffs are granted leave to file their First Amended Complaint.

**IT IS FURTHER ORDERED** that the following claims set forth in Plaintiffs' Verified Complaint shall be and are dismissed with prejudice:

1. All claims for damages pursuant to Counts I, II, III, IV, V, and VI.

2. Count V is dismissed with prejudice in its entirety.

_____
Rosemary M. Collyer
District Court Judge, U.S. District
For the District of Columbia

Dated:_____

- 1 -

133218v1