N THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MORTON A. BENDER, et al. )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CAROLYN D. JORDAN, et al. )<br>)<br>Defendant. )<br>) | Civil Action No. 1:06cv00092 |

**ORDER GRANTING PLAINTIFFS' MOTION
FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND
<u>DISMISSING CERTAIN CLAIMS WITH PREJUDICE</u>**

On Motion of Plaintiffs Morton A. Bender and Grace M. Bender, having considered the briefs and arguments of all parties, and for good caused shown, it is hereby,

**ORDERED** that Plaintiffs are granted leave to file their First Amended Complaint.

**IT IS FURTHER ORDERED** that the following claims set forth in Plaintiffs' Verified Complaint shall be and are dismissed with prejudice:

1. All claims for damages pursuant to Counts I, II, III, IV, V, and VI.

2. Count V is dismissed with prejudice in its entirety.

_____
Rosemary M. Collyer
District Court Judge, U.S. District
For the District of Columbia

Dated:_____

- 1 -

133218v1