# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MORTON A. BENDER, ET AL. | ) |
| Plaintiffs, | ) |
| vs. | ) Civil Action No. 1:06cv00092 |
| CAROLYN D. JORDAN, ET AL. | ) |
| Defendants. | ) |

## PRAECIPE

TO THE CLERK: Kindly append the attached **Exhibit A**, which contains the written consent of Independent Federal Savings Bank to counsel's request to withdraw and the Motion to Withdraw Appearance of Counsel, filed on August 21, 2006.

Dated: August 22, 2006

Respectfully submitted,

KALBIAN HAGERTY L.L.P.

/s/ Mary M. Baker
_____
Haig V. Kalbian (D.C. Bar #400976)
Mary M. Baker (D.C. Bar #443104)
888 17th Street, N.W., Suite 1000
Washington, D.C. 20006
T: (202) 223-5600
F: (202) 223-6625
*Counsel for Defendant Independence Federal Savings Bank*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 22nd day of August 2006, a true and correct copy of the foregoing Praecipe was served by first class mail postage prepaid, on the following:

      Dale A. Cooter, Esq.
      Donna Mangold, Esq.
      Cooter, Mangold, Tompert and Wayson, L.L.P.
      5301 Wisconsin Ave, NW
      Suite 500
      Washington, D.C. 20015
      T: (202) 537-0700
      F: (202) 364-3664
      *Attorneys for Plaintiffs*

      Peter E. Strand, Esq.
      Shook Hardy & Bacon, L.L.P.
      Hamilton Square
      600 14th St., NW
      Suite 800
      Washington, D.C. 20005
      T: (202) 783-8400
      F: (202) 783-4211
      *Attorney for Defendants Jordan, Wilmot,*
      *Cobb, Fitzgerald, Youngentob, and Batties*

      Patricia Dennison
      Independent Federal Savings Bank
      1229 Connecticut Avenue, NW
      Washington, DC 20036

      /S/ Mary M. Baker
      _____
      Mary M. Baker