# EXHIBIT A

Independence Federal Savings Bank consents to the withdrawal of Haig Kalbian, Mary Baker and the law firm of Kalbian Hagerty, LLP as its counsel in <u>Bender, et al. vs. Jordan, et al.</u> (C.A. No. 1:06cv00092 in the United States District Court for the District of Columbia).

By: _____

Its: __Interim President/CEO__