IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MORTON A. BENDER, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:06cv00092-RMC |
| | ) | |
| CAROLYN D. JORDAN, et al. | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |

**DEFENDANTS' REQUEST ORDER FOR RECORD
FOR APPEAL PURSUANT TO FED. R. APP. P. 10(A)**

COMES NOW Individual Defendants Carolyn Jordan, David Wilmot, Thomas Batties, Eugene Youngentob and Michael Cobb ("Defendants"), and request a copy of the complete trial record for appeal, pursuant to FED. R. APP. P. 10(a). Specifically, Defendants request a certified copy of the docket entries prepared by the district clerk, pursuant to FED. R. APP. P. 11(b). Defendants have concurrently made a request in writing to the court reporter for a copy of the trial transcript.

August 28, 2006

Respectfully submitted,

SHOOK, HARDY & BACON, LLP

/S/
Peter E. Strand
Carlos E. Provencio
Christine S. Hudson

133394v1

Hamilton Square
600 14th Street, N.W.
Suite 800
Washington, DC 20005
Phone: 202-783-8400
Fax: 202-783-4211

Attorneys for the Individual Defendants

133394v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of august, 2006, a true and complete copy of the forgoing **DEFENDANTS' REQUEST ORDER FOR RECORD FOR APPEAL PURSUANT TO FED. R. APP. P. 10(A)** was sent electronically to the following:

> Dale A. Cooter, Esquire
> Cooter, Mangold, Tompert and Wayson, L.L.P.
> 5301 Wisconsin Ave, NW
> Suite 500
> Washington, D.C. 20015
> T: (202)537-0700
> F: (202)364-3664
> *Attorneys for Plaintiffs*

> Haig V. Kalbian
> Mary M. Baker
> Brawner Building
> 888 17th Street, N.W.
> Suite 1000
> Washington, DC 20006-3967
> Phone: 202-223-5600
> Fax: 202-223-6625

> *Attorneys for Defendant Independence Federal Savings Bank*

_____/S/_____
Attorneys for the Individual Defendants

133394v1