**Shook,
Hardy&
Bacon** L.L.P.

www.shb.com

August 28, 2006

Christine S. Hudson

Hamilton Square
600 14th Street, N.W., Suite 800
Washington
D.C. 20005-2004
202.783.8400
202.383.8401 DD
202.783.4211 Fax
chudson@shb.com

Ms. Crystal Pilgrim, RPR
Official Court Reporter
United States District Court
District of Columbia
333 Constitution Avenue, N.W.
Room 4806A
Washington, D.C. 20001

Re:  *Morton A. Bender et al. v. Carolyn D. Jordan, et. al,*
     C.A. No. 1:06cv00092-RMC

Dear Ms. Pilgrim:

Pursuant to FED. R. APP. P. 10(b)(1), this letter serves as Carolyn Jordan, David Wilmot, Thomas Batties, Eugene Youngentob, and Michael Cobb's ("Defendants") request order for the complete transcript of the preliminary injunction hearing in the subject case mentioned above. As required by FED. R. APP. P. 11(b)(1), we request that you enter at the foot of this request the date this letter was received and the expected date of the completion of the transcript, and then please forward a date-stamped copy of this request to the Clerk of the United States Court of Appeals for the District of Columbia Circuit.

Defendants will file a copy of this request with the Clerk of the United States District Court for the District of Columbia, serve copies on opposing counsel, and provide a courtesy copy to the Clerk of the D.C. Circuit.

Please feel to call me at (202) 383-8401 to arrange payment for the transcript.

Sincerely,

*[signature]*

Christine S. Hudson
CSH/jhc

Geneva
Houston
Kansas City
London
Miami
Orange County
Overland Park
San Francisco
Tampa
Washington, D.C.

133395v1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, and first class mail pre-paid post, this the 28th day of August, 2006, which sent notification of such filing to:

>Dale A. Cooter, Esquire
>Cooter, Mangold, Tompert and Wayson, L.L.P.
>5301 Wisconsin Ave, NW
>Suite 500
>Washington, D.C. 20015
>T: (202)537-0700
>F: (202)364-3664
>*Attorneys for Plaintiffs*
>
>Haig V. Kalbian
>Mary M. Baker
>Brawner Building
>888 17th Street, N.W.
>Suite 1000
>Washington, DC 20006-3967
>Phone: 202-223-5600
>Fax: 202-223-6625
>
>*Attorneys for Defendant Independence Federal Savings Bank*
>
>Mark Langer, Clerk of the Court
>United States Court of Appeals for the District of Columbia Circuit
>Room 5423
>333 Constitution Avenue, N.W.
>Washington, D.C. 20001
>
>Nancy Mayer-Whittington, Clerk of Court
>Clerk's Office
>United States District Court for the District of Columbia
>333 Constitution Avenue, N.W.
>Washington, D.C. 20001

_____/s/_____
Peter E. Strand

133397v1