IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MORTON A. BENDER, et al. )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CAROLYN D. JORDAN, et al. )<br>)<br>Defendant. )<br>) | Civil Action No. 1:06cv00092 |

## MOTION FOR WITHDRAWAL OF APPEARANCE OF COUNSEL

The undersigned Counsel, Peter E. Strand, Carlos E. Provencio, Christine S. Hudson, and the law firm of Shook, Hardy & Bacon, L.L.P, who have appeared in the above case on behalf of individual defendant William Fitzgerald, IV, respectfully move this Court pursuant to Local Rule 83.6(c) for an Order allowing the withdrawal of their appearance on his behalf in this matter. Counsel have prepared a Memorandum of Points and Authority in support of this motion. A Proposed Form of Order is also attached.

Respectfully Submitted,

Dated August 28, 2006                     SHOOK HARDY & BACON LLP


_____/s/_____
Peter E. Strand
Carlos E. Provencio
Christie Hudson
Hamilton Square
600 14th St. NW
Suite 800
Washington, DC 20005-2004

- 1 -

133238v1

- 2 -

Phone: 202-783-8400
Fax: 202-783-4211

Attorney for Defendants Jordan, Wilmot, Cobb, Fitzgerald, Youngentob, and Batties

- 2 -

133238v1

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of August, 2006, a true and complete copy of the forgoing **MOTION FOR WITHDRAWAL OF COUNSEL** was sent electronically to the following:

> Dale A. Cooter, Esq.
> Cooter, Mangold, Tompert and Wayson, L.L.P.
> 5301 Wisconsin Ave, NW
> Suite 500
> Washington, D.C.  20015
> T: (202)537-0700
> F: (202)364-3664
> *Attorneys for Plaintiffs*


> Haig V. Kalbian
> Mary Baker
> 888 17th Street, N.W., Suite 1000
> The Brawner Building
> Washington, D.C. 20006
> *Attorney For Defendant Independence Federal Savings Bank*


> Mr. William Fitzgerald, IV
> 3148 Quesada Street, N.W.
> Washington, D.C. 20015


              _____/s/_____
                    Peter E. Strand

- 3 -

133238v1