IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MORTON A. BENDER, et al. )<br> )<br>Plaintiff, )<br> )<br>vs. )<br> )<br>CAROLYN D. JORDAN, et al. )<br> )<br>Defendant. )<br> ) | Civil Action No. 1:06cv00092 |

**MEMORANDUM OF POINTS AND AUTHORITIES**
**IN SUPPORT OF MOTION FOR WITHDRAWAL OF COUNSEL**

    The undersigned counsel Peter E. Strand, Carlos E. Provencio, Christine S. Hudson, and the law firm of Shook, Hardy & Bacon L.L.P. ("SHB") submit this memorandum in support of their motion to withdraw as counsel pursuant to Local Rule 83.6(c) and state as follows:

    1.    Thus far in the litigation, SHB has represented the six individuals named as defendants in this matter: Carolyn D. Jordan, David W. Wilmot, Thomas L. Batties, William B. Fitzgerald, IV, Michael Cobb, and Eugene Youngentob.

    2.    On or about August 14, 2006, Mr. Youngentob resigned from the board of directors of Independence Federal Savings Bank ("IFSB"). On August 16, 2006, Mr. Fitzgerald also resigned from the IFSB Board. Mr. Fitzgerald's resignation, coupled with the earlier resignation of Mr. Youngentob, altered the make-up of the Board resulting in a circumstance where Board Members original nominated by Mr. Bender or apparently favorable to Mr. Bender now constitute a majority of the Board. At a Board meeting on Wednesday, August 16, 2006, Ms. Jordan and Mr. Wilmot were replaced as the Chairman and Vice-Chairman of the board.

133245v1

- 2 -

3. On August 16, 2006, Mr. Fitzgerald terminated the services of SHB indicating that he no longer wished to have the firm represent him in connection with this matter.

4. By letter dated August 22, 2006 and sent via e-mail and Federal Express the undersigned sought the consent of Mr. Fitzgerald to withdraw. In that letter, pursuant to Local Rule 83.6, Mr. Fitzgerald was provided with a copy of this motion, and notified that he should obtain new counsel. He was also advised of his right to object to this motion as or to proceed *pro se.*

> [To date, Mr. Fitzgerald has not responded to the letter, so has not given his consent.]
>
> ]In response to the letter, Mr. Fitzgerald has consented to the filing of this motion and the entry of an order allowing the undersigned to withdraw as his counsel.]

5. The Court has discretion, pursuant to Local Rule 83.6(c), to grant the relief requested herein. Neither the Court nor the parties will be prejudiced by this request. First, Mr. Fitzgerald will have adequate time to secure new counsel to participate in the further proceedings of this matter. Second, the other Individual Defendants represented by SHB have filed a Notice of Appeal of this matter, and have filed a Motion to Stay this matter pending resolution of that Appeal. Thus, the current pre-trial discovery and trial schedule may change.

WHEREFORE, Peter E. Strand, Carlos E. Porvencio, Christine S. Hudson, and the law firm of Shook, Hardy & Bacon L.L.P. respectfully request that this Court enter an Order allowing the withdrawal of Peter E. Strand, Carlos E. Porvencio, Christine S. Hudson, and the law firm of Shook, Hardy & Bacon L.L.P. as counsel for William Fitzgerald, IV.

Respectfully Submitted,

- 3 -

| | |
|---|---|
| Dated August 28, 2006 | SHOOK HARDY & BACON LLP |
| | |
| | _____/s/_____ |
| | Peter E. Strand |
| | Carlos E. Provencio |
| | Christie Hudson |
| | Hamilton Square |
| | 600 14th St. NW |
| | Suite 800 |
| | Washington, DC 20005-2004 |
| | Phone: 202-783-8400 |
| | Fax: 202-783-4211 |
| | |
| | Attorney for Defendants Jordan, Wilmot, Cobb, Fitzgerald, Youngentob, and Batties |

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of August, 2006, a true and complete copy of the forgoing **MOTION FOR WITHDRAWAL OF COUNSEL** was sent electronically and first class mail prepaid postage to the following:

> Dale A. Cooter, Esq.
> Cooter, Mangold, Tompert and Wayson, L.L.P.
> 5301 Wisconsin Ave, NW
> Suite 500
> Washington, D.C. 20015
> T: (202)537-0700
> F: (202)364-3664
> *Attorneys for Plaintiffs*

> Haig V. Kalbian
> Mary Baker
> 888 17th Street, N.W., Suite 1000
> The Brawner Building
> Washington, D.C. 20006
> *Attorney For Defendant Independence Federal Savings Bank*

> Mr. William Fitzgerald, IV
> 3148 Quesada Street, N.W.
> Washington, D.C. 20015

_____/s/_____
Peter E. Strand