IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MORTON A. BENDER, et al.<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN D. JORDAN, et al.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:06cv00092<br>)<br>)<br>)<br>)<br>) |

### ORDER

Upon consideration of the Motion for Withdrawal of Appearance of Counsel ("Motion") which was filed by Peter E. Strand, Carlos E. Provencio, Christine S. Hudson, and the law firm of Shook, Hardy & Bacon L.L.P., and it otherwise appearing to the Court that good cause exists for granting said Motion, it is hereby

ORDERED that the Motion is GRANTED; and

FURTHER ORDERED that the appearance of Peter E. Strand, Carlos E. Provencio, Christine S. Hudson, and the law firm of Shook, Hardy & Bacon L.L.P. is hereby withdrawn as counsel for defendant William Fitzgerald, IV.

This _____ day of _____, 2006

                                                                                                                                                                                                 _____
                                                                                                                                                                                                 JUDGE, U.S. District Court for the
                                                                                                                                                                                                 District of Columbia

133244v1