IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MORTON A. BENDER, et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Civil Action No. 1:06cv00092 |
| CAROLYN D. JORDAN, et al. ) | |
| ) | |
| Defendant. ) | |
| ) | |

### NOTICE OF FILING OF REQUEST FOR TRANSCRIPT

COMES NOW Individual Defendants Carolyn Jordan, David Wilmot, Thomas Batties, Eugene Youngentob and Michael Cobb ("Defendants"), and notify this Court that they have requested a copy of the complete transcript for appeal, pursuant to FED. R. APP. P. 10(b)(1). A copy of the letter sent to the Court Reporter is attached hereto as Exhibit "A." A copy of the letter sent to the Court Reporter was originally filed with this court on Monday, August 28, 2006, pursuant to FED. R. CIV. P. 10(b)(1). As a result of the request of the ECF Filing Clerk of the District Court Defendants are re-filing Exhibit A, now with this cover memorandum.

Respectfully Submitted,

Dated August 30, 2006         SHOOK HARDY & BACON LLP

_____/s/_____
Peter E. Strand
Carlos E. Provencio
Christie Hudson
Hamilton Square
600 14th St. NW
Suite 800
Washington, DC 20005-2004

133492v1

Phone: 202-783-8400
Fax: 202-783-4211

Attorney for Defendants Jordan, Wilmot, Cobb, Fitzgerald, Youngentob, and Batties

133492v1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of August, 2006, a true and complete copy of the forgoing **Notice of Filing of Request for Transcript** was sent electronically to the following:

    Dale A. Cooter, Esq.
    Cooter, Mangold, Tompert and Wayson, L.L.P.
    5301 Wisconsin Ave, NW
    Suite 500
    Washington, D.C. 20015
    T: (202)537-0700
    F: (202)364-3664
    *Attorneys for Plaintiffs*

    Haig V. Kalbian
    Mary Baker
    888 17th Street, N.W., Suite 1000
    The Brawner Building
    Washington, D.C. 20006
    *Attorney For Defendant Independence Federal Savings Bank*

                                 _____/s/_____
                                       Peter E. Strand