UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MORTON A. BENDER, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | C.A. No. 1:06cv0092 |
| CAROLYN D. JORDON, et al., | ) ) ) | |
| Defendants. | ) ) | |

## PRAECIPE

TO THE CLERK:

You will please enter the appearance of G. Vann Canada, Jr. and James A. Sullivan, Jr. as Co-Counsel for Independence Federal Savings Bank in the within matter.

Respectfully submitted,

/s/
G. Vann Canada, Jr. - 366414
James A. Sullivan, Jr. - 475145
Miles and Stockbridge, P. C.
11 North Washington Street
Suite 700
Rockville, Maryland  20850
(301) 762-1600