UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MORTON A. BENDER, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CAROLYN D. JORDAN, et al., )<br>)<br>Defendants. )<br>_____) | C.A. No. 1:06cv00092<br>Honorable Rosemary M. Collyer |

### STIPULATION OF VOLUNTARY DISMISSAL
### WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(ii)

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Plaintiffs, Morton A. Bender and Grace M. Bender, hereby voluntarily dismiss this action against Defendants Michael J. Cobb, William B. Fitzgerald, IV and Eugene K. Youngentob without prejudice.

1

Respectfully submitted,

COOTER, MANGOLD, TOMPERT
 & KARAS, L.L.P.

          /s/          
Dale A. Cooter, Bar #277454
5301 Wisconsin Ave., N.W.
Suite 500
Washington, DC 20015
(202) 537-0700
dcooter@cootermangold.com
*Attorneys for Plaintiffs*


SHOOK, HARDY & BACON L.L.P.

          /s/          
Peter E. Strand
Paul Steven Schleifman
600 14th Street N.W., Suite 800
Washington, D.C. 20005-2004
PSTRAND@shb.com

*Attorneys for Individual
Defendants*


MILES & STOCKBRIDGE

          /s/          
Vann Canada
Miles & Stockbridge
11 North Washington Street
Suite 700
Rockville MD 20850
vcanada@milestockbridge.com

*Attorneys for Independence
Federal

Savings Bank*

IT IS SO ORDERED.

                                                        Date:

```
Rosemary M. Collyer
Judge, U.S. District Court
```

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of September, 2006, a copy of the foregoing Stipulation of Voluntary Dismissal Without Prejudice Pursuant to Rule 41(a)(1)(ii), was served on the following:

By electronic mail transmission:

>Peter E. Strand
>Paul Steven Schleifman
>SHOOK, HARDY & BACON L.L.P.
>600 14th Street N.W., Suite 800
>Washington, D.C. 20005-2004
>PSTRAND@shb.com

>Vann Canada
>MILES & STOCKBRIDGE
>11 North Washington Street
>Suite 700
>Rockville MD 20850
>vcanada@milestockbridge.com

and by first class mail, postage pre-paid:

>Raymond J. Stewart
>GREENEBAUM DOLL & MCDONALD PLLC
>1146 19th Street, N.W., Suite 250
>Washington, D.C. 20036

>Natalie Ludaway
>LEFTWICH & LUDAWAY L.L.C.
>1400 K Street, NW
>Suite 1000
>Washington, DC 20005-2403

>Stuart G. Stein
>HOGAN & HARTSON
>555 Thirteenth Street, NW
>Washington, DC 20004

                                                                   /s/

Dale A. Cooter

Dale A. Cooter