IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MORTON A. BENDER, et al. ) | |
| Plaintiff, ) | |
| vs. ) | Civil Action No. 1:06cv00092 |
| CAROLYN D. JORDAN, et al. ) | |
| Defendant. ) | |

**MOTION FOR LEAVE TO FILE DEFENDANTS' MOTION
TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT
FOR MOOTNESS AND MEMORANDUM IN SUPPORT**

Defendants Carolyn D. Jordan, David Wilmot, and Thomas L. Batties ("Defendants") hereby move the Court for Leave to file Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint for Mootness. A proposed Form of Order granting the Motion for Leave to File the Motion to Dismiss is attached. In addition, Defendants have attached their Motion to Dismiss Plaintiffs' First Amended Complaint for Mootness and Memorandum in Support.

Defendants make this motion on the following grounds:

1. On August 29, 2006, the Court entered an Order granting in part and denying in part Defendants' Motion to Stay pending appeal. Specifically, the Court granted a Stay pending the appeal, except the Plaintiffs were permitted to take the deposition of the named defendants. (Docket No. 65). The case has been stayed since that date.

2. Events subsequent to August 29, 2006 have rendered this case moot.

3. Given that there no existing controversy between the parties, the Court lacks subject matter jurisdiction over this matter and the case should be dismissed.

136413v1

For the foregoing reasons, Defendants respectfully suggest that their Motion for Leave to File Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint for Mootness should be granted.

Respectfully submitted,

January 5, 2007

                                              SHOOK, HARDY & BACON, LLP

                                              /s/
                                        Peter E. Strand
                                        Carlos E. Provencio
                                        Christine S. Hudson
                                        Hamilton Square
                                        600 14th Street, N.W.
                                        Suite 800
                                        Washington, DC 20005
                                        Phone: 202-783-8400
                                        Fax: 202-783-4211

                                        Attorneys for the Individual Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MORTON A. BENDER, et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 1:06cv00092 |
| ) | |
| CAROLYN D. JORDAN, et al. ) | |
| ) | |
| Defendant. ) | |

**PROPOSED ORDER**

Upon consideration of DEFENDANTS' MOTION FOR LEAVE TO FILE DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR MOOTNESS, which was filed by Peter E. Strand, Carlos E. Provencio, Christine S. Hudson, and the law firm of Shook, Hardy & Bacon L.L.P., and it otherwise appearing to the Court that good cause exists for granting said Motion, it is hereby:

ORDERED that the Motion is GRANTED.

This _____ day of _____, 2007

_____
JUDGE, U.S. District Court for
the District of Columbia Circuit

136400v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of January, 2007, a true and complete copy of the forgoing **MOTION FOR LEAVE TO FILE DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR MOOTNESS** was sent electronically to the following:

> Dale A. Cooter, Esquire
> Cooter, Mangold, Tompert and Wayson, L.L.P.
> 5301 Wisconsin Ave, NW
> Suite 500
> Washington, D.C. 20015
> T: (202)537-0700
> F: (202)364-3664
> *Attorneys for Plaintiffs*

_____/s/_____
Attorneys for the Appellants

136413v1