

THE NASDAQ STOCK MARKET
LISTING QUALIFICATIONS DEPARTMENT
9600 BLACKWELL ROAD
ROCKVILLE, MD 20850

Douglas D. McKenney, CFA
Director
Listing Qualifications
The Nasdaq Stock Market, Inc.
(301) 978-8011

*By Facsimile and First Class Mail*

October 5, 2006

Mr. E. Leroy Morris
Chief Financial Officer
Independence Federal Savings Bank
1229 Connecticut Avenue, N.W.
Washington, DC 20036

Re:   Independence Federal Savings Bank (the "Company")
      Nasdaq Symbol: IFSB

Dear Mr. Morris:

On July 12, 2006, we wrote to the Company reminding it of its annual meeting and proxy obligations. To date, however, the Company has not yet filed a proxy statement or other information regarding its annual meeting for the fiscal year ended December 31, 2005, as required by Marketplace Rules 4350(e)[1] and 4350(g)[2] (the "Rules"). Nasdaq believes that the Rules provide significant benefits to shareholders and the market, and as such, are an important aspect of a listed company's regulatory obligations.

In order to comply with the Rules, the Company must solicit proxies *and hold its annual meeting* of shareholders for the fiscal year ended December 31, 2005, no later than December 31, 2006. If the Company does not solicit proxies *and hold its annual meeting* on or before December 31, 2006, its securities will be immediately subject to delisting.

If you have any questions regarding this matter, please contact Nikolai Utochkin, Listing Analyst, at (301) 978-8029.

Sincerely,

[signature]

EXHIBIT
1

---

[1] Marketplace Rule 4350(e) states that "[e]ach issuer shall hold an annual meeting of shareholders and shall provide notice of such meeting to Nasdaq."
[2] Marketplace Rule 4350(g) states that "[e]ach issuer shall solicit proxies and provide proxy statements for all meetings of shareholders and shall provide copies of such proxy solicitation to Nasdaq."