

**Office of Thrift Supervision**
Department of the Treasury                                            *Regional Director, Southeast*

1475 Peachtree Street, N.E., Atlanta, GA  30309 • Telephone: (404) 888-5619
P.O. Box 105217, Atlanta, GA  30348-5217 • Fax: (404) 888-5634

January 31, 2007

**VIA OVERNIGHT COURIER**
**AND FACSIMILE (202) 293-2295**

Board of Directors
c/o E. Leroy Morris, Acting President
Independence Federal Savings Bank
1229 Connecticut Avenue, N.W.
Washington, D.C. 20036

                                Re:  Independence Federal Savings Bank
                                     Washington, D.C. (Savings Bank)
                                     OTS Docket No.: 7173
                                   Shareholders' Annual Meeting

Dear Board Members:

      Office of Thrift Supervision (OTS) regulations, at 12 C.F.R. § 552.6(a), require that a federal stock savings bank, such as the Savings Bank, hold its annual shareholders' meeting within 150 days after the end of its fiscal year. The Savings Bank, which has a fiscal year end of December 31, originally scheduled its annual meeting for the fiscal year ended December 31, 2005, for May 17, 2006, which is less than 150 days after the end of its fiscal year. However, the Savings Bank subsequently delayed the annual meeting.

      By letter dated May 18, 2006, the Savings Bank requested that OTS approve an amendment to its bylaws to delay the Savings Bank's annual meeting for the fiscal year that ended December 31, 2005 (Annual Meeting), to a date within 240 days from the end of the fiscal year. The Savings Bank also requested that OTS waive 12 C.F.R. § 552.6(a) to the extent necessary to permit the proposed amendment of the Savings Bank's bylaws.

      By Order, dated July 11, 2006, OTS waived § 552.6(a) to permit a temporary delay in the Annual Meeting, to the extent necessary for the Savings Bank to hold the Annual Meeting within 240 days from the end of the 2005 fiscal year (Order). Thus, under OTS regulations and the Order, the Savings Bank was required to hold its Annual Meeting on or before August 28, 2006.

      On July 21, 2006, U.S. District Court for the District of Columbia (District Court) issued a preliminary injunction in the case entitled, <u>Bender v. Jordan</u>, Civil No. 1:06-cv-00092-RMC (D.C.D.C.), enjoining the Savings Bank from disseminating proxy materials and holding its

**EXHIBIT**
2

Board of Directors
Independence FSB, Washington, D.C. (7173)
Page 2

shareholders' meetings without court approval (Injunction). The Savings Bank has thus not yet held the required shareholders' meeting.

Events since the July 21, 2006 order appear to have eliminated the need for continuing to enjoin the Annual Meeting. In addition, by letter dated January 5, 2007, the National Association of Securities Dealers Automated Quotations (Nasdaq) notified the Savings Bank that it intended to delist the Savings Bank's stock due to the Savings Bank's failure to hold the Annual Meeting in 2006, in violation of Nasdaq's listing requirements.[1]

The likelihood that the Nasdaq will delist the Savings Bank's stock presents concerns for the Savings Bank and its shareholders. OTS has designated Independence to be in "troubled condition." If the stock is delisted, it may make it more difficult for the Savings Bank to raise capital and it will be more difficult for shareholders and potential shareholders to buy and sell the Savings Bank's stock at prices set by an open market.

In light of the above, as the Savings Bank's securities and safety and soundness regulator, OTS believes that the Annual Meeting should be held. However, OTS recognizes that no annual meeting can be held nor may proxy materials be disseminated unless and until the District Court specifically authorizes the Savings Bank to do so or vacates the Injunction with regard to the Annual Meeting and proxy restrictions.

Therefore, OTS requires the Savings Bank to submit to OTS within 7 calendar days of receipt of this letter a detailed timeline setting forth the Savings Bank's plan for both removing all legal impediments to holding the Annual Meeting, and holding the Annual Meeting, on or before May 1, 2007, to prevent delisting by Nasdaq and comply with OTS regulations. Specifically, the detailed timeline should include, but not be limited to, the Savings Bank's plan for obtaining removal of the Injunction currently enjoining the Savings Bank from holding the Annual Meeting, as well as the projected date of the proposed Annual Meeting, the date by which notice of the meeting and proxy materials will be prepared and submitted for regulatory review, assuming the District Court removes the Injunction.

If you have questions regarding this letter, please contact Assistant Regional Director Robert A. Mitchell at (404) 888-8478, Review Examiner William T. Simpson at (404) 888-8593, or Regional Counsel Karen A. Bruton at (404) 888-8475.

Sincerely,

John E. Ryan
Regional Director

---

[1] See Nasdaq Marketplace Rule 4350(e).

Jan-31-2007 02:55pm    From-OFFICE OF THRIFT SUPERVISION    2029065708    T-165  P.004/004  F-465

Board of Directors
Independence FSB, Washington, D.C. (7173)
Page 3


cc:   Nelson Deckelbaum, Director
      Elliott S. Hall, Director
      Robert B. Isard, Director
      John Wilson, Director
      (All copies sent to Acting President, E. Leroy Morris in overnight courier package)

      Lawrence D. Kaplan, Esq.
      Nelson Mullins Riley & Scarborough LLP
      101 Constitution Avenue, N.W., Suite 900
      Washington, D.C. 20001
      (Via Facsimile (202) 712-2860)

      Griffin Vann Canada, Jr.
      Miles & Stockbridge
      11 North Washington Street
      Rockville, MD 20850
      (Via Facsimile (301) 762-0363)

      Morton A. Bender
      1025 Connecticut Avenue, N.W.
      Suite 606
      Washington, D.C. 20036