UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MORTON A. BENDER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C. A. No. 1:06cv00092 |
| ) | Honorable Rosemary M. Collyer |
| CAROLYN D. JORDON, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## ORDER GRANTING DEFENDANT, INDEPENDENCE FEDERAL SAVINGS BANK'S MOTION TO MODIFY PREMILINARY INJUNCTION

Upon consideration of Defendant, Independence Federal Savings Bank's Motion to Modify Preliminary Injunction, and any opposition thereto, and for good cause having been shown, it is on this ____ day of _____, 2007, by the United States District Court for the District of Columbia

ORDERED, that Defendant, Independence Federal Savings Bank's Motion to Modify Preliminary Injunction be and the same is hereby GRANTED; and it is further

ORDERED, that this Court's Order entered on July 21, 2006 [Dkt.#51], be and the same is hereby MODIFIED to permit Independence Federal Savings Bank to disseminate proxy materials to hold its annual meeting and to comply with the OTS Regulations and the Marketplace Rules of Nasdaq.

_____
ROSEMARY M. COLLYER
United States District Judge

Copies to:   attorneys of record via ECF