10/24/2006  17:15  2022932     INDEPENDENCE FEDERAL            PAGE  08

# Request for Advancement of Expenses for Claims Against an Officer or Director

Pursuant to Regulations of the Office of Thrift Supervision (the "OTS") governing advancement of expenses to directors and officers of a federal savings association, 12 C.F.R. § 545.121(e), (the "Regulation"), with respect to claims brought against a director or officer arising from service as a director or officer of a federal savings association, I hereby request that Independence Federal Savings Bank (the "Bank") pay reasonable expenses and costs that have been or will be incurred in the defense or settlement of the litigation styled as Morton A. Bender, et al. v. Carolyn D. Jordan, et al. Under the Regulation, I hereby agree that I will repay the Bank any amounts so paid on my behalf by the Bank if it is later determined that I am not entitled to indemnification with respect to the litigation under 12 C.F.R. § 121, and I represent that I have sufficient assets to repay my fair share of such amounts.

_2/20/06_
Date

_Carolyn Jordan_ (signature)

_CAROLYN JORDAN_
Print Name

_Chairwoman_
Title

request_for_indemnification_by_an_officer_or_director_(00269833)[1][1].doc

**EXHIBIT 1**

PAGE 8/13 * RCVD AT 10/24/2006 5:12:31 PM [Eastern Daylight Time] * SVR:ROCKFAX/0 * DNIS:9992 * CSID:2022932295 * DURATION (mm-ss):03-48