UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MORTON A. BENDER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C. A. No. 1:06cv00092 |
| ) | Honorable Rosemary M. Collyer |
| CAROLYN D. JORDON, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER GRANTING DEFENDANT, INDEPENDENCE FEDERAL SAVINGS BANK'S MOTION FOR LEAVE TO AMEND PLEADINGS TO STATE CROSS-CLAIM OUT-OF-TIME**

Upon consideration of Defendant, Independence Federal Savings Bank's Motion for Leave to Amend Pleadings to State Cross-Claim Out-of-Time, and any opposition thereto, and for good cause having been shown, it is on this _____ day of _____, 2007, by the United States District Court for the District of Columbia,

ORDERED, that the Motion for Leave to Amend Pleadings to State Cross-Claim Out-of-Time be and the same is hereby GRANTED.

_____
ROSEMARY M. COLLYER
United States District Judge

Copies to: attorneys of record via ECF