UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MORTON A. BENDER, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C. A. No. 1:06cv00092 |
| ) | Honorable Rosemary M. Collyer |
| **CAROLYN D. JORDON, et al.,** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

### DEFENDANT, INDEPENDENCE FEDERAL SAVINGS BANK'S SUPPLEMENT TO MOTION TO MODIFY PREMILINARY INJUNCTION TO REQUEST ORAL HEARING

**COMES NOW** the Defendant, Independence Federal Savings Bank ("IFSB" or the "Bank"), by and through its undersigned counsel, pursuant to Fed. R. Civ. Proc. 7 and LCvR 7, and files this Supplement to Motion to Modify Preliminary Injunction to Request Oral Hearing and for grounds in support thereof states as follows:

1. IFSB filed a Motion to Modify Preliminary Injunction on February 15, 2007 [Dkt.#77].

2. IFSB supplements its Motion to Modify Preliminary Injunction with a request for oral hearing pursuant to LCvR 7(f), which was erroneously omitted from said filing.

Respectfully Submitted,

MILES & STOCKBRIDGE P.C.

/s/ G. Vann Canada, Jr.
_____
G. VANN CANADA, JR. (D.C. Bar #366414)
JAMES A. SULLIVAN, JR. (D.C. Bar #475145)
11 North Washington Street
Suite 700
Rockville, Maryland 20850
Telephone: (301) 762-1600
Fax: (301) 762-0363
Attorneys for Defendant,
Independence Federal Savings Bank