UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MORTON A. BENDER, et al.,           )
                                    )
        Plaintiffs,                 )
                                    )
    v.                              )
                                    )   C.A. No. 1:06cv00092
CAROLYN D. JORDAN, et al.,          )   Honorable Rosemary M. Collyer
                                    )
        Defendants.                 )
_____)

### DECLARATION OF ROBERT FREEDMAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO IFSB'S MOTION TO MODIFY PRELIMINARY INJUNCTION

I, Robert Freedman, depose and state as follows:

1. I am over the age of 18 and am competent to testify to the matters contained herein.

2. I am an attorney, and am licensed to practice law in the District of Columbia.

3. I am a partner in Silver Freedman and Taff, L.L.P. We act as banking and securities counsel to Plaintiff Morton Bender. In the course of our practice, we have experience with the various methods of trading securities on the open market, including the trading of bank securities.

4. I have reviewed IFSB's Motion to Modify Injunction, and the letters from NASDAQ and the OTS, referred to therein, which relate to NASDAQ's notification of intent to delist IFSB's stock.

5. If IFSB's stock is delisted by NASDAQ, and assuming the Bank keeps up with its securities filings, the stock may qualify

1

to trade "over the counter" on the National Association of Securities Dealers' OTC Bulletin Board.

6. In my role as counsel for Mr. Bender, I have watched IFSB's stock price and trading volume over the past 4 ½ years. The stock has historically been thinly traded, with only temporary daily spikes in volume. IFSB's website (as of February 20, 2007) indicates that the average daily volume (over the course of the past year) is 1568 shares traded. Because IFSB stock is so thinly traded, open market transactions should not be impacted if the stock is traded over the counter rather than on NASDAQ.

7. The NASDAQ listing costs IFSB $27,000.00 per year. There is no charge to the issuer for quotation on the Bulletin Board.

I swear under the penalties of perjury that the foregoing is true and correct.

Executed in Washington, D.C. this 20th day of February 2007.

*[signature]*
Robert Freedman

2