UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MORTON A. BENDER**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-92 (RMC) |
| ) | |
| **CAROLYN D. JORDAN**, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Before the Court is Defendant Independence Federal Savings Bank's ("IFSB") Motion to Modify Preliminary Injunction [Dkt. #77]. Based on IFSB's Motion, Plaintiffs' opposition thereto [Dkt. #80], and the entire record of this case, it is hereby

**ORDERED** that Defendant IFSB's Motion to Modify Preliminary Injunction [Dkt. #77] is **GRANTED** in part; and it is

**FURTHER ORDERED** that the Court's July 21, 2006, Order [Dkt. #51] shall be **MODIFIED** as follows: the phrase "Defendants shall be **ENJOINED** from disseminating proxy materials to shareholders and holding shareholders' meetings until further order of the Court" is deleted, and is replaced with the phrase "Defendants Carolyn D. Jordan, David Wilmot, and Thomas L. Batties shall be **ENJOINED** from disseminating proxy materials to shareholders or soliciting proxies until further order of the Court"; and it is

**FURTHER ORDERED** that Defendant IFSB's Supplemental Motion to Request Oral Hearing [Dkt. #79] is **DENIED** as moot.

**SO ORDERED**.

Date: February 22, 2007                                /s/
                                              ROSEMARY M. COLLYER
                                              United States District Judge