IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MORTON A. BENDER, et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 1:06cv00092 |
| ) | |
| CAROLYN D. JORDAN, et al. ) | |
| ) | |
| Defendant. ) | |
| ) | |

**Defendants' Supplemental Submission in Support of their Motion to Dismiss
Plaintiffs' First Amended Complaint for Mootness**

    Defendants Carolyn D. Jordan, David Wilmot, and Thomas L. Batties ("Defendants") previously filed a Motion to Dismiss Plaintiffs' First Amended Complaint for Mootness and Memorandum of Points and Authorities in Support. (Doc. No. 74) (the "Motion"). The Motion is fully briefed.

    Today, Defendants learned of one additional fact having relevance to the Motion. Specifically, on March 23, 2007 the Office of Thrift Supervision granted the application of Morton Bender, Grace Bender and John S. Wilson to acquire up to 51% of the common stock of Independence Federal Savings Bank. (the "OTS Approval") A copy of the OTS Approval is attached as Exhibit A. A Press release relating to the OTS Approval is attached as Exhibit B.

    With the OTS Approval, Mr. Bender now has authority to acquire up to 51% of the shares of the Bank. Mr. Bender's ability to control all current and future operations of the Bank and the conduct of the next annual meeting of shareholders is thus assured. The OTS Approval is added evidence that the effect of the Defendants' alleged wrongful conduct has been irrevocably eradicated and there is no reasonable expectation that the alleged wrongful conduct

- 1 -

138710v1

can be repeated. For this additional reason, Defendants respectfully suggest that the case is moot and the Motion should be granted.

April 2, 2007

Respectfully submitted,

SHOOK, HARDY & BACON, LLP

        /s/
Peter E. Strand
Carlos E. Provencio
Christine S. Hudson
Hamilton Square
600 14th Street, N.W.
Suite 800
Washington, DC 20005
Phone: 202-783-8400
Fax: 202-783-4211

Attorneys for the Individual Defendants

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of April, 2007, a true and complete copy of the forgoing **Defendants' Supplemental Submission in Support of their Motion to Dismiss Plaintiffs' First Amended Complaint for Mootness** was sent electronically to the following:

> Dale A. Cooter, Esquire
> Cooter, Mangold, Tompert and Wayson, L.L.P.
> 5301 Wisconsin Ave, NW
> Suite 500
> Washington, D.C.  20015
> T: (202)537-0700
> F: (202)364-3664
> *Attorneys for Plaintiffs*

                                                   /s/
                                    Attorneys for the Appellants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MORTON A. BENDER, et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 1:06cv00092 |
| ) | |
| CAROLYN D. JORDAN, et al. ) | |
| ) | |
| Defendant. ) | |

**Defendants' Supplemental Submission in Support of their Motion to Dismiss
Plaintiffs' First Amended Complaint for Mootness**

Defendants Carolyn D. Jordan, David Wilmot, and Thomas L. Batties ("Defendants") previously filed a Motion to Dismiss Plaintiffs' First Amended Complaint for Mootness and Memorandum of Points and Authorities in Support. (Doc. No. 74) (the "Motion"). The Motion is fully briefed.

Today, Defendants learned of one additional fact having relevance to the Motion. Specifically, on March 23, 2007 the Office of Thrift Supervision granted the application of Morton Bender, Grace Bender and John S. Wilson to acquire up to 51% of the common stock of Independence Federal Savings Bank. (the "OTS Approval")  A copy of the OTS Approval is attached as Exhibit A.  A Press release relating to the OTS Approval is attached as Exhibit B.

With the OTS Approval, Mr. Bender now has authority to acquire up to 51% of the shares of the Bank.  Mr. Bender's ability to control all current and future operations of the Bank and the conduct of the next annual meeting of shareholders is thus assured.  The OTS Approval is added evidence that the effect of the Defendants' alleged wrongful conduct has been irrevocably eradicated and there is no reasonable expectation that the alleged wrongful conduct

- 1 -

138710v1

- 2 -

can be repeated.  For this additional reason, Defendants respectfully suggest that the case is moot and the Motion should be granted.

|  |  |
|---|---|
| April 2, 2007 | Respectfully submitted,<br><br>SHOOK, HARDY & BACON, LLP<br><br>_____/s/_____<br>Peter E. Strand<br>Carlos E. Provencio<br>Christine S. Hudson<br>Hamilton Square<br>600 14th Street, N.W.<br>Suite 800<br>Washington, DC 20005<br>Phone: 202-783-8400<br>Fax: 202-783-4211<br><br>Attorneys for the Individual Defendants |

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of April, 2007, a true and complete copy of the forgoing **Defendants' Supplemental Submission in Support of their Motion to Dismiss Plaintiffs' First Amended Complaint for Mootness** was sent electronically to the following:

> Dale A. Cooter, Esquire
> Cooter, Mangold, Tompert and Wayson, L.L.P.
> 5301 Wisconsin Ave, NW
> Suite 500
> Washington, D.C.  20015
> T: (202)537-0700
> F: (202)364-3664
> *Attorneys for Plaintiffs*

                                               /s/
                                    Attorneys for the Appellants