# ATTACHMENT B

**Story**              INDEPENDENCE FEDERAL SAVINGS BANK (NASDAQ - IFSB)

OTS approves Bender's takeover of Independence Federal Savings Bank
3/29/2007

The Office of Thrift Supervision on March 23 approved a group of shareholders' application to acquire up to 51% of Independence Federal Savings Bank's common stock.

Morton Bender, Grace Bender and John Wilson applied to acquire a majority representation in the company's common stock, and otherwise exercise control over the thrift, including seeking and effecting changes in directors and management.

Morton Bender previously requested permission from the OTS to increase his ownership in the company to 51% in September 2005. At that time, Morton nominated two directors, including John Wilson, to run against the company's nominated slate. Wilson was elected to the board later that year, but Morton failed to gain a majority on the board.

According to the recent OTS filing, the regulatory agency received a number of comments from Independence Federal, various law firms representing the thrift, and other shareholders regarding Morton Bender and the application. The complaints alleged, among other things, that Bender misused his prior OTS approval, acted in concert with other shareholders to acquire control of the company and made omissions or misrepresentations in his securities filings and applications filed with the OTS.

To the extent that certain of Bender's actions exceeded the scope of the OTS's prior approval, the filing noted that Bender ceased such activities promptly after being advised by the agency that such actions raised issues. The OTS considered whether Bender had acted in concert with other shareholders and did not find facts supporting the existence of concerted action.

To the extent that Bender omitted relevant information from a securities filing, Bender advised OTS staff of his intent to do so, and subsequent events largely mitigated any effects of the omission.

The OTS concluded that the shareholders' application satisfies the applicable approval standards, provided that certain conditions are met. Accordingly, the application was approved.

Copyright 2007, © SNL Financial LC    Terms of Use