UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MORTON A. BENDER,** *et al.* | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 06-92 (RMC) |
| **CAROLYN D. JORDAN,** *et al.*, | ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court on Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint for Mootness and Memorandum in Support. Upon consideration of the Motion and all responses thereto, it is hereby

**ORDERED** that Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint [Dkt. #74] is **GRANTED**; and it is

**FURTHER ORDERED** that all Counts alleged in the First Amended Complaint against the remaining three Defendants are **DISMISSED**. This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

DATE: May 31, 2007