UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MORTON A. BENDER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | C.A. No. 1:06cv00092 |
| v. ) | Honorable Rosemary M. Collyer |
| ) | |
| CAROLYN D. JORDON, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| INDEPENDENCE FEDERAL ) | |
| SAVINGS BANK, ) | |
| ) | |
| Cross-Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CAROLYN D. JORDAN, ) | |
| DAVID WILMOT, and ) | |
| THOMAS L. BATTIES, ) | |
| ) | |
| Cross-Defendants. ) | |

**CROSS-DEFENDANTS' MOTION TO DISMISS CROSS-PLAINTIFF'S CROSS CLAIM PURSUANT TO FED. R. CIV. P. 12(b)(1)**

Defendants Carolyn D. Jordan, David Wilmot and Thomas L. Batties (hereinafter "Defendants") respectfully submit their Motion to Dismiss Cross-Plaintiff's Cross Claim pursuant to Fed. R. Civ. P. 12(b)(1) on the grounds that: (1) the claims asserted by the Cross-Plaintiff do not allege or raise any Federal question, nor do the claims arise under any Federal statute or regulation; (2) the Court never acquired supplemental jurisdiction over the Cross Claim; and (3) the claims are not ripe, in any event.

WHEREFORE, for the foregoing reasons, and the reasons explained in the accompanying Cross-Defendants' Memorandum of Points and Authorities In Support of Their

2516748v1

Motion to Dismiss Cross-Plaintiff's Cross Claim Pursuant to Fed. R. Civ. P. 12(b)(1), Cross-Defendants request the Court dismiss the Cross Claim for lack of subject matter jurisdiction.

                                                Respectfully submitted,

June 19, 2007                            SHOOK, HARDY & BACON, LLP


                                                /s/ Peter E. Strand
Peter E. Strand
Hamilton Square
600 14th Street, N.W.
Suite 800
Washington, DC 20005
Phone: 202-783-8400
Fax: 202-783-4211

Attorneys for Cross-Defendants

2516748v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of June, 2007, a true and complete copy of the forgoing **Cross-Defendants' Motion to Dismiss Cross-Plaintiff's Cross Claim Pursuant to Fed. R. Civ. P. 12(b)(1)** was sent electronically to the following:

> G. Vann Canada, Jr.
> Miles & Stockbridge P.C.
> 11 North Washington Street, Suite 700
> Rockville, Maryland 20850
> T: (301) 762-1600
> F: (301) 762-0363
> *Attorneys for Cross-Plaintiff*

/s/ Peter E. Strand
Attorney for Cross-Defendants

2516748v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MORTON A. BENDER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | C.A. No. 1:06cv00092 |
| v. | ) | Honorable Rosemary M. Collyer |
| | ) | |
| CAROLYN D. JORDON, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| INDEPENDENCE FEDERAL SAVINGS BANK, | ) | |
| | ) | |
| Cross-Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN D. JORDAN, DAVID WILMOT, and THOMAS L. BATTIES, | ) | |
| | ) | |
| Cross-Defendants. | ) | |

ORDER

This matter comes before the Court on Cross-Defendants' Motion to Dismiss Cross-Plaintiff's Cross Claim Pursuant to Fed. R. Civ. P. 12(b)(1). Upon consideration of the Motion and all responses thereto, it is hereby

**ORDERED** that Cross-Defendants' Motion to Dismiss Cross-Plaintiff's Cross Claim (Dkt. #___) is **GRANTED**; and it is

**FURTHER ORDERED** that all Counts alleged in the Cross Claim against the Cross-Defendants are **DISMISSED**. This is a final appealable order. *See* Fed. R. App. P. 4 (a).

2516784v1

**SO ORDERED.**

                                                             /s/
                                         ROSEMARY M. COLLYER
                                         United States District Court Judge

DATE:

2516784v1