UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MORTON A. BENDER, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **C. A. No. 1:06cv00092** |
| ) | **Honorable Rosemary M. Collyer** |
| **CAROLYN D. JORDON, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## CROSS-PLAINTIFF, INDEPENDENCE FEDERAL SAVINGS BANK'S STATUS REPORT

**COMES NOW** the Cross-Plaintiff, Independence Federal Savings Bank ("IFSB" or the "Bank"), by and through its undersigned counsel, pursuant to this Court's Minute Entry Order dated May 30, 2007, and files this Status Report and states as follows:

1. Subsequent to the issuance of this Court's Minute Entry Order dated May 30, 2007, Counsel for IFSB and Counsel for Cross-Defendants, Carolyn D. Jordan, David Wilmot and Thomas L. Batties (collectively, the "Cross-Defendants") have exchanged correspondence as to the status of IFSB's demand for payment.

2. Cross-Defendants have set forth numerous questions (34 in total) to IFSB, which they state IFSB must answer before they will consider IFSB's demand for payment.

3. IFSB views Cross-Defendants' questions as irrelevant and immaterial to the issues raised in its Cross-Claim.

4. To date, IFSB has received no payments from the Cross-Defendants.

5. Cross-Defendants have filed a Motion to Dismiss IFSB's Cross-Claim [Dkt.#92].

Respectfully Submitted,

MILES & STOCKBRIDGE P.C.

/s/ G. Vann Canada, Jr.
/s/ James A. Sullivan, Jr.
_____
G. VANN CANADA, JR. (D.C. Bar #366414)
JAMES A. SULLIVAN, JR. (D.C. Bar #475145)
11 North Washington Street
Suite 700
Rockville, Maryland 20850
Telephone: (301) 762-1600
Fax: (301) 762-0363
Attorneys for Cross-Plaintiff,
Independence Federal Savings Bank