UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MORTON A. BENDER, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C. A. No. 1:06cv00092 |
| | ) | Honorable Rosemary M. Collyer |
| **CAROLYN D. JORDON, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### ORDER

Upon consideration of Cross-Plaintiff, Independence Federal Savings Bank's Memorandum of Points and Authorities in Opposition to Cross-Defendants' Motion to Dismiss Cross-Plaintiff's Cross-Claim pursuant to Fed. R. Civ. P. 12(b)(1), it is on this ____ day of _____, 2007, by the United States District Court for the District of Columbia,

ORDERED, that the Motion to Dismiss Cross-Plaintiff's Cross-Claim pursuant to Fed. R. Civ. P. 12(b)(1) be and the same is hereby DENIED.

 

_____
ROSEMARY M. COLLYER
United States District Judge

Copies to:   attorneys of record via ECF