# EXHIBIT C

## MCLAUGHLIN & STERN, LLP

JON PAUL ROBBINS
Partner
Direct Phone: (212) 448-6213
E-Mail: probbins@mclaughlinstern.com

260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 448-1100
FAX (212) 448-0066

**MILLBROOK OFFICE**
Franklin Avenue
P O Box 1369
Millbrook, New York 12545
(914) 677-5700
Fax (914) 677-0097

April 5, 2006

By Email
Mr. Morton A. Bender
c/o Karen Karas, Esq.
Cooter, Mangold, Tompert & Karas LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C 20015

Re: Bender v. Jordan

For services in connection with obtaining order permitting alternative service of subpoena on non party witness .................................................. $3750.00

Costs incurred for court filing fees ........................................ $156.00

Total .... $3906.00