# EXHIBIT D

# Media Analysis & Communications Research

Marilyn A. Lashner, PhD

March 31, 2005

Donna S. Mangold, Esquire
Cooter, Mangold, Tompert & Karas, L.L.P.
5301 Wisconsin Avenue, N.W.
Suite 500
Washington, D.C.   20015

## INVOICE

Re: *Morton A. Bender, et al. vs. Carolyn D. Jordan, et al.*

| SERVICES RENDERED<br>@ $ 200 per hour | Hours | Amount |
|---|---|---|
| Additional Review & Analysis<br>(beyond Case Evaluation) | 19.6 | $  3,920.00 |

**AMOUNT DUE**                                                                              $   3,920.00

Suite 14C-45
2401 Pennsylvania Avenue
Philadelphia, PA 19130-3047
(215) 765-0165 telephone
(215) 765-0875 facsimile

Re: *Morton A. Bender, et al. vs. Carolyn D. Jordan, et al.*

Services Rendered by Marilyn A. Lashner, Ph.D.

CLIENT:    Donna S. Mangold, Esquire

Re: *Morton A. Bender, et al. vs. Carolyn D. Jordan, et al.*

## SERVICES RENDERED

From 3/31/06 through 4/5/06

by

MARILYN A. LASHNER, PH.D.

| Date | Time | Description of Work |
|---|---|---|
| 3/31/06 | .3 | Telephone conversation with Donna Mangold, Esquire regarding results of Case Evaluation / Initial Review. She asked that I do additional work to analyze two other enclosure to Bishop Long's and Rev. Moore's letter of 5/4/05. She requested I call with my opinions by early next week. |
| 4/1/06 | 2.3 | Adapted MATRIX to account for new information. |
| 4/2/06 | 1.8 | Incorporated new documents into computer data base and calculated Readability Statistics. |
| 4/3/06 | 4.3 | Checked data for accuracy in Readability Statistics. Began careful review of documents to identify parameters in common across documents. |

2

Re: *Morton A. Bender, et al. vs. Carolyn D. Jordan, et al.*

Services Rendered by Marilyn A. Lashner, Ph.D.

| | | |
|---|---|---|
| 4/4/06 | 4.5 | Continued review of documents to identify parameters in common. Identified classically legalistic terms or unusual words for legal documents appearing in Timeline and Bender's Background: "bully" re Bender's tactics; "gifting" to identify Bender's donation of stocks to his proposed slate; and "yoked" to refer to OTS and Bender relationship.<br><br>Searched bank documents (other than originally used) for repetition of said terms. Found "bully" in a footnote on page 24 of *Privileged and Confidential: History of Campaign by Morton Bender to Acquire Control of Independence Federal Savings Bank.*<br><br>Will ask Donna Mangold if she is aware of other documents that contained other terms I have red-flagged. |
| 4/5/06 | 6.4 | Continued to search documents to fine-tune parameters – particularly Bank documents. Updated MATRIX accordingly.<br><br>Telephone call made to Donna Mangold to discuss my findings and theories. She asked me to forward MATRIX.<br><br>Prepared cover pages for MATRIX: Title page, Documents Examined and Legend. Prepared MATRIX and correspondence for next day FEDEX delivery. |

# Media Analysis & Communications Research

Marilyn A. Lashner, PhD

April 17, 2006

Donna S. Mangold, Esquire
Cooter, Mangold, Tompert & Karas, L.L.P.
5301 Wisconsin Avenue, N.W.
Suite 500
Washington, D.C.   20015

## INVOICE

Re:  *Morton A. Bender, et al. vs. Carolyn D. Jordan, et al.*

| SERVICES RENDERED<br>@ $ 200 per hour | Hours | Amount |
|---|---|---|
| Additional Review & Analysis | 29.8 | $  5,960.00 |
| **AMOUNT DUE** | | $  5,960.00 |

Suite 14C-45
2401 Pennsylvania Avenue
Philadelphia, PA 19130-3047
(215) 765-0165 telephone
(215) 765-0875 facsimile

Re: *Morton A. Bender, et al. vs. Carolyn D. Jordan, et al.*

Services Rendered by Marilyn A. Lashner, Ph.D.

CLIENT:  Donna S. Mangold, Esquire

Re: *Morton A. Bender, et al. vs. Carolyn D. Jordan, et al.*

### SERVICES RENDERED

From 4/11/06 through 4/19/06

by

MARILYN A. LASHNER, PH.D.

| Date | Time | Description of Work |
|---|---|---|
| 4/11/06 | 3.0 | FAX received alerting me to five items of correspondence written, in part, by Thomas L. Batties and included in the original pack of materials forwarded.<br><br>Telephone conversation with Donna Mangold, Esquire during which she requested that I analyze said five articles as per the MATRIX that I had forwarded earlier. Began incorporating documents onto my data base.<br><br>Telephone call received from attorneys Donna Mangold and Dale Cooter during which we discussed my MATRIX. They advised me that they intend to call me for testimony at a hearing on April 21 with a pre-hearing conference the day before. . |

2

Re: *Morton A. Bender, et al. vs. Carolyn D. Jordan, et al.*

Services Rendered by Marilyn A. Lashner, Ph.D.

| Date | Hours | Description |
|---|---|---|
| 4/12/06 | 4.3 | Revised MATRIX to account for five new communications. Began incorporating new communications into my data base and recording the respective values into my MATRIX. |
| 4/14/06 | 6.2 | Continued incorporating new communications into my data base and recording the respective values into my MATRIX. |
| 4/16/05 | 6.8 | Prepared draft of *Statement of Qualifications* which I will forward to attorneys. Updated MATRIX; Reviewed same. Prepared a draft of my Conclusions. |
| 4/17/06 | 4.5 | Reviewed my MATRIX, and drafts of *Statement of Qualifications* and Conclusions. Made necessary corrections and additions. Prepared Fee Check-list for forwarding. Sent to attorneys by FEDEX: *Statement of Qualifications*, MATRIX, and Conclusions. |
| 4/18/06 | 3.0 | ANTICIPATED: Telephone call from attorneys to discuss material forwarded and to set up timing for my pre-hearing conference. Edited documents accordingly. |
| 4/19/06 | 2.0 | ANTICIPATED: Review of Data and necessary editing. |

3