UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MORTON A. BENDER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | C.A. No. 1:06cv00092 |
| CAROLYN D. JORDAN, et al., ) | Honorable Rosemary M. Collyer |
| ) | |
| Defendants. ) | |

### SECOND DECLARATION OF DALE A. COOTER IN SUPPORT OF PLAINTIFFS' MOTION FOR STATUTORY ATTORNEYS FEES AND COSTS AGAINST DEFENDANTS JORDAN, WILMOT AND BATTIES

I, Dale A. Cooter, declare and state as follows:

1. I am over the age of 18 and am competent to testify to the matters contained herein.

2. I am counsel of record for the Plaintiffs Morton A. Bender and Grace Bender in this litigation.

3. On July 10, 2007, I signed a Declaration ("July 10th Declaration") which was submitted in support of the Plaintiffs' Motion for Statutory Attorneys Fees and Costs Against Defendants Jordan, Wilmot and Batties.

4. After I submitted the July 10th Declaration, I learned that a calculation error had been made in totaling the amount of attorneys fees, paralegal fees and expenses of Cooter, Mangold, Tompert & Karas, LLP ("CMTK") stated in Paragraphs 22 and 24 of that Declaration.

5. Paragraph 22 of the July 10th Declaration should have stated that the amount of expenses reflected on the CMTK billing statements was $51,797.06 (not $98,691.68) for messenger charges, Westlaw charges, photocopy and optical scanning charges, parking fees,

1

postage and UPS charges, deposition and hearing transcript and appearance charges, and process server fees. When this amount is added to the additional $719.00 (included in the July 10th Declaration) in special process server fees not captured by the billing statements, and the $9,880.00 in fees charged by Marilyn A. Lashner, Ph.D.,[1] the total for the CMTK expenses is $62,396.06.

6. Paragraph 24 of my July 10th Declaration contained a table summarizing the fees and expenses but the table carried forward the error noted above in Paragraph 5 and it also had a calculation error for the total amounts of CMTK attorney and paralegal fees. The correct figures are as follows:

| | |
|---|---|
| CMTK Attorneys fees: | $ 499,063.00 (not $1,093,092.50) |
| CMTK Paralegal fees: | $ 6,486.00 (not $ 5,290.20) |
| CMTK Expenses: | $ 62,396.06 (not $109,290.68) |
| M&S[2] Attorneys fees: | $ 3,750.00 |
| M&S Expenses: | $ 156.00 |
| Total: | $ 571,851.06 |

7. The errors made were purely computational. There is no change in the underlying documentation or in my opinion of the reasonableness of the fees or expenses incurred.

---

[1] The services provided by Dr. Lashner are described in Paragraph 23 of my July 10th Declaration.

[2] "M&S" refers to McLaughlin & Stern LLP, a New York law firm whose services were retained during this litigation. The M&S services, fees and expenses are described in Paragraphs 14, 15, 17 and 21 of the July 10th Declaration.

8. Filed concurrently herewith is a revised proposed Order reflecting the corrected total calculation.

9. I apologize to the Court and to counsel for any inconvenience this has caused.


Executed under the penalty of perjury of the District of Columbia on the 20th day of July, 2007.

/Dale A. Cooter