# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MORTON A. BENDER, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 1:06cv00092 |
| **CAROLYN D. JORDAN, et al.,** | ) Honorable Rosemary M. Collyer |
| | ) |
| **Defendants.** | ) |
| | ) |

## [REVISED PROPOSED] ORDER

UPON CONSIDERATION OF the Plaintiffs' Motion for Statutory Attorneys Fees and Costs Against Defendants Jordan, Wilmot and Batties, Memorandum of Points and Authorities in Support Thereof, any opposition of the Defendants and any hearing thereon, and the Court having undertaken its review of Jordan, Wilmot and Batties' compliance with their Rule 11(b) obligations,

THE COURT HEREBY FINDS that in their Answers to Plaintiffs' Complaint, the Defendants Jordan, Wilmot and Batties each failed to comply with the obligations imposed by Rule 11(b)(3) and Rule 11(b)(4) in that their defenses and factual contention were without evidentiary support and their denials of Plaintiffs' factual contentions were not warranted on the evidence; and the Court further

FINDS that the violations by Jordan, Wilmot, and Batties of their Rule 11(b) obligations persisted throughout the litigation; and it is hereby

ORDERED that the appropriate sanction is an award to Plaintiffs of their reasonable attorneys fees and costs incurred as a direct result of the violations; and it is further

ORDERED that Judgment be, and it hereby is, ENTERED, jointly and severally against Jordan, Wilmot and Batties in the amount of $571,851.06.

Dated: _____

                    Rosemary M. Collyer
                    Judge, U.S. District Court

Copies to:

Dale A. Cooter, Esq.
Donna S. Mangold, Esq.
Cooter, Mangold, Tompert
 & Karas, L.L.P.
5301 Wisconsin Avenue, N.W.
Suite 500
Washington, DC 20015
efiling@cootermangold.com

Haig V. Kalbian, Esq.
Brawner Building
888 17th Street NW
Suite 1000
Washington DC 20006
hkalbian@kalbianhagerty.com

Peter Strand, Esq.
Shook, Hardy & Bacon, L.L.P.
Hamilton Square
600 14th Street, N.W.
Suite 800
Washington, D.C. 20005-2004
pstrand@shb.com

Vann Canada, Esq.
James Andrew Sullivan ,Jr., Esq.
Miles & Stockbridge
11 North Washington Street
Suite 700
Rockville MD 20850
vcanada@milesstockbddge.com
jsullivan@milesstockbridge.com