UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MORTON A. BENDER**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-92 (RMC) |
| ) | |
| **CAROLYN D. JORDAN**, *et al.*, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| **INDEPENDENCE FEDERAL SAVINGS BANK** ) | |
| ) | |
| Cross-Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **CAROLYN D. JORDAN**, *et al.*, ) | |
| ) | |
| Cross-Defendants. ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter comes before the Court on Cross-Defendants' Motion to Dismiss. For the reasons stated in the Court's Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Cross-Defendants' Motion to Dismiss Cross-Plaintiff's Claim Pursuant to Fed R. Civ. P. 12(b)(1) [Dkt. #92] is **DENIED**.

**SO ORDERED.**

DATE: December 6, 2007

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge