

# INDEPENDENCE
## FEDERAL SAVINGS BANK

August 18, 2006

<u>VIA FEDERAL EXPRESS</u>

TO:   Thomas L. Batties
        Michael J. Cobb
        William B. Fitzgerald, IV
        Carolyn D. Jordan
        David W. Wilmot
        Eugene K. Youngentob

RE:   *Collateralization of fees paid, Bender v. Jordan, et al.*

Dear Sirs and Madame:

Pursuant to the letter received from John Ryan, Regional Director, Office of Thrift Supervision ("OTS") dated August 4, 2006, which you have already been apprised, the Board of Directors, in order to comply with this letter, adopted a resolution on August 16, 2006, which, in part, directed me to take immediate steps to obtain collateral sufficient to ensure reimbursement to the Bank for advanced legal fees and expenses incurred by the firm of Shook Hardy & Bacon.

The amount to be collateralized per "Director Defendant" and Mr. Batties, as of 6/30/06 is One Hundred Eight Thousand, Two Hundred Sixty-Nine Dollars and no cents ($108,269.00)

The Bank expects tender immediately. Should you have any questions about tender, the method of collateralization, instruments to be executed or this letter generally, please contact me as soon as possible at (202) 626-0458.

Very truly yours,

E. Leroy Morris, Interim President and CEO

cc:   Elliott S. Hall, Chairman
        Nelson Deckelbaum
        Robert B. Isard
        John S. Wilson
        Robert Mitchell, Deputy Regional Director, OTS

1229 Connecticut Avenue, N.W. • Washington, D.C. 20036-2617 • 202/628-5500, Fax: 202/626-7106
1006 E Street, N.W. • Washington, D.C. 20004-2000 • 202/626-0466, Fax: 202/737-1632
1020 Nineteenth Street, N.W. • Washington, D.C. 20036-6106 • 202/626-0400, Fax: 202/7
7901 Eastern Avenue • Silver Spring, MD 20910-0830 • 301/562-8443, Fax: 301/562-
5530 Wisconsin Avenue • Chevy Chase, MD 20815-4404 • 301/907-9676, Fax: 301/907

**EXHIBIT 5**