

October 13, 2006

Mr. John E. Ryan
Regional Director
Office of Thrift Supervision
1475 Peachtree Street, NE
Atlanta, GA 30309

Re: OTS No.: 07173

Dear Mr. Ryan:

The following is a status report on the posting of collateral by the "Director Defendants" and Mr. Thomas L. Batties, former Acting President and CEO:

1. Carolyn D. Jordan -- has agreed to assign the proceeds of a Certificate of Deposit on deposit with Independence Federal Savings Bank. She has stated that she will deposit additional funds to bring the principal balance to $108,269 and execute the assignment at the October 18, 2006 Board meeting. (DID NOT HAPPEN)

2. David W. Wilmot -- has a savings account with Independence Federal Savings Bank with sufficient funds to cover his pro-rata share. He said that he would sign an assignment of these funds to the Bank, but as of the above date this has not taken place.

3. Michael J. Cobb -- to date I have not received any response to my letter dated August 18, 2006 (copy attached) nor has he responded to my email of October 2, 2006.

4. William B. Fitzgerald, IV -- to date the only contact that I are telephone conversations Mr. Fitzgerald stating that he was going to have a conversation with Mr. Elliott Hall, Chairman of the Board, to discuss what options he may have regarding the pledging of collateral. Mr. Fitzgerald also stated that he had been released from the Bender litigation.

5. Eugene K. Youngentob -- Mr. Youngentob sent me an email informing me that he had been dismissed as a defendant in the Bender litigation and that this issue no longer affects him. He also stated that as a former Director he would be asking

1229 Connecticut Avenue, N.W. • Washington, D.C. 20036-2617 • 202/628-5500, Fax: 202/626-7106
1006 E Street, N.W. • Washington, D.C. 20004-2000 • 202/626-0466, Fax: 202/737-1632
1020 Nineteenth Street, N.W. • Washington, D.C. 20036-6106 • 202/626-0400, Fax: 202/785-0753
7901 Eastern Avenue • Silver Spring, MD 20910-4830 • 301/562-8443, Fax: 301/562-8315
5530 Wisconsin Avenue • Chevy Chase, MD 20815-4404 • 301/907-9676, Fax: 301/907-9769

PAGE 2/13 * RCVD AT 10/24/2006 5:12:31 PM [Eastern Daylight Time] * SVR:ROCKFAX/0 * DNIS:9992 * CSID:2022932295 * DURATION (mm-ss):03-48

EXHIBIT 6

Mr. John E. Ryan
October 13, 2006
Page 2

the board to approve the indemnification it already agreed to subject to any OTS notices. He indicated that his counsel had discussed this with the OTS, and that he would ask them to send me a more formal request on this subject. I have not received anything as of the above date.

6. Thomas L. Batties – Mr. Batties sent me an email on September 20, 2006 in response to my letter dated August 18, 2006 (copy attached). Mr. Batties states that his only current means to provide collateralization is through a pledge of his Washington, DC property. The property is in the final stages of a major renovation project that won't be completed until the end of October. As a result, he will not be able to complete an appraisal and such other necessary documentation until the renovation is completed. He stated that once the project is completed he will engage and appraiser and proceed from that point.

As you can see from the above information provided, I have not received any form of collateralization in hand as of the above date.

If you have any questions regarding the above, please contact me directly at 202-626-0458.

Sincerely

*E. Leroy Morris*
E. Leroy Morris
Interim President/CEO