The President announced that he has been informed by counsel for the Bank that the Court has granted the Bank's Motion for Leave to Amend Pleadings to State Cross-Claim Out-of-Time against Carolyn D. Jordon, David Wilmot and Thomas L. Batties in the suit filed against them by Morton and Grace Bender. Counsel also informed the President that each of these individuals signed a Request for Advancement of Expenses for Claims Against an Officer or Director whereby they agreed to repay the Bank if it was later determined that they were not entitled to indemnification pursuant to 12 C.F.R. § 545.121. After appropriate discussion and upon motion made by the President, seconded and unanimously approved, the following was adopted:

RESOLVED, that based upon the findings of the Court the Memorandum Opinion dated July 21, 2006 in the case styled <u>Morton A. Bender, et al. v. Carolyn D. Jordon, et al.</u>, identified as Civil Action No. 1:06-cv-00092-RMC, United States District Court for the District of Columbia, that Carolyn D. Jordon, David Wilmot and Thomas L. Batties were not entitled to indemnity from the Bank for expenses incurred and should be required to immediately repay such advanced moneys; and be it further

RESOLVED, that the Bank shall take all reasonable and necessary actions to obtain judgments against, and collect such advanced moneys from, Carolyn D. Jordon, David Wilmot and Thomas L. Batties.

*[Signatures and dates: 6/20/07, 6/20/07, 6-20-07, 6-20-07]*

EXHIBIT 9