| ACCOUNTS PAYABLE | INDEPENDENCE FEDERAL SAVINGS BANK | 059410 |
|---|---|---|
| SHOOK HARDY BACON LLP | ATTN: ACCOUNTING | KANSAS CITY   MO |
| ***15,687* DOLLARS 11 CENTS*** | 03/17/2006 | ***15,687.11* |
| 02/28/2006  1312215 | | 231980 000       15,687.11 |

Signer's Int. [signature]

DELUXE CORPORATION 1-800-793-8685

82727V

EXHIBIT
10

| ACCOUNTS PAYABLE | INDEPENDENCE FEDERAL SAVINGS BANK | 059745 |
|---|---|---|
| SHOOK HARDY BACON LLP | ATTN: ACCOUNTING | KANSAS CITY  MO |
| ***107,053* DOLLARS 04 CENTS*** | 05/05/2006 | ***107,053.04*** |
| 03/28/2006  1314876 | | 231980 000       107,053.04 |

Signer's Int:

DELUXE CORPORATION 1-800-793-8685

82727V

| ACCOUNTS PAYABLE | INDEPENDENCE FEDERAL SAVINGS BANK | | 059914 |
|---|---|---|---|
| SHOOK HARDY BACON LLP | ATTN: ACCOUNTING | KANSAS CITY  MO | |
| ***175,957* DOLLARS 11 CENTS*** | 05/31/2006 | ***175,957.11* | |
| 04/28/2006  1319553 | MAR-2006 | 231980 000    175,957.11 | |

Signer's Int: _____

DELUXE CORPORATION 1-800-793-8685

82727V

| ACCOUNTS PAYABLE | INDEPENDENCE FEDERAL SAVINGS BANK | | 060152 |
|---|---|---|---|
| SHOOK HARDY BACON LLP | ATTN: ACCOUNTING | | KANSAS CITY   MO |
| ***186,648* DOLLARS 11 CENTS*** | | 06/30/2006 | ***186,648.11* |
| 05/16/2006  1320211 | APRIL-2006 | | 231980 000      186,648.11 |

Signer's Int: _____

DELUXE CORPORATION 1-800-793-8685

82727V

| ACCOUNTS PAYABLE | INDEPENDENCE FEDERAL SAVINGS BANK | 060245 |
|---|---|---|
| SHOOK HARDY BACON LLP | ATTN: ACCOUNTING | KANSAS CITY  MO |
| ***123,453* DOLLARS 50 CENTS*** | 07/14/2006 | ***123,453.50* |
| 06/23/2006 1325332 | | 231980 000    123,453.50 |

Signer's Int: _____

DELUXE CORPORATION 1-800-793-8685

82727V

| ACCOUNTS PAYABLE | INDEPENDENCE FEDERAL SAVINGS BANK | 060311 |
|---|---|---|
| SHOOK HARDY BACON LLP | ATTN: ACCOUNTING | KANSAS CITY  MO |
| ***40,815* DOLLARS 52 CENTS*** | 07/21/2006 | ***40,815.52* |
| 07/12/2006  1327244  JUNE-2006 | | 231980 000    40,815.52 |

Signer's Int: _____

DELUXE CORPORATION 1-800-793-8685                    82727V