UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MORTON A. BENDER, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C. A. No. 1:06cv00092 |
| ) | Honorable Rosemary M. Collyer |
| **CAROLYN D. JORDON, et al.,** ) | |
| ) | |
| Defendants. ) | |
| ) | |
| **INDEPENDENCE FEDERAL SAVINGS** ) | |
| **BANK,** ) | |
| ) | |
| Cross-Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| **CAROLYN D. JORDAN, et al.** ) | |
| ) | |
| Cross-Defendants. ) | |

**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT
BY CROSS-PLAINTIFF, INDEPENDENCE FEDERAL SAVINGS BANK**

Upon consideration of the Motion for Summary Judgment filed by Cross-Plaintiff, Independence Federal Savings Bank and any opposition thereto, it is on this _____ day of _____, 200__, by the United States District Court for the District of Columbia,

ORDERED, that the Motion for Summary Judgment filed by Cross-Plaintiff, Independence Federal Savings Bank, be and the same is hereby GRANTED; and it is further

ORDERED, that judgment be and the same is hereby ENTERED in favor of Cross-Plaintiff, Independence Federal Savings Bank and against Cross-Defendants, Carolyn D. Jordan,

David Wilmot, and Thomas L. Batties, jointly and severally in the amount of in the amount of $649,614.39.

    SO ORDERED.

                                                                                                       _____
                                                             JUDGE ROSEMARY M. COLLYER
                                                             United States District Judge
                                                             U.S. District Court for the District of Columbia

DATE:_____