UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MORTON A. BENDER, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | C.A. No. 1:06cv00092 |
| v. ) | Honorable Rosemary M. Collyer |
| ) | |
| **CAROLYN D. JORDON, et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| ) | |
| **INDEPENDENCE FEDERAL** ) | |
| **SAVINGS BANK,** ) | |
| ) | |
| **Cross-Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **CAROLYN D. JORDAN,** ) | |
| **DAVID WILMOT, and** ) | |
| **THOMAS L. BATTIES,** ) | |
| ) | |
| **Cross-Defendants.** ) | |

**ORDER GRANTING CROSS-DEFENDANTS' UNOPPOSED MOTION
FOR EXTENSION OF TIME TO
(1) FILE A RESPONSIVE PLEADING TO CROSS-PLAINTIFF'S CROSS CLAIM AND
(2) RESPOND TO CROSS-PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

This matter comes before the Court on Cross-Defendants' Motion for Extension of Time to (1) File a Responsive Pleading to Cross-Plaintiff's Cross Claim, and (2) Respond to Cross-Plaintiff's Motion for Summary Judgment (the "Motion"). Upon consideration of the Motion and the agreement to the extension by Cross-Plaintiff, it is hereby

**ORDERED** that Cross-Defendants' Motion is **GRANTED**; and it is

**FURTHER ORDERED** that Cross-Defendants shall have a fifteen (15) day extension of time, to January 4, 2008, to file an answer to the Cross Claim and an additional thirty (30) days

144559v1

2

from the date an answer is filed to file a response to Cross-Plaintiff's Motion for Summary Judgment.

**SO ORDERED.**

DATE:_____    /s/_____
                        ROSEMARY M. COLLYER
                        United States District Court Judge

144559v1