UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MORTON A. BENDER, et al.,**         ) | |
| ) | |
| **Plaintiffs,**         ) | |
| ) | C.A. No. 1:06cv00092 |
| v.         ) | Honorable Rosemary M. Collyer |
| ) | |
| **CAROLYN D. JORDON, et al.**         ) | |
| ) | |
| **Defendants.**         ) | |
| ) | |
| ) | |
| **INDEPENDENCE FEDERAL**         ) | |
| **SAVINGS BANK,**         ) | |
| ) | |
| **Cross-Plaintiff,**         ) | |
| ) | |
| v.         ) | |
| ) | |
| **CAROLYN D. JORDAN,**         ) | |
| **DAVID WILMOT, and**         ) | |
| **THOMAS L. BATTIES,**         ) | |
| ) | |
| **Cross-Defendants.**         ) | |

**MOTION FOR LEAVE TO WITHDRAW BY COUNSEL FOR CROSS-DEFENDANTS
CAROLYN D. JORDAN, DAVID WILMOT, AND THOMAS L. BATTIES**

Shook, Hardy & Bacon L.L.P., counsel for Defendants and Cross-Defendants Carolyn D. Jordan, David Wilmot and Thomas L. Batties (hereinafter "Cross-Defendants") respectfully submits this Motion for Leave to Withdraw and states as follows:

1.  Cross-Plaintiff filed its Cross Claim on or about May 30, 2007. (Dkt. 89) On or about June 19, 2007, Cross-Defendants timely filed a Motion to Dismiss the Cross Claim Pursuant to Fed. R. Civ. P. 12(b)(1). (Dkt. 92) The Court denied Cross-Defendants' motion to dismiss on December 6, 2007. (Dkt. 102 and 103)

144692v1

2. Cross-Defendants' responsive pleading to the Cross Claim is currently due on or before January 4, 2008. (See, Minutes Order, 12/20/07, 5:31 P.M.)

3. Cross-Plaintiff filed its Motion for Summary Judgment (the "Motion") on or about December 13, 2007. (Dkt. 104)

4. Cross-Defendants' response to the Motion is currently due 30 days from the date their answer is filed. (See, Minute Order, 12/20/07, 5:31 P.M.)

5. The allegations in the Cross-Claim and the Motion raise issues which create a conflict for Cross-Defendants' counsel and necessitate counsel's withdrawal from these proceedings. The relevant concerns are based on the following:

    a. On January 18, 2006 Plaintiff Morton A. Bender and his wife filed suit and named six individuals as defendants. The defendants named by Mr. Bender included five members of the Board of Directors of the Cross-Defendant, Independence Federal Savings Bank (the "Bank"), as well as the Bank President (the six "Original Defendants"). The three Cross-Defendants who make this motion were among the Original Defendants. When the suit was filed, the five board-member defendants constituted a majority of the Bank's Board.

    b. The Original Defendants engaged Shook, Hardy & Bacon LLP as counsel to represent each of them in the defense of Mr. Bender's claims. From January through August 2006, the Bank advanced attorneys fees and expenses incurred by the Original Defendants in connection with the defense of the Bender claims. During that time, bills were submitted to the Bank in the aggregate for all six of the Original Defendants. The Bank ultimately advanced fees and expenses totaling nearly $650,000 on behalf of all six Original Defendants.

    c. As the Court noted in her recent Memorandum Opinion (Dkt. 102, p. 2), "After the Court's July 2006 opinion granted a preliminary injunction in Mr. Bender's favor, the

144692v1

previous majority members resigned their positions from the Board, leaving only Ms. Jordan and Mr. Wilmot.  The new majority of the Board favored Mr. Bender . . ."  Claims against the three Original Defendants who resigned from the Board were subsequently dismissed by Mr. Bender.[1]

      d.      The Bank, now under Mr. Bender's control, seeks to recover the entire amount of fees and expenses advanced to all six of the Original Defendants from the three remaining Cross-Defendants.  This creates a conflict for counsel making this motion.

6.      Cross-Defendants have engaged new counsel to represent their interests in connection with this matter.  New counsel has entered his appearance and filed Answer to the Cross-Claim and Third Party Claim against the three Original Defendants who Mr. Bender dismissed.

7.      Cross-Defendants do not oppose this motion.

WHEREFORE, Counsel for Cross-Defendants respectfully requests that it be given Leave to Withdraw.  A proposed form of order is attached.

                                                                       Respectfully submitted,

January 7, 2008                              SHOOK, HARDY & BACON, LLP

                                                            /s/ Peter E. Strand
                                                       Peter E. Strand
                                                       Hamilton Square
                                                       600 14th Street, N.W.
                                                       Suite 800
                                                       Washington, DC 20005
                                                       Phone: 202-783-8400
                                                       Fax: 202-783-4211

                                                       Attorneys for Cross-Defendants

---

[1] The other three Original Defendants represented by counsel were Michael Cobb, William Fitzgerald IV and Eugene Youngentob.  *See* Stipulation for Dismissal Without Prejudice Pursuant to Rule 41(a)(1)(ii).  (Dkt. 70)

144692v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of January, 2008, a true and complete copy of the forgoing **Motion for Leave to Withdraw by Counsel for Cross-Defendants Carolyn D. Jordan, David Wilmot, and Thomas L. Batties** was sent electronically and pre-paid first class mail to the following:

> G. Vann Canada, Jr.
> Miles & Stockbridge P.C.
> 11 North Washington Street, Suite 700
> Rockville, Maryland 20850
> T: (301) 762-1600
> F: (301) 762-0363
> *Attorneys for Cross-Plaintiff*
>
> Frederick D. Cooke, Esquire
> Rubin, Winston, Diercks, Harris & Cooke, L.L.P.
> 1155 Connecticut Avenue, N.W.
> Sixth Floor
> Washington, D.C. 20036
> T: (202) 861-0870
> F: (202) 429-0657
>
> Carolyn D. Jordan
> 1702 Leightonwood Lane
> Silver Spring, Maryland 20910
>
> Mr. David W. Wilmot
> 1653 Kalmia Road, N.W.
> Washington, D.C. 20005
>
> Thomas L. Batties
> 1452 Primrose Road, N.W.
> Washington, D.C. 20012

/s/ Peter E. Strand
Attorney for Cross-Defendants

144692v1