UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MORTON A. BENDER, et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**CAROLYN D. JORDON, et al.** )<br>)<br>**Defendants.** )<br>_____)<br>)<br>**INDEPENDENCE FEDERAL** )<br>**SAVINGS BANK,** )<br>)<br>**Cross-Plaintiff,** )<br>)<br>v. )<br>)<br>**CAROLYN D. JORDAN,** )<br>**DAVID WILMOT, and** )<br>**THOMAS L. BATTIES,** )<br>)<br>**Cross-Defendants.** ) | **C.A. No. 1:06cv00092**<br>**Honorable Rosemary M. Collyer** |

**ORDER GRANTING MOTION FOR LEAVE TO
WITHDRAW BY COUNSEL FOR CROSS-DEFENDANTS
<u>CAROLYN D. JORDAN, DAVID WILMOT, AND THOMAS L. BATTIES</u>**

This matter comes before the Court on Motion for Leave to Withdraw by Counsel for Cross-Defendants it is hereby

**ORDERED** that Counsel for Cross-Defendants' Motion is **GRANTED**. Shook, Hardy & Bacon, L.L.P. is given leave to withdraw.

**SO ORDERED.**

DATE:_____          /s/_____
                              ROSEMARY M. COLLYER
                              United States District Court Judge

144695v1