**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MORTON BENDER, et al., | ) |
|         Plaintiffs | ) |
| vs. | ) |
| CAROLYN D. JORDAN, et al., | )   Civil Action No. 06-92 (RMC) |
|         Defendants. | ) |
| _____ | ) |
| INDEPENDENCE FEDERAL SAVINGS BANK, | ) |
|         Cross-Plaintiff, | ) |
| vs. | ) |
| CAROLYN D. JORDAN, et al., | ) |
|         Cross-Defendants. | ) |
| _____ | ) |
| CAROLYN D. JORDAN, et al., | ) |
|         Third-party Plaintiffs, | ) |
| vs. | ) |
| MICHAEL J. COBB<br>7816 Morningside Drive, NW<br>Washington, D.C. 20012, and | ) |
| WILLIAM B. FITZGERALD, IV<br>3128 Quesada Street, NW<br>Washington, D.C. 20015, and | ) |
| EUGENE K. YOUNGENTOB<br>10401 Strathmore Park Court, Unit 401<br>Bethesda, MD 20852,<br>        Third-party Defendants. | ) |

**UNOPPOSED MOTION OF DEFENDANTS/CROSS-DEFENDANTS/THIRD-PARTY PLAINTIFFS JORDAN, WILMOT, AND BATTIES FOR SEVEN DAY EXTENSION OF TIME TO RESPOND TO CROSS-PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendants/Cross-Defendants/Third-party Plaintiffs Carolyn D. Jordan, David Wilmot, and Thomas L. Batties (hereinafter "Third party Plaintiffs") respectfully submit their Unopposed Motion for Seven Day Extension of Time to Respond to Cross-Plaintiff's Motion for Summary Judgment, stating as follows:

Cross-Plaintiff has filed a motion for summary judgment. Pursuant to the Minute Order entered by this Court on December 20, 2007, the Thirdparty Plaintiffs have until February 4, 2008 to file a response to Cross-Plaintiff Independence Federal Savings Bank's pending motion for summary judgment.

Counsel for the Thirdparty Plaintiffs, Frederick D. Cooke, Jr. has become seriously ill with a bacterial infection which has temporarily incapacitated him and has required significant medical intervention. This illness will prevent him from drafting and filing the response to the pending motion for summary judgment by February 4, 2008. Mr. Cooke's doctors have advised him that he should be able to return to work in a time frame which will permit him to draft and file the response to the pending motion for summary judgment by February 11, 2008.

Mr. Cooke's partner, Walter E. Diercks, has conferred with counsel for Cross-Plaintiff Independence Federal Savings Bank, G. Vann Canada, Jr., who has agreed to give the Thirdparty Plaintiffs an additional seven days, i.e. until February 11, 2008, to file a response to the pending motion for summary judgment.

WHEREFORE, the Thirdparty Defendants respectfully request a seven day extension of time,

i.e, to February 11, 2008, in which to file a response to Cross-Plaintiff Independence Federal Savings Bank's pending motion for summary judgment.

        Respectfully submitted,

        /s/ Frederick D. Cooke, Jr.
        _____

        Frederick D. Cooke, Jr., D.C. Bar No. 164608

        Rubin, Winston, Diercks, Harris & Cooke, LLP
        1155 Connecticut Avenue, NW, Suite 600
        Washington, D.C. 20036

        202 861 0870
        202 429 0657 (facsimile)
        fcooke@rwdhc.com

       Counsel for Cross-Defendants/Third-party Plaintiffs

**CERTIFICATE OF CONFERENCE**

Walter E. Diercks, a partner of Counsel for Thirdparty Plaintiffs, Frederick D. Cooke, Jr. and a member of the bar of this Court, conferred with counsel for Cross-Plaintiff, G. Vann Canada, Jr. on January 31, 2008 in reference to the extension requested above. Mr. Canada in that conference agreed to give Thirdparty Plaintiffs an additional seven days, i.e., until February 11, 2008, to file a response to Cross-Plaintiff's pending motion for summary judgment.

/s/ Walter E. Diercks
D.C.Bar No. 161620