**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| MORTON BENDER, et al., | ) | |
|       Plaintiffs | ) ) ) | |
| vs. | ) ) | |
| CAROLYN D. JORDAN, et al., | ) | Civil Action No. 06-92 (RMC) |
|       Defendants. | ) ) ) | |
| ──────────────────── | ) ) | |
| INDEPENDENCE FEDERAL SAVINGS BANK, | ) ) ) | |
|       Cross-Plaintiff, | ) ) | |
| vs. | ) ) | |
| CAROLYN D. JORDAN, et al., | ) ) | |
|       Cross-Defendants. | ) ) | |
| ──────────────────── | ) ) | |
| CAROLYN D. JORDAN, et al., | ) ) | |
|       Third-party Plaintiffs, | ) ) | |
| vs. | ) ) | |
| MICHAEL J. COBB 7816 Morningside Drive, NW Washington, D.C. 20012, and | ) ) ) ) | |
| WILLIAM B. FITZGERALD, IV 3128 Quesada Street, NW Washington, D.C. 20015, and | ) ) ) ) | |
| EUGENE K. YOUNGENTOB 10401 Strathmore Park Court, Unit 401 Bethesda, MD 20852, | ) ) ) | |
|       Third-party Defendants. | ) | |

## ORDER GRANTING
## UNOPPOSED MOTION OF DEFENDANTS/CROSS-DEFENDANTS/THIRD-PARTY PLAINTIFFS JORDAN, WILMOT, AND BATTIES FOR SEVEN DAY EXTENSION OF TIME TO RESPOND TO
## CROSS-PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

This matter comes before the Court on Defendants/Cross-Defendants/Third-party Plaintiffs Carolyn D. Jordan, David Wilmot, and Thomas L. Batties' (hereinafter "Third party Plaintiffs") Unopposed Motion for Seven Day Extension of Time to Respond to Cross-Plaintiff's Motion for Summary Judgment. Upon consideration of the Motion and the agreement to the extension by Cross-Plaintiff, it is hereby

**ORDERED** that the Thirdparty Plaintiff's Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the Thirdparty Plaintiffs have a seven (7) day extension of time to and including February 11, 2008 to file a response to Cross-Plaintiff's pending Motion for Summary Judgment.

**SO ORDERED**


Date:_____        /s/_____
                                    ROSEMARY M. COLLYER
                                    United States District Judge