UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MORTON A. BENDER, *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 06-92 (RMC) |
| CAROLYN D. JORDAN, *et al.*, | ) | |
| Defendants. | ) | |
| INDEPENDENCE FEDERAL SAVINGS BANK, | ) | |
| Cross-Plaintiff, | ) | |
| v. | ) | |
| CAROLYN D. JORDAN, *et al.*, | ) | |
| Cross-Defendants. | ) | |

## ORDER

For the reasons stated in the Memorandum Opinion filed concurrently herewith, it is hereby

**ORDERED** that the Motion for Summary Judgment by Cross-Plaintiff, Independence Federal Savings Bank [Dkt. # 104], is **GRANTED**; and it is

**FURTHER ORDERED** that judgment is entered in favor of Independent Federal Savings Bank on its Cross-Claim [Dkt. # 89]; and it is

**FURTHER ORDERED** that Carolyn D. Jordan, David Wilmot, and Thomas L. Batties (individually, a "Cross-Defendant," and collectively, the "Cross-Defendants"), shall each

repay to Independence Federal Savings Bank an amount of $216,538.13, plus interest thereon from June 20, 2007 through the date that payment is fully rendered by such Cross-Defendant.

**SO ORDERED**.


Date: August 11, 2008                                          /s/
                                                      ROSEMARY M. COLLYER
                                                      United States District Judge