UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MORTON A. BENDER, *et al.*,          )<br>                                                       )<br>        Plaintiffs,                          )<br>                                                       )<br>    v.                                             )<br>                                                       )<br>CAROLYN D. JORDAN, *et al.*,        )<br>                                                       )<br>        Defendants.                        )<br>_____)<br>                                                       )<br>INDEPENDENCE FEDERAL SAVINGS )<br>BANK,                                           )<br>                                                       )<br>        Cross-Plaintiff,                    )<br>                                                       )<br>    v.                                             )<br>                                                       )<br>CAROLYN D. JORDAN, *et al.*,        )<br>                                                       )<br>        Cross-Defendants.              )<br>_____)<br>                                                       )<br>CAROLYN D. JORDAN, *et al.*,        )<br>                                                       )<br>        Third-party Plaintiffs,         )<br>                                                       )<br>    v.                                             )<br>                                                       )<br>MICHAEL J. COBB, *et al.*,              )<br>                                                       )<br>        Third-party Defendants.      )<br>_____) | Civil Action No. 06-92 (RMC) |

**ORDER DIRECTING THIRD-PARTY PLAINTIFFS TO COMPLETE SERVICE OF PROCESS**

Third-party plaintiffs, Carolyn D. Jordan, David Wilmot, and Thomas L. Batties ("Third-party Plaintiffs") filed a third-party complaint against third-party defendants Michael J. Cobb,

William B. Fitzgerald, IV, and Eugene K. Youngentob ("Third-party Defendants"). Under Rule 4(m) of the Federal Rules of Civil Procedure, if the plaintiff has not served the defendant(s) with a summons and a complaint within 120 days after the filing of the complaint, the Court may dismiss the action.[1] Over 120 days have passed since the filing of the third-party complaint in this action[2] and the Court has no record that the Third-party Defendants have been served with a summons and third-party complaint. Accordingly, it is hereby

**ORDERED** that on or before September 11, 2008, Third-party Plaintiffs must either: (1) file with the Court proof that the Third-party Defendants have been served with a summons and third-party complaint, or (2) provide the Court with a written explanation for why service of process has not been completed. If the Third-party Plaintiffs fail to comply with this Order, or if the Court determines that the Third-party Plaintiffs have not shown good cause for failure to comply with Rule 4(m), the third-party complaint will be dismissed without prejudice.

Date: August 11, 2008

/s/
ROSEMARY M. COLLYER
United States District Judge

---

[1] In this instance, Rule 4(m) requires that the Third-party Plaintiffs serve the Third-party Defendants within 120 days after filing the third-party complaint.

[2] The third-party complaint was filed on January 4, 2008.